UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01865-SPG-MAA | Date | February 26, 2026 |
| Title | Alexandrea Bretz v. LexisNexis Risk Solutions Inc. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE CASE FOR LACK OF PROSECUTION**

Plaintiff Alexandrea Bretz ("Plaintiff") filed this action in March 2025, alleging Defendant LexisNexis Risk Solutions Inc. violated her rights under the Fair Credit Reporting Act and the California Consumer Credit Reporting Agencies Act. *See* (ECF No. 1). On September 3, 2025, Plaintiff filed a First Amended Complaint, naming Experian Information Solutions, Inc. as an additional defendant. *See* (ECF No. 29). Thereafter, on October 10, 2025, the Court granted the parties' Joint Motion for Extension of Pretrial Deadlines, (ECF No. 34), and amended the scheduling order to continue the trial date from May 5, 2026, to August 4, 2026, as well as to continue related pretrial deadlines, *see* (ECF No. 37).

On October 31, 2025, Plaintiff's then-attorney, Jenna Dakroub, filed a Motion to Withdraw as Counsel. *See* (ECF No. 42). In the Motion, Ms. Dakroub cited a disagreement "with respect to litigation strategy" and a "breakdown in the attorney-client relationship due to Plaintiff's refusal to communicate by telephone." *See* (ECF No. 42-1 at 6). Ms. Dakroub further intimated that, because of attorney-client confidentiality, she could not detail her and Plaintiff's specific disagreement with respect to litigation strategy. *See* (*id.* (stating that "[t]he specifics of these difficulties are explained as much as ethically possible in the declarations filed concurrently with and in support of the motion to withdraw")); *see also* (ECF No. 42-2, Declaration of Jenna Dakroub, ¶ 5(c), (d) (referencing a "material disagreement over litigation strategy" that is "fundamental to the continued prosecution of [the] case")).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-01865-SPG-MAA | Date | February 26, 2026 |
|---|---|---|---|
| Title | Alexandrea Bretz v. LexisNexis Risk Solutions Inc. | | |

On December 11, 2025, the Court granted Ms. Dakroub's Motion to Withdraw as Counsel. *See* (ECF No. 44). In the order granting Ms. Dakroub's Motion, the Court directed Plaintiff to, "[w]ithin 60 days," "either file an appearance on behalf of herself or file notice with the Court that she has retained new counsel." (*Id.* at 2). More than 60 days have passed, but Plaintiff has not filed notice with the Court setting out how she intends to proceed in this action. Therefore, the Court ORDERS Plaintiff to show cause, in writing, by April 13, 2026, why the Court should not dismiss this case for lack of prosecution. A statement by Plaintiff that she intends to continue litigating this case, representing herself, will be sufficient to preclude dismissal. Failure to file a response shall be deemed consent to dismissal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg