NICOLE N. KING (SBN 290204)
ANNA HIGGINS (SBN 366177)
**VENABLE LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: nnking@venable.com
adhiggins@venable.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDREA BRETZ

Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC., AND EXPERIAN INFORMATION SOLUTIONS, INC.

Defendants.

Case No. 2:25-cv-01865-SPG-ASx

Hon. Sherilyn Peace Garnett

**JOINT APPENDIX OF DECLARATIONS AND EVIDENCE IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**

<u>Hearing</u>
Date: December 16, 2026
Time: 1:30 p.m.
Courtroom: 5C

Action Filed: March 4, 2025
Trial: March 9, 2027

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Standing Order re Motions for Summary Judgment (ECF No. 19), Defendant Experian Information Solutions, Inc. submits its portion of the Joint Appendix of Declarations and Evidence in Support of Experian Information Solutions, Inc.'s Motion for Summary Judgment.

| Tab No. | Defendant's Evidence | Description |
|---|---|---|
| 1 | Declaration of Nicole N. King ("King Decl.") | Declaration of Nicole N. King in Support of Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment |
| 2 | Exhibit A | A true and correct copy of the May 21, 2026 letter from Charter Communications, Inc. d/b/a Spectrum ("Charter") accompanying its document production in response to Experian's subpoena.<br><br>See King Decl. at ¶ 3. |
| 3 | Exhibit B | A true and correct copy of the documents produced by Charter on May 21, 2026, labeled CHRTR000001-CHRTR000009.<br><br>See King Decl. at ¶ 4. |
| 4 | Exhibit C | A true and correct copy of the relevant excerpts from Plaintiff's deposition, titled "Deposition of Alexandrea Bretz, Volume I," and dated February 27, 2026, including pages 140:16-141:14, 148:23-149:13, and 151:14-19.<br><br>See King Decl. at ¶ 5. |
| 5 | Exhibit D | A true and correct copy of the subpoena Experian served on Charter Communications, Inc. on May 6, 2026.<br><br>See King Decl. at ¶ 6. |
| 6 | Declaration of Teresa Fievez ("Fievez Decl.") | Declaration of Teresa Fievez in Support of Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment |
| 7 | Exhibit A | A true and correct redacted copy of the page of Experian's procedures manual addressing the "SSN Recorded as Deceased" report-screen message, labeled as EXP_BRETZ_000247. (EXP_BRETZ_000247.)<br><br>See Fievez Decl. at ¶ 21. |
| 8 | Exhibit B | A true and correct redacted copy of an Experian Administrative Report reflecting the June 3, 2025 Charter inquiry, labeled EXP_Bretz_000454-EXP_Bretz_000455. |

| | | |
|---|---|---|
| | | See Fievez Decl. at ¶ 25. |
| 9 | Exhibit C | A true and correct redacted copy of an Experian Administrative Report reflecting information from Plaintiff's consumer file, generated on September 30, 2025, including the record of inquiries associated with Plaintiff's file, labeled as EXP_Bretz_000430, EXP_Bretz_000431, EXP_Bretz_000455, and EXP_Bretz_000489.<br><br>See Fievez Decl. at ¶ 27. |
| 10 | Exhibit D | A true and correct redacted copy of Plaintiff's Experian Disclosure Log, labeled as EXP_Bretz_000417–EXP_Bretz_000429.<br><br>See Fievez Decl. at ¶ 34. |
| 11 | Exhibit E | A true and correct redacted copy of the produced credit report for Plaintiff, dated September 30, 2025, labeled as EXP_Bretz_000009–EXP_Bretz_000028.<br><br>See Fievez Decl. at ¶ 37. |

| **Tab No.** | **Plaintiff's Evidence** | **Description** |
|---|---|---|
| 12 | Declaration of Alexandrea Diane Bretz ("Bretz Decl.") | Declaration of Alexandrea Diane Bretz in Opposition to Defendant's Motion for Summary Judgment and in Support of Relief Under Fed. R. Civ. P. 56(d). |
| 13 | Exhibit 1 | Screen capture of Experian's annualcreditreport.com response, June 24, 2025 (Joint Trial Ex. 6). See Bretz Decl. ¶¶ 8–9. |
| 14 | Exhibit 2 | First page(s) of Plaintiff's TransUnion credit report dated June 24, 2025 (redacted under Fed. R. Civ. P. 5.2). See Bretz Decl. ¶ 6. |
| 15 | Exhibit 3 | First page(s) of Plaintiff's Equifax credit report dated June 24, 2025 (redacted under Fed. R. Civ. P. 5.2). See Bretz Decl. ¶ 7. |
| 16 | Exhibit 4 | Excerpts of Experian's Responses and Objections to Plaintiff's Interrogatories (Nos. 3, 4, 5, and 7), served May 12, 2026. See Bretz Decl. ¶ 10. |
| 17 | Exhibit 5 | EXP_Bretz_000237, 000241, 000246, 000257–000258, 000295, and 000391 (Experian procedures manual excerpts: § 10 Fraud Shield; § 14 Fraud Shield deletion form; § 19 sample "Statements and Notices" screen; § 27 Exclusions / internal 7X report; § 28 Notifications; § 43 case handling referencing Calabrio recordings; Trades § 29.5 Fraud Shield indicators). CONFIDENTIAL — lodged conditionally under seal (L.R. 79-5.2.2(b)). See Bretz Decl. ¶ 11. |
| 18 | Exhibit 6 | EXP_Bretz_000415–000416 (Experian Dispute/Response Log Report, Sept. 30, 2018 – Sept. 30, 2025), SSNs and month/day of birth redacted. CONFIDENTIAL — lodged conditionally under seal (L.R. 79-5.2.2(b)). See Bretz Decl. ¶ 11. |

