# TAB 1

Nicole N. King (SBN 290204)
Anna D. Higgins (SBN 366177)
**VENABLE LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: nnking@venable.com
adhiggins@venable.com

Attorneys for Defendant
Experian Information Solutions, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDREA BRETZ<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:25-cv-01865-SPG-ASx<br><br>Hon. Sherilyn Peace Garnett<br><br>**DECLARATION OF NICOLE N. KING IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing<br>Date: December 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Action Filed: March 4, 2025<br>Trial: March 9, 2027 |

# DECLARATION OF NICOLE N. KING

Pursuant to Federal Rule of Civil Procedure 56(c)(4), 28 U.S.C. § 1746, and Judge Sherilyn Peace Garnett's Standing Order for Motions for Summary Judgment (ECF No. 19), I, Nicole N. King, declare as follows:

1. I am an attorney who is duly licensed to practice law in the State of California and before this Court, and I am counsel at the law firm of Venable LLP, attorneys of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would competently testify to these matters.

2. On October 20, 2026, Plaintiff Alexandrea Bretz ("Plaintiff") and counsel for Experian conferred via Zoom videoconference to discuss Experian's motion for summary judgment. Experian attempted to schedule a meet-and-confer to occur before October 17, 2026, which was 60 days before the motion cut-off date of December 16, 2026. Plaintiff did not respond to Experian's request until October 19, 2026, and cited a family emergency out of state. The parties met as soon as practicable, on October 20, 2026.

3. Attached hereto as **Exhibit A** is a true and correct copy of the May 21, 2026 letter from Charter Communications, Inc. d/b/a Spectrum ("Charter") accompanying its document production in response to Experian's subpoena. (Letter from Christie Schmieder, Vice President, Ass't Gen. Counsel–Litig., Charter Commc'ns, Inc., to Gregory J. Myers (May 21, 2026).)

4. Attached hereto as **Exhibit B** is a true and correct copy of the documents produced by Charter on May 21, 2026, labeled CHRTR000001-CHRTR000009. (Charter Commc'ns, Inc. Production, CHRTR000001–CHRTR000009, May 21, 2026.)

5. Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpts from Plaintiff's deposition, titled "Deposition of Alexandrea Bretz, Volume I," and dated February 27, 2026, including pages 140:16-141:14, 148:23-149:13, and 151:14-19. (Bretz Dep. 140:16–141:14, 148:23–149:13, 151:14–19, Feb. 27, 2026.)

6. Attached hereto as **Exhibit D** is a true and correct copy of the subpoena Experian served on Charter on May 6, 2026. (Subpoena to Charter Commc'ns, Inc., May 6, 2026.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2026, at Los Angeles, California.

Nicole N. King

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067.

On November 18, 2026, I served a copy ☑ / original ☑of the foregoing document(s) described as **DECLARATION OF NICOLE N. KING IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action addressed as follows:

Alexandrea Bretz
7111 Santa Monica Blvd, Ste. B #1077
West Hollywood, CA 90046
Telephone: 562-754-2937
Email: lexilucks@icloud.com

*PRO SE Plaintiff*

☑ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☑ **BY MAIL (FRCP 5(b)(2)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. Postal Service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 3400, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2026, at Los Angeles, California.

[NAME]