# TAB 3

# EXHIBIT B

| Rec Hdr | Rec Len | Subcd | Inq Dte | Inq Tme CST | Prod Typ | Err Cd | ID Mtch Cd | Class Cd | C Rtrn Cd | D Rtrn Cd | E Rtrn Cd | Risk Scr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCK1 | 910 | 3275180 | 20250603 | 201128 | CP | | C | 2 | N | | | 605 |
| CCK1 | 910 | 3275180 | 20250603 | 205247 | CP | | C | 2 | N | | | 605 |

| Scr Typ | Scr Eval | Scr Factor Cds | Inq Cons Nm | Inq SSN | Inq Str Add | Inq Add City | Inq Add Ste | Inq Add Zip |
|---|---|---|---|---|---|---|---|---|
| TC | P | 75021470 | BRETZ ALEXANDREA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TC | P | 75021470 | BRETZ ALEXANDREA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Connect Chk Rtrnd Cstm Msg | Rtrnd Phn | Experian Rtrnd SSN | FACTA Cd | Fraud Shield Cd | File One PIN | Acc Mtch Cnt | Inq Mtch Cnt |
|---|---|---|---|---|---|---|---|
| | | [redacted] | | 13 27 | | | |

| 1st Mtch Acc Nbr | 1st Mtch Acc St | 1st Mtch Acc Bl | 1st Mtch Acc Sub | 2nd Mtch Acc Nbr | 2nd Mtch Acc St | 2nd Mtch Acc Bl |
|---|---|---|---|---|---|---|

| 2nd Mtch Acc Sub | 3rd Mtch Acc Nbr | 3rd Mtch Acc St | 3rd Mtch Acc Bl | 3rd Mtch Acc Sub | 4th Mtch Acc Nbr | 4th Mtch Acc St |
|---|---|---|---|---|---|---|

| 4th Mtch Acc Bl | 4th Mtch Acc Sub | 5th Mtch Acc Nbr | 5th Mtch Acc St | 5th Mtch Acc Bl | 5th Mtch AccSub | InqRef EchoBk | IIScr | IIScrTyp |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 226863314 | | |
| | | | | | | 425154673 | | |

| IIScrEval | IIFactor | EncrPin | RecEnd | OprInt | 5thFSc | First Name from Inquiry | Middle Name from Inquiry | Last Name from Inquiry |
|---|---|---|---|---|---|---|---|---|
| | | | | RT | 76 | ALEXANDREA | | BRETZ |
| | | | | RT | 76 | ALEXANDREA | | BRETZ |

| Gen Code from Inquiry | OFAC Msg Code | PID scr | PID reason Code | @ |
| --- | --- | --- | --- | --- |
| | | | | @ |
| | | | | @ |

**Session 1 - 54723799-082b-4522-9348-c2058f6ebbb0**
MFA:1000
PBB Buyout: 1500
ECC Score Range: 590-663
Reason code 1: 75
Reason code 2: 02
Reason code 3: 14
Reason code 4: 70
Fraud Shield : 13 27
Order Not submitted
Deceased SSN info from Experian = NO

**Session 2 - 1c047bfa-b0df-49cb-bb3b-33c5bc027fe3**
MFA:1000
PBB Buyout: 1500
ECC Score range: 590-663
Reason code 1: 75
Reason code 2: 02
Reason code 3: 14
Reason code 4: 70
Fraud Shield : null
Order submitted with PBB benefits
Deceased SSN info from Experian = NO

**Key:**

- MFA = Maximum Finance Allowed
- PBB = Phone Balance Buyout amount
- ECC Score Range = Experian Credit Check Score Range
- Reason code 1: 75 >> from Experian 75= BALANCE ON REVOLVING BANKCARD ACCTS IS TOO HIGH COMPARED TO LOAN AMT
- Reason code 2: 02 >> from Experian 02= CREDIT AMOUNT ON YOUR ACCOUNTS IS TOO LOW
- Reason code 3: 14>> from Experian =14=WORST PAYMENT STATUS ON BANKCARD OR CHARGE ACCT IS DELINQUENT/DEROGATORY
- Reason code 4: 70>> from Experian = 70=LACK OF SUFFICIENT RELEVANT REAL ESTATE/HELOC ACCT INFORMATION
- Fraud Shield : 13 27>> from Experian = FRAUD SHIELD INDICATOR CODES
- Order Not submitted = Order not submitted
- Order submitted with PBB benefits = Order submitted with Phone Balance Buyout benefits
- Deceased SSN info from Experian = Y/N Based upon whether Experian indicates SSN is associated to deceased individual