# TAB 4

# EXHIBIT C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEXANDREA BRETZ, | CASE NO.: |
| Plaintiff, | 2:25-cv-01865-SPG-MAA |
| v. | |
| LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendant. | |

** THIS TRANSCRIPT IS MARKED CONFIDENTIAL **

DEPOSITION OF ALEXANDREA BRETZ
VOLUME I
LOS ANGELES, CALIFORNIA
FRIDAY, FEBRUARY 27, 2026

REPORTED BY: NATALIE PARVIZI-AZAD, CSR, RPR, RSR
CSR NO. 14125

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ALEXANDREA BRETZ, Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC., Defendant.

CASE NO.: 2:25-cv-01865-SPG-MAA

DEPOSITION OF ALEXANDREA BRETZ, VOLUME I
TAKEN ON BEHALF OF THE DEFENDANT
IN LOS ANGELES, CALIFORNIA, BEGINNING AT
10:37 A.M. AND ENDING AT 3:14 P.M., ON
FRIDAY, FEBRUARY 27, 2026, BEFORE
NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
REPORTER NUMBER 14125.

A P P E A R A N C E S

FOR THE PLAINTIFF, ALEXANDREA BRETZ:
IN PRO PER
BY: ALEXANDRA BRETZ
(562) 900 7628
LEXILUCKS@ICLOUD.COM

FOR THE DEFENDANT, LEXISNEXIS RISK SOLUTIONS INC.:
ALSTON & BIRD LLP
BY: MEGHAN M. MCBERRY, ESQ.
BY: ALVARO R. MONTENEGRO, ESQ.
BY: DERIN DICKERSON, ESQ.
55 SECOND STREET, SUITE 2100
SAN FRANCISCO, CA 94105-0912
(415) 243-1000
MEGHAN.MCBERRY@ALSTON.COM
ALVARO.MONTENEGRO@ALSTON.COM
DERIN.DICKERSON@ALSTON.COM

ON BEHALF OF EXPERIAN INFORMATION SOLUTIONS:
JONES DAY
BY: JORDAN KLEIST, ESQ.
90 SOUTH SEVENTH STREET
SUITE 4950
MINNEAPOLIS, MINNESOTA 55402
(612) 217-8829
JKLEIST@JONESDAY.COM

ALSO PRESENT:
TRISTIAN KNUDSEN, VIDEOGRAPHER

# I N D E X


| WITNESS | PAGE |
|---|---|
| ALEXANDREA BRETZ | |
| EXAMINATION BY MS. MCBERRY | 8 |
| EXAMINATION BY MR. KLEIST | 129 |


## E X H I B I T S


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | AMENDED NOTICE OF DEPOSITION | 16 |
| EXHIBIT 2 | CC23 FAILURE TO AUTHENTICATE LETTER DATED JULY 27, 2023; BATES LNRS_BRETZ_00027 | 31 |
| EXHIBIT 3 | AUDIO RECORDING; BATES LNRS_BRETZ_00047 | 33 |
| EXHIBIT 4 | FILE DISCLOSURE DATED AUGUST 9, 2023; BATES LNRS_BRETZ_000052 | 37 |
| EXHIBIT 5 | EXCERPT FILED DISCLOSURE FROM AUGUST 29, 2023 | 42 |
| EXHIBIT 6 | JULY 24, 2024, FAILURE TO AUTHENTICATE LETTER LEXIS SENT TO MS. BRETZ IN RESPONSE TO HER REQUEST FOR A FILE DISCLOSURE IN JULY OF 2024 | 53 |
| EXHIBIT 7 | JULY 30TH, 2024, FILE DISCLOSURE THAT LEXIS SENT TO MS. BRETZ IN RESPONSE TO HER JULY 27, 2024, CONTACT TO THE CONSUMER CENTER | 54 |


///

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 8 | FILE DISCLOSURE DATED NOVEMBER 21, 2025 | 65 |
| EXHIBIT 9 | DOCUMENT THAT'S FROM LEXIS' INTERNAL RECORDS | 71 |
| EXHIBIT 10 | FILE DISCLOSURE DATED DECEMBER 5, 2025 | 79 |
| EXHIBIT 11 | (SKIPPED) | |
| EXHIBIT 12 | FINANCIAL DISCLOSURE DATED FEBRUARY 23, 2026 | 95 |
| EXHIBIT 13 | AMENDED COMPLAINT FILED ON SEPTEMBER 3, 2025 | 103 |
| EXHIBIT 14 | SCREENSHOTS AND PHOTOS WITH A DOCUMENT DATE OF DECEMBER 23, 2023 | 106 |
| EXHIBIT 15 | AUGUST 8, 2023 ADVERSE ACTION NOTICE | 110 |
| EXHIBIT 16 | ADVERSE ACTION LETTER FROM CAPITAL ONE DATED JULY 4, 2024 | 117 |
| EXHIBIT 17 | ONEMAIN FINANCIAL LETTER | 145 |

LOS ANGELES, CALIFORNIA

FRIDAY, FEBRUARY 27, 2026, 10:37 A.M.

