# TAB 7

# **EXHIBIT A**

# **REDACTED**