# TAB 8

# **EXHIBIT B**

```
 N=0000024907,A=0175296891,SEQ=2
APPLE FINANCING LLC    12-31-23  2922863 FP         UNK EOC
 N=0000024907,A=0175296891,SEQ=1
BEST EGG/FIRST BANK&TR  9-15-23  2923799 BC         UNK EOC
 N=0000012394,A=0175296891,SEQ=1
DISCOVERC               9-01-23  2925105 BC         UNK EOC
 N=0000024907,A=0175296891,SEQ=1
ROBINHOOD CREDIT        7-29-24  2925938 PY         UNK PQC
 N=0000024907,A=0000000000,SEQ=2
ROBINHOODCR/CCB         7-30-24  2926271 BC         UNK C/G
 N=0000024907,A=0175296891,SEQ=2
COMENITY CAPITAL BANK   8-26-24  2927153 ZR             PPS
 N=0000024907,A=0175296891,SEQ=1
USAA FEDERAL SAVINGS B  9-22-24  2927779 BB             FPS
 N=0000012394,A=0527821477,SEQ=1
PROSPER/COASTAL COMMUN  3-26-25  2928470 BC         UNK PQC
 N=0000024907,A=0175296891,SEQ=2

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted];CA-[redacted]/
```

```
PAGE 23  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

PROSPER/COASTAL COMMUN  4-29-25  2928470 BC         UNK PQC
 N=0000024907,A=0175296891,SEQ=2
CCB/BREADCASHBACK      10-01-23  2931274 BC             CHG
 N=0000000000,A=0175296891,SEQ=1
CCB/BREADCASHBACK      10-01-23  2931274 BC             MLA
 REF=CHG
 N=0000024907,A=0175296891,SEQ=1
LENDINGCLUB CORP        9-06-23  2937503 PY         UNK PQC
 N=0000000000,A=0175296891,SEQ=1
CAPITAL ONE             7-03-24  2969032 BC         UNK EOC
 N=0000024907,A=0175296891,SEQ=2
CAPITAL ONE             1-16-25  2969032 BC         UNK EOC
 N=0000024907,A=0175297448,SEQ=2
CHARTER COMMUNICATION  10-24-24  2969407 UE             UIN
 N=0000024907,A=0175296891,SEQ=1
TBOM/CCI                7-31-25  3134710 BB         UNK EOC
 N=0000024907,A=0175296891,SEQ=2
CLARITY/SEEN-COASTAL-T  1-24-25  3181010 FP         UNK EOC
 N=0000024907,A=0175296891,SEQ=2
CLARITY/SEEN-COASTAL-T  1-24-25  3181013 FP      $1,000 MLA
```

```
 REF=EOC
 N=0000024907,A=0175296891,SEQ=2
WFBNA CARD             10-01-23  3205930 BC
 N=0000024907,A=0175297448,SEQ=1
CHARTER COMMUNICATION   6-03-25  3275180 UO            UIN
 N=0000000000,A=0175296891,SEQ=2
CREDIT ONE BANK NA      9-15-23  3278143 BC
 N=0000024907,A=0175296891,SEQ=1
CREDIT KARMA            4-06-25  3297650 FY        UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA            8-19-25  3297650 FY        UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA            9-17-25  3297650 FY        UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA            9-19-25  3297650 FY        UNK PQC
 N=0000024907,A=0175297448,SEQ=2
TBOM/CCI                7-31-25  3309220 BB            DTO
 REF=1234
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                9-27-23  3499953 30            CNX
 REF=2884252869
 N=0000020572,A=0175296891,SEQ=1
EXPERIAN                9-27-23  3499953 30            CNX
 REF=736769237

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted];CA-[redacted]/
```

```
PAGE 24  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 N=0000020572,A=0175296891,SEQ=2
EXPERIAN                9-27-23  3499953 30            CNX
 REF=2213222929
 N=0000020572,A=0175296891,SEQ=3
EXPERIAN                9-27-23  3499953 30            CNX
 REF=3958053795
 N=0000030484,A=0175296891,SEQ=4
EXPERIAN                9-27-23  3499953 30            CNX
 REF=871046719
 N=0000004154,A=0175296891,SEQ=5
EXPERIAN                9-27-23  3499953 30            CNX
 REF=4092272199
 N=0000004154,A=0175296891,SEQ=6
```