# TAB 9

# EXHIBIT C

**TCA1 SV6 7999750*** Bretz, Alexandrea [redacted] A-[redacted] 90803; y-1986**

```
PAGE 1   DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 PIN: 0776087904

 NAME:
 N=0000004154/ALEXANDREA DIANE BRETZ/SSN-[redacted]/
   1853180 6-01-18 TO 6-08-18 AA 40X
 N=0000005201/[redacted] BRETZ/SSN-[redacted],TRCNT=3/
   1348810 8-12-05 TO 6-22-15 AF 0X
 N=0000012394/[redacted] BRETZ/SSN-[redacted]/2375577 5-29-15 AA 0X
   DUP=2
 N=0000012800/ALEXANDREA BRETZ/2844550 7-25-23 AA 0X
   DUP=1
 N=0000015417/ALEXANDREA DIANE BRETZ/SSN-[redacted]/
   0000000 10-31-21 TO 9-27-23 01 0X
   DUP=1
 N=0000019391/ALEXANDREA DIANE BRETZ/SSN-[redacted]/
   0000000 12-12-12 TO 9-27-23 01 0X
   DUP=1
 N=0000019452/[redacted] BRETZ/SSN-[redacted]/
   1217350 3-09-11 TO 1-22-13 AA 0X
   DUP=2
 N=0000020333/ALEXANDREA DIANE BRETZ/SSN-[redacted]/
   0000000 12-21-16 TO 9-27-23 01 0X
   DUP=1
 N=0000020459/ALECANDREA BRETZ/SSN-[redacted]/2366570 7-11-25 AA 0X
   DUP=1
 N=0000020572/[redacted] BRETZ/SSN-[redacted],TRCNT=7/
   1906328 7-13-04 TO 10-17-17 AF 0X
   DUP=2
 N=0000024907/ALEXANDREA BRETZ/SSN-[redacted],TRCNT=39/
   1933961 12-21-16 TO 8-19-25 AF 0X
   DUP=1
 N=0000030297/ALEXANDREA BEETZ/SSN-[redacted]/2733940 9-19-25 AA 0X
   DUP=1
```

```
N=0000030484/ALEXANDREA D BRETZ/SSN-[redacted],TRCNT=3/
  1270246 8-05-16 TO 2-17-22 AF 0X
  DUP=1

DOB=[redacted]/1986,YOBSRC=01,YOBDT=9-27-23,SP=CHRISTOPHER
SSNRPTDCNT=37,SSNMAXCNT=37

ADDRESS:
A=0144206470/[redacted]/BROKEN ARROW OK 74014-5534/
  1906328 5-01-16 TO 10-17-17 AF 0X DWTYP=S GEO=40 145 30505 1 8560

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted];CA-[redacted]/
```

PAGE 2 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

```
A=0166130418/[redacted]/FLAGSTAFF AZ 86011-0341/
  8902236 3-15-06 TO 9-02-06 AF 0X DWTYP=P GEO=4 5 1000 0 2620
  SD=Z,SDD=10-23-09
  EXCL=15
A=0172846390/[redacted]/LOS ANGELES CA 90045-7111/
  1919851 10-11-12 AF 0X DWTYP=A GEO=6 37 276602 1 4480
A=0173382657/[redacted]/BEVERLY HILLS CA 90212-2110/
  1564890 2-03-15 AA 0X DWTYP=M GEO=6 37 700800 6 4480
A=0173956001/[redacted]/REDONDO BEACH CA 90277-2073/
  1326930 12-21-16 TO 5-25-18 AF 0X DWTYP=A GEO=6 37 621202 4 4480
A=0173962222/[redacted]/REDONDO BEACH CA 90277-3309/
  1326930 4-16-18 TO 5-25-18 AA 0X DWTYP=S GEO=6 37 621321 1 4480
A=0175296891/[redacted]/LONG BEACH CA 90803-6101/
  1933961 6-01-18 TO 8-19-25 AF 19X DWTYP=A GEO=6 37 577200 1 4480
A=0175297448/[redacted]/LONG BEACH CA 90803-6154/
  1270246 4-22-21 TO 2-19-25 AF 1X DWTYP=M GEO=6 37 577200 1 4480
  DUP=1,DUPOF=0175296891
A=0176138645/[redacted]/CANOGA PARK CA 91306-3287/
  1850180 8-17-13 TO 8-06-15 AF 0X DWTYP=A GEO=6 37 134720 2 4480
A=0178254289/[redacted]/LAS VEGAS NV 89119-5925/
  1919851 11-07-08 TO 7-11-11 AF 0X DWTYP=A GEO=32 3 2506 1 4120
A=0178272342/[redacted]/LAS VEGAS NV 89119-2700/3954212 11-06-14 AA 0X
  DWTYP=S GEO=32 3 2707 2 4120
A=0178280259/[redacted]/LAS VEGAS NV 89119-5529/
  1214383 8-10-10 AA 0X DWTYP=A GEO=32 3 2506 2 4120
A=0178280447/[redacted]/LAS VEGAS NV 89119-5554/
  6905630 12-06-10 TO 1-18-11 AA 0X DWTYP=A GEO=32 3 2506 2 4120
```

```
 REF=EOC
 N=0000024907,A=0175296891,SEQ=2
WFBNA CARD              10-01-23  3205930 BC
 N=0000024907,A=0175297448,SEQ=1
CHARTER COMMUNICATION    6-03-25  3275180 UO             UIN
 N=0000000000,A=0175296891,SEQ=2
CREDIT ONE BANK NA       9-15-23  3278143 BC
 N=0000024907,A=0175296891,SEQ=1
CREDIT KARMA             4-06-25  3297650 FY         UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA             8-19-25  3297650 FY         UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA             9-17-25  3297650 FY         UNK PQC
 N=0000024907,A=0175297448,SEQ=2
CREDIT KARMA             9-19-25  3297650 FY         UNK PQC
 N=0000024907,A=0175297448,SEQ=2
TBOM/CCI                 7-31-25  3309220 BB             DTO
 REF=1234
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=2884252869
 N=0000020572,A=0175296891,SEQ=1
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=736769237

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted];CA-[redacted]/
```

```
PAGE 24  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 N=0000020572,A=0175296891,SEQ=2
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=2213222929
 N=0000020572,A=0175296891,SEQ=3
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=3958053795
 N=0000030484,A=0175296891,SEQ=4
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=871046719
 N=0000004154,A=0175296891,SEQ=5
EXPERIAN                 9-27-23  3499953 30             CNX
 REF=4092272199
 N=0000004154,A=0175296891,SEQ=6
```

END -- EXPERIAN

Back to Home

© Copyright 2022 Experian Information Solutions, Inc. All rights reserved.