| | | |
|---|---|---|
| 19 | Exhibit 7 | Excerpts of Experian's Responses and Objections to Plaintiff's Requests for Production (Nos. 1, 6, 7, 8, and 11), served May 12, 2026. See Bretz Decl. ¶¶ 17, 24. |
| 20 | Exhibit 8 | Experian Fraud Shield product sheet (© 2012 Experian Information Solutions, Inc., form 6301-CS), as captured by the Internet Archive on November 11, 2024. See Bretz Decl. ¶ 12. |
| 21 | Exhibit 9 | Transmittal emails from Experian's counsel dated Oct. 12, 2026 and Oct. 29, 2026 (non-settlement portions only). See Bretz Decl. ¶ 18. |
| 22 | Exhibit 10 | Plaintiff's August 19, 2024 written request to Experian for her file disclosure, with envelope stamped 08/27/2024, as produced by Experian (EXP_Bretz_000001–000004), redacted under Fed. R. Civ. P. 5.2. See Bretz Decl. ¶ 20. |
| 23 | Exhibit 11 | Plaintiff's September 15, 2023 letter to Experian (page 1) and envelope, as produced by Experian (EXP_Bretz_000006–000007), redacted under Fed. R. Civ. P. 5.2. See Bretz Decl. ¶ 21. |
| 24 | Exhibit 12 | Experian Dispute Results, Report No. 4092-2721-99, dated September 27, 2023 (EXP_Bretz_000169–000170). Redacted under Fed. R. Civ. P. 5.2. See Bretz Decl. ¶ 22. |
| 25 | Exhibit 13 | Experian consumer disclosure, Report No. 0753-4874-35, dated November 6, 2023, first page (EXP_Bretz_000127). Redacted under Fed. R. Civ. P. 5.2. See Bretz Decl. ¶ 22. |
| 26 | Exhibit 14 | Excerpts of Experian Administrative Report generated September 30, 2025 (EXP_Bretz_000431, 000436–000437, 000439, 000442, 000444–000446, 000449–000452, 000456–000457, 000464), redacted under Fed. R. Civ. P. 5.2. CONFIDENTIAL — lodged conditionally under seal (L.R. 79-5.2.2(b)). See Bretz Decl. ¶¶ 22, 25. |
| 27 | Exhibit 15 | Email from Nicole N. King (Venable LLP) to Plaintiff dated November 6, 2026. See Bretz Decl. ¶ 28. |
| 28 | Exhibit 16 | Letter from Charter Communications Legal Department to Plaintiff dated May 7, 2026, re Spectrum Acct. ending 0503 / Ticket Reference No. 89599911 (BRETZ-SUPP-0001), one sentence redacted. See Bretz Decl. ¶ 4. |
| 29 | Exhibit 17 | Transcript of Spectrum Mobile customer-service call dated August 4, 2026 (BRETZ-SUPP-0004–0006; corresponding audio served Oct. 9, 2026 as BRETZ-SUPP-0002), Rule 5.2 redacted. See Bretz Decl. ¶ 23A. |
| 30 | Exhibit 18 | Transcript of Spectrum Mobile customer-service call dated August 6, 2026 (BRETZ-SUPP-0007–0009; corresponding audio served Oct. 9, 2026 as BRETZ-SUPP-0003), Rule 5.2 redacted. See Bretz Decl. ¶ 23A. |

| | | |
|---|---|---|
| 31 | Exhibit 19 | Transcript of Spectrum / Charter fraud-team call dated September 15, 2026 (BRETZ-SUPP-0022–0096; corresponding audio identified as BRETZ-SUPP-0021), Rule 5.2 redacted. See Bretz Decl. ¶ 23A. |
| 32 | Exhibit 20 | Email exchange between Plaintiff and Experian's counsel dated November 18, 2026 regarding 2026 Charter/Spectrum inquiries and Rule 26(e) supplementation (attachments omitted). See Bretz Decl. ¶ 24A. |

| Tab No. | Defendant's Supplementary Evidence | Description |
|---|---|---|
| 33 | Charter Custodian Declaration | Affidavit of Custodian of Records by Christine Flores, Sr. Mgr., Legal Svcs Litigation, Charter Communications, Inc. |

Dated: November 18, 2026

**VENABLE LLP**

By: */s/ Anna D. Higgins*
Anna D. Higgins
Nicole N. King

*Attorneys for Defendant Experian Information Solutions, Inc.*

By: */s/ Alexandrea Diane Bretz*
Alexandrea Diane Bretz

*Pro Se Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 18, 2026

**VENABLE LLP**

By: */s/ Anna D. Higgins*
Anna D. Higgins
Nicole N. King

*Attorneys for Defendant Experian Information Solutions, Inc.*