10:37:00

THE VIDEOGRAPHER: Good morning. We're going on the record at 10:37 a.m. on the 27th of February 2026. 10:37:00 10:37:04 10:37:09

Please note the microphones you're wearing are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record. 10:37:12 10:37:14 10:37:17 10:37:21 10:37:25 10:37:29

This is Media Unit Number 1 of the video-recorded deposition of Alexandrea Bretz taken by counsel for defendant in the matter of "Alexandrea Bretz versus LexisNexis Risk Solutions, Inc." filed in the United States District Court, Central District of California Western Division, Case Number 2:25-cv-01865-SPG-MAA. 10:37:30 10:37:32 10:37:37 10:37:40 10:37:46 10:37:51 10:37:54

The location of this deposition today is at 350 South Grand Avenue, 51st floor, Los Angeles, California 90071. 10:38:07 10:38:11 10:38:18

My name is Tristian Knudsen representing Veritext Legal Solutions, and I'm the videographer. I am not related to any party in this action nor am 10:38:20 10:38:23 10:38:27

I financially interested in the outcome. 10:38:31

Counsel and all present, including remotely, will now state their appearance and affiliations for the record beginning with noticing attorney, please. 10:38:35 10:38:37 10:38:40 10:38:43

MS. MCBERRY: Good morning. I am Meghan McBerry representing LexisNexis Risk Solutions, Inc. and I'm with Alston Bird. 10:38:43 10:38:47 10:38:50

MR. DICKERSON: Derin Dickerson on behalf of LexisNexis Risk Solutions. 10:38:52 10:38:55

MR. MONTENEGRO: Alvaro Montenegro of Alston Bird on behalf of LexisNexis. 10:39:02 10:39:05

MR. KLEIST: Jordan Kleist with the firm Jones Day. I represent Experian Information Solutions. 10:39:05 10:39:09 10:39:16

THE VIDEOGRAPHER: Thank you. Will the court reporter please introduce herself and swear in the witness. 10:39:16 10:39:17 10:39:19

THE CERTIFIED STENOGRAPHER: Good morning. My name is Natalie Parvizi. I'm a certified shorthand reporter with the State of California, CSR Number 14125.

Will you please raise your right hand to be sworn.

ALEXANDREA BRETZ,

having declared under penalty of perjury to tell the truth, was examined and testified as follows:

EXAMINATION

BY MS. MCBERRY:

Q. All right. Good morning, Ms. Bretz. 10:39:55

A. Good morning. 10:40:01

Q. As I just stated on the record, my name is Meghan McBerry and I'm an attorney for LexisNexis Risk Solutions, Inc., one of the defendants in this case. 10:40:02 10:40:05 10:40:05 10:40:05

If I refer to my client as Lexis, will you understand that I'm referring to the defendant in this matter? 10:40:09 10:40:11 10:40:13

A. Uh-huh. 10:40:13

Q. Before I get started, I'd like to note that there -- 10:40:14 10:40:15

A. Question. 10:40:15

Q. Yeah. 10:40:15

A. To differentiate, don't you guys have a different bureau or credit agency in Florida that's kind of different from LexisNexis? 10:40:16 10:40:19 10:40:24

Q. So I'll be the one asking the questions in this matter so if you could just please respond to 10:40:27 10:40:31

numbers and everything referenced. 14:31:32
And the call was recorded. 14:31:32
Q. Do you know how much time passed between your applying in April or May and then this phone call? Like, did you call them the same day or same week you applied? 14:31:32 14:31:45 14:31:48 14:31:50
A. I want to say two -- two or three months difference. Yeah. 14:31:52 14:31:54
Q. So that would put you in, like, later March or early April? 14:31:54 14:32:15
A. Correct. I want to say April. 14:32:15
Q. Okay. And when you applied, was the initial application online or over the phone? 14:32:16 14:32:19
A. I believe it was over the phone. I'm not too sure. 14:32:22 14:32:30
Q. And do you know what information -- do you remember what information you provided Spectrum with your application? 14:32:36 14:32:38 14:32:39
A. Of course my information, I know -- I know it. My social security, name, all that jazz. 14:32:39 14:32:46
Q. So you provided your name and social security number, you said? 14:32:56 14:32:58
A. Correct, uh-huh. 14:32:59
Q. Okay. And you said earlier that your social security number ends in 6994; correct? 14:32:59 14:33:11

A. Correct, uh-huh. 14:33:13
Q. Do you remember specifically what number you gave them that day? 14:33:14 14:33:24
A. Yes. 14:33:25
(Reporter clarification.) 14:33:25
A. Can you repeat yourself? Sorry. 14:33:28
BY MR. KLEIST: 14:33:29
Q. Do you remember specifically what number for your social security number that you gave Spectrum that day? 14:33:29 14:33:33 14:33:36
A. Of course. 14:33:36
Q. And that would be the correct one ending 6994? 14:33:40 14:33:44
A. Correct, yeah. 14:33:44
Q. Okay. You contacted them and what was their response? 14:33:46 14:33:58
A. Response to what? 14:34:00
Q. When you applied to Spectrum. 14:34:04
A. She was like, I was denied. I was, like, "For what reason?" 14:34:07 14:34:11
She told me that I was dead and that was -- and then I was like, "Whoa, that's crazy. Obviously, I'm alive." 14:34:13 14:34:19 14:34:24
And then I was like, "Honestly, where did you pull it? How did you get that information?" 14:34:26 14:34:28

And she told me Experian over the phone 14:34:31
and I -- I did a quick Google and you guys are 14:34:34
associated with their credit, so... 14:34:39
It just -- it's quite accurate. I'm not 14:34:43
lying. But it's just hard to get on paper and 14:34:46
there's a reason why they're avoiding it, but that's 14:34:53
what happened. 14:34:58

Q. Okay. And did you contact Spectrum again 14:34:58
after that? 14:35:05

A. Many, many times, yes. 14:35:06

Q. When? 14:35:08

A. I didn't think it was something -- I 14:35:14
thought my lawyers might handle it because I told 14:35:26
them and I -- and I think they probably did -- 14:35:28
documented it, whatever. My lawyers were handling 14:35:34
it at that point and I told them about it. 14:35:38
So I expected them to document, reach out, 14:35:41
but after I let them go, I started sending -- doing 14:35:50
my own e-mails and communications with Charter 14:35:54
Communications, Spectrum, to -- to try to get that 14:35:57
information. 14:36:00

Q. And ultimately, were you able to get a 14:36:03
Spectrum plan and do the phone buyback program? 14:36:11

A. We got approved somehow. I don't know 14:36:14
what happened. That's why I'm sending them those 14:36:18

e-mails. We did get approved, but I mean, I still want the flag reason for that ticket number and I believe you have that information for the ticket number. 14:36:23 14:36:32 14:36:35 14:36:37

Q. And so you said that you were ultimately approved for the buyback program. When were you approved or when did Spectrum finally give you the okay? 14:36:49 14:36:51 14:36:54 14:36:57

A. I believe I looked at the e-mails and it was like a week or two later. 14:36:57 14:36:59

Q. A week or two later than what? 14:36:59

A. Than -- from my deceased application. 14:37:01

Q. And you don't know what date specifically that was? 14:37:16 14:37:21

A. I want to say June 4th, just like a ball game. 14:37:22 14:37:31

Q. And you currently have Spectrum for your phone service? 14:37:31 14:37:35

A. Correct. 14:37:35

Q. And were you able to get out of your old phone plan? 14:37:36 14:37:44

A. Yes. Uh-huh. 14:37:45

Q. And so, however much you owed on your phone before, you said it was maybe $3,000, but Spectrum paid for that and ultimately you got that 14:37:47 14:37:52 14:37:57

financial -- 14:38:01

A. Yeah, it was -- it was approved. I just 14:38:02
don't know why I was denied and claimed deceased and 14:38:05
they will not talk -- they will not talk about it, 14:38:09
but they did tell me Experian and I believe they do 14:38:12
use Experian Credit Bureau for their system, so... 14:38:18

MR. KLEIST: Okay. So I'm going to send 14:38:44
an exhibit. I'm going to drop it in the Zoom chat 14:38:47
and Meghan, if you or someone can -- thank you. 14:38:51

THE CERTIFIED STENOGRAPHER: She's going 14:38:59
to need to download it and manipulate the document, 14:39:00
though. 14:39:02

MS. MCBERRY: Are you able to share your 14:39:18
screen maybe? 14:39:20

MR. KLEIST: Yeah, let's do that. I'll 14:39:22
make sure to send the exhibit. Sharing is not 14:39:27
turned on. 14:39:32

THE WITNESS: Can I use the bathroom 14:39:33
really quick? 14:39:35

MS. MCBERRY: Yeah, can we actually take a 14:39:36
quick break and -- Ms. Bretz wants to pee and then 14:39:37
we can -- 14:39:37

THE WITNESS: Yeah. 14:39:37

MS. MCBERRY: -- we can figure this out. 14:39:40

MR. KLEIST: Sounds good. Ten minutes? 14:39:42

MS. MCBERRY: Sure. 14:39:44
THE VIDEOGRAPHER: This marks the beginning [sic] of Media 5. The time is 2:39 p.m. We're off the record. 14:39:45 14:39:46 14:39:50
(Recess.) 14:39:50
THE VIDEOGRAPHER: This marks the beginning of Media 6. The time is 2:46 p.m. We're on the record. 14:46:50 14:46:51 14:46:55
(Exhibit 17 marked.) 14:46:58
BY MR. KLEIST: 14:46:58
Q. So, Ms. Bretz, I'm going to mark as Exhibit 17. You should be able to see it on the big screen. You should have also seen it before. You brought this document in today. 14:46:58 14:47:11 14:47:12 14:47:15
Do you recognize this e-mail? 14:47:16
A. Yes, uh-huh. 14:47:18
Q. And what is it? 14:47:18
A. I believe it's from OneMain Financial. I don't know if it's regarding a loan or credit card for August 2024, and it said, "We understand how important it is to -- for funds you're looking for at this time, however, we're unable to provide you an offer. Below is the reason. No credit on file," which could be consistent with a deceased indicator, I'm assuming and it's referenced Experian. 14:47:22 14:47:31 14:47:34 14:47:42 14:47:46 14:47:48 14:47:53 14:47:57

Q. Okay. And it says, at the top, "One of these sites passed us your request." 14:48:02 14:48:08
You don't know who you requested credit from? 14:48:11 14:48:13
A. It was OneMain Financial. 14:48:13
Q. Okay. And do you know how you submitted your information? 14:48:15 14:48:15
(Reporter clarification.) 14:48:28
A. Repeat that. 14:48:28
Q. How did you submit your information to OneMain Financial? 14:48:29 14:48:33
A. I believe through their -- their app on the Apple Store or through their website. 14:48:34 14:48:38
Q. So you don't think you did it over the phone? 14:48:41 14:48:48
A. I don't -- I'm pretty sure it was not over the phone. 14:48:48 14:48:51
Q. And do you know when you submitted your application? 14:48:52 14:48:59
A. I want to say the same date, August -- wait. Actually, no. Never mind. I was trying to think maybe this year. This is August 23rd, 2024. I do not recall, but can you repeat the question? 14:49:00 14:49:03 14:49:06 14:49:10
Q. Yes. Do you remember when you applied to OneMain Financial? 14:49:22 14:49:26

A. It's -- no, I do not, to be honest with you, but it's dated right here. 14:49:27 14:49:30

Q. The e-mail is dated August 23, 2024, you said? 14:49:32 14:49:39

A. Correct, uh-huh. 14:49:40

Q. Okay. And do you know what information you provided in your application? 14:49:40 14:49:45

A. I'm assuming my information I give that's accurate to my identity which is the correct social security number, so yeah, I do remember. 14:49:48 14:49:52 14:49:58

Q. Okay. And I'm going to change gears here and put this exhibit away. 14:50:08 14:50:28

You said earlier in the deposition, Ms. Bretz, that you haven't been deposed before; is that correct? 14:50:37 14:50:41 14:50:41

A. I have -- 14:50:41

(Reporter clarification.) 14:50:56

Q. Ms. Bretz, you said that you have not been deposed before; correct? 14:50:56 14:51:05

A. What's that mean? Disposed? 14:51:07

Q. You haven't sat for a -- you haven't sat for a deposition like today, what we're doing right now. 14:51:13 14:51:16 14:51:17

A. Oh, no. I've never done this before so no, I have not. 14:51:17 14:51:20

Q. Have you ever received a financial settlement from Experian before? 14:51:20 14:51:28
A. I do not recall. 14:51:31
Q. Would it surprise you to learn that you settled a dispute with Experian in 2024? 14:51:35 14:51:43
A. I'm not too sure. There have been some data breaches that I do take advantage of or are inclusive of. I just don't recall being in a settlement with Experian. 14:51:46 14:51:50 14:51:56 14:52:00
Q. Okay. So I want to ask a few questions about your Experian credit report. 14:52:03 14:52:20
Do you know what your credit score was when you applied for the Spectrum account? 14:52:23 14:52:26
A. I want to say -- doesn't it reference 666? Yeah, it does -- oh -- this was a year later. Okay. I'm going to assume 600. 14:52:31 14:52:38 14:52:44
Q. When was the last time you checked your credit score with Experian? 14:52:47 14:52:52
A. Last time I what? 14:52:55
Q. Checked your Experian credit report. 14:52:59
A. I have not -- what was the question one more time? 14:53:03 14:53:08
Q. When was the last time you checked your Experian credit report? 14:53:10 14:53:12
A. I believe two days ago. 14:53:14

Q. And how did you check it? 14:53:18
A. Online. I -- from myfreecreditreport.com. 14:53:25
I also -- 14:53:31
Q. And you know what your score was? 14:53:32
A. I think Credit Karma as well. 14:53:34
And my -- I believe my score is 515 now. 14:53:40
Q. How often do you check your Experian 14:53:49
credit report? 14:53:52
A. Probably twice a year, but I have -- 14:53:53
Q. You -- 14:54:04
A. I haven't really checked it because I a 14:54:05
thought my lawyers were doing it for me, but that -- 14:54:07
I would say that's an average is two a year. 14:54:12
Q. You said you checked your credit score a 14:54:17
couple days ago. When was the last time you looked 14:54:20
at your Experian credit report prior to that? 14:54:23
A. I do not have that referenced, but I do 14:54:27
have all my Experian credit reports downloaded. I 14:54:30
just don't know that information. 14:54:39
Q. Have you ever seen an Experian report that 14:54:41
indicated that you were deceased? 14:54:50
A. With the Capital One, it's -- it indicated 14:54:52
the Spectrum Charter Communications referenced 14:54:58
Experian specifically. So Experian was referenced, 14:55:02
2023 and 2024 deceased indicators with all four 14:55:11

credit bureaus indicated, but not specifically 14:55:19
Experian themselves. 14:55:23
Q. Have you ever seen -- you ever seen an 14:55:26
Experian report that indicated you were deceased? 14:55:31
A. No. 14:55:31
(Reporter clarification.) 14:55:31
Q. That indicated that you are deceased. 14:55:50
A. I have not seen an indicator specifically 14:55:50
from Experian saying I was indicated as deceased. 14:55:52
Q. Okay. And in the -- in your amended 14:55:55
complaint, you allege that you tried to obtain your 14:56:03
Experian report on or about June 24th, 2025. 14:56:06
Do you remember this? 14:56:11
A. Correct. 14:56:12
Q. Do you know what the date was when you 14:56:14
tried to obtain your report? 14:56:27
A. I do not, but it's in regards to the July 14:56:27
4th denial deceased indicator. That seems 14:56:31
consistent with the pull for Experian because with 14:56:34
what the letter, of course, I'm going to try to 14:56:40
access my credit information from all bureaus 14:56:42
thereafter. So yeah, it sounds consistent. 14:56:46
Q. You were accessing your Experian report 14:56:54
because you had recently heard from Capital One that 14:56:57
someone was reporting you as deceased? 14:57:01

A. Correct. Uh-huh, and we were just trying to see if it was documented on these, obviously, credit bureau reports because where is it coming from? 14:57:02 14:57:04 14:57:06 14:57:11

Q. Okay. And after that date, when you tried to get it, did you try to access your credit report after that, your Experian report? 14:57:14 14:57:21 14:57:26

A. I had lawyers for a year and a half later -- during that time, so I expected them to and if they told me to do a credit pull from Experian, I would. I do have a lot of downloaded Experian credit reports so I just don't know the specific dates. 14:57:29 14:57:33 14:57:37 14:57:41 14:57:46 14:57:49

Q. So when you applied for credit either through with Spectrum or OneMain or Capital One, you also filled out the application, right, not your lawyers? 14:57:49 14:57:56 14:58:02 14:58:04

A. Correct. Except the Spectrum one, I didn't -- the girl did it over the phone. 14:58:05 14:58:10

Q. Okay. Have you applied for any credit in May or June of 2025? 14:58:13 14:58:25

A. Probably, yes. I don't know what for. 14:58:29

Q. Does Milestone sound familiar? 14:58:36

A. Capital One? 14:58:39

Q. Milestone. 14:58:42