# TAB 10

# EXHIBIT D

DISCLOSURE LOG

```
*----------------------------------------------------------------------------------*
 PIN: 0776087904        Begin Date: 2018-09-30        End Date: 2025-09-30
*----------------------------------------------------------------------------------*
..................................................
 capid           | 25832540                       |
 agentId         | c15160a                        |
 agentName       |                                |
 stampDate       | 2025-09-30                     |
 createDateTime  | 2025-09-30T09:56:31.556418     |
 visitType       | Admin                          |
 reportType      | Exception                      |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 2441751562                     |
 agentId         | c15160a                        |
 agentName       |                                |
 stampDate       | 2025-09-30                     |
 createDateTime  | 2025-09-30T09:56:29.778642     |
 visitType       | Admin                          |
 reportType      | Exception                      |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 1368008312                     |
 agentId         | c15160a                        |
 agentName       |                                |
 stampDate       | 2025-09-30                     |
 createDateTime  | 2025-09-30T09:56:02.509223     |
 visitType       | Admin                          |
 reportType      | Exception                      |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 2307526090                     |
 agentId         | c15160a                        |
```

```
 agentName       |                                  |
 stampDate       | 2025-09-30                       |
 createDateTime  | 2025-09-30T09:54:00.263030       |
 visitType       | Admin                            |
 reportType      | Exception                        |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 710439980                        |
 agentId         | c20036e                          |
 agentName       |                                  |
 stampDate       | 2025-06-11                       |
 createDateTime  | 2025-06-11T15:43:36.594123       |
 visitType       | Phone                            |
 reportType      | Dispute                          |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 1247310888                       |
 agentId         | c20036e                          |
 agentName       |                                  |
 stampDate       | 2025-06-11                       |
 createDateTime  | 2025-06-11T15:43:36.582990       |
 visitType       | Phone                            |
 reportType      | Dispute                          |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 3309496752                       |
 agentId         | c19247a                          |
 agentName       |                                  |
 stampDate       | 2025-05-07                       |
 createDateTime  | 2025-05-07T16:43:27.196198       |
 visitType       | Phone                            |
 reportType      | Dispute                          |
..................................................
----
```

```
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1833077784                      |
 agentId        | c19247a                         |
 agentName      |                                 |
 stampDate      | 2025-05-07                      |
 createDateTime | 2025-05-07T16:37:29.649503      |
 visitType      | Phone                           |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1430419296                      |
 agentId        | c19247a                         |
 agentName      |                                 |
 stampDate      | 2025-05-07                      |
 createDateTime | 2025-05-07T16:36:12.742348      |
 visitType      | Phone                           |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 759320226                       |
 agentId        | c22181e                         |
 agentName      |                                 |
 stampDate      | 2025-05-07                      |
 createDateTime | 2025-05-07T16:33:44.816243      |
 visitType      | Phone                           |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803
```

```
CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1298254780                    |
 agentId        | rpamcero                      |
 agentName      |                               |
 stampDate      | 2024-09-04                    |
 createDateTime | 2024-09-04T15:25:45.937293    |
 visitType      | Phone                         |
 reportType     | Dispute                       |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1295148770                    |
 agentId        | c15155a                       |
 agentName      |                               |
 stampDate      | 2024-09-03                    |
 createDateTime | 2024-09-03T12:20:19.340442    |
 visitType      | Mail                          |
 reportType     | Declined/Inq. Search          |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 --------------------------------------------------------------------------------
  cdiRequestDate   : 2024-09-03T12:21:13.353
  cdiFormatDate    : 2024-09-03T12:21:13.353
  formatType       : Standard
  languageCd       : EN
  cdiScore         : true
  paragraphNumbers :

  score            : {letterDate=2024-09-03, formatType=Standard,
                     scoreModel=FICO SCORE(FC), scoreValue=691,
                     scoreFactors=[]}
 --------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 355624254                     |
 agentId        | c15155a                       |
 agentName      |                               |
 stampDate      | 2024-09-03                    |
 createDateTime | 2024-09-03T12:20:10.524170    |
 visitType      | Mail                          |
 reportType     | Dispute                       |
..................................................
----
PII |
```

```
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 2766170832                      |
 agentId        | rpamcero                        |
 agentName      |                                 |
 stampDate      | 2024-08-31                      |
 createDateTime | 2024-08-31T08:46:57.931998      |
 visitType      | Phone                           |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 750398458                       |
 agentId        | c76381a                         |
 agentName      |                                 |
 stampDate      | 2024-08-30                      |
 createDateTime | 2024-08-30T10:37:07.233641      |
 visitType      | Phone                           |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 2092548646                      |
 agentId        | c08826a                         |
 agentName      |                                 |
 stampDate      | 2024-08-27                      |
 createDateTime | 2024-08-30T10:26:35.810030      |
 visitType      | Mail                            |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
```

```
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1552207256                      |
 agentId        | ninte                           |
 agentName      |                                 |
 stampDate      | 2024-08-27                      |
 createDateTime | 2024-08-28T18:36:09.938190      |
 visitType      | Mail                            |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1552207224                      |
 agentId        | ninte                           |
 agentName      |                                 |
 stampDate      | 2024-08-27                      |
 createDateTime | 2024-08-28T18:36:09.532148      |
 visitType      | Mail                            |
 reportType     | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 1085209318                      |
 agentId        | ecsarcweb                       |
 agentName      |                                 |
 stampDate      | 2024-07-26                      |
 createDateTime | 2024-07-26T14:35:55.681919      |
 visitType      | C.S. - ECS_API                  |
 reportType     | Yearly Free Report              |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 --------------------------------------------------------------------------------
  cdiRequestDate   : 2024-07-26T14:35:56.241
  cdiFormatDate    : 2024-07-26T14:35:56.241
  formatType       : Standard
```

```
  languageCd        : EN
  cdiScore          : false
  paragraphNumbers  : 918-Clarity notice
  score             :
 ---------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 1774434541                      |
 agentId         | ecsarcweb                       |
 agentName       |                                 |
 stampDate       | 2024-07-19                      |
 createDateTime  | 2024-07-19T10:53:38.913131      |
 visitType       | C.S. - ECS_API                  |
 reportType      | Yearly Free Report              |
..................................................
----
PII |
----
name:            BRETZ, ALEXANDREA
dob:             1986-[redacted]
ssn:             [redacted]
currentAddress:  3933 E BROADWAY AVE, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 ---------------------------------------------------------------------------------
  cdiRequestDate    : 2024-07-19T10:53:39.447
  cdiFormatDate     : 2024-07-19T10:53:39.447
  formatType        : Standard
  languageCd        : EN
  cdiScore          : false
  paragraphNumbers  : 918-Clarity notice
  score             :
 ---------------------------------------------------------------------------------
  cdiRequestDate    : 2024-07-19T10:53:46.084
  cdiFormatDate     : 2024-07-19T10:53:46.084
  formatType        : Standard
  languageCd        : EN
  cdiScore          : false
  paragraphNumbers  : 918-Clarity notice
  score             :
 ---------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 282602777                       |
 agentId         | c61609a                         |
 agentName       |                                 |
 stampDate       | 2024-06-07                      |
 createDateTime  | 2024-06-07T10:27:51.292605      |
 visitType       | Phone                           |
 reportType      | Exception                       |
..................................................
----
PII |
----
name:            BRETZ, ALEXANDREA DIANE
dob:             1986-[redacted]
ssn:             [redacted]
currentAddress:  3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

 -----
 CDFs |
 ---------------------------------------------------------------------------------
  cycle             : 1
  cdfDate           : 2024-06-07
  cdfCreateDate     :
  type              : None
  createType        : No CDF
  email             :
  formatType        : Standard
```

```
  languageCd        :
  paragraphNumbers  :
 ---------------------------------------------------------------------------------
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 ---------------------------------------------------------------------------------
  cdiRequestDate    : 2024-06-07T10:28:03
  cdiFormatDate     : 2024-06-07T10:28:12
  formatType        : Standard
  languageCd        : EN
  cdiScore          : true
  paragraphNumbers  :
                      918-Clarity notice
  score             : {letterDate=2024-06-07, formatType=Standard,
                      scoreModel=FICO SCORE(FC), scoreValue=695,
                      scoreFactors=[]}
 ---------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid            | 3208379389                    |
 agentId          | ca221ar                       |
 agentName        |                               |
 stampDate        | 2024-03-20                    |
 createDateTime   | 2024-03-20T15:09:15.646082    |
 visitType        | Phone                         |
 reportType       | Dispute                       |
..................................................
----
PII |
----
name:            BRETZ, ALEXANDREA DIANE
dob:             1986-[redacted]
ssn:             [redacted]
currentAddress:  3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid            | 1058143079                    |
 agentId          | c66457a                       |
 agentName        |                               |
 stampDate        | 2024-03-11                    |
 createDateTime   | 2024-03-11T10:18:42.676471    |
 visitType        | Phone                         |
 reportType       | Exception                     |
..................................................
----
PII |
----
name:            BRETZ, ALEXANDREA DIANE
dob:             1986-[redacted]
ssn:             [redacted]
currentAddress:  3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

 -----
 CDFs |
 ---------------------------------------------------------------------------------
  cycle             : 1
  cdfDate           : 2024-03-11
  cdfCreateDate     :
  type              : None
  createType        : No CDF
  email             : -
  formatType        : Standard
  languageCd        : EN
  paragraphNumbers  :
 ---------------------------------------------------------------------------------
  cycle             : 2
  cdfDate           : 2024-03-11
```

```
  cdfCreateDate    :
  type             : None
  createType       : No CDF
  email            : -
  formatType       : Standard
  languageCd       : EN
  paragraphNumbers :
 ---------------------------------------------------------------------------------
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 ---------------------------------------------------------------------------------
  cdiRequestDate   : 2024-03-11T10:19:36
  cdiFormatDate    : 2024-03-11T10:19:43
  formatType       : Standard
  languageCd       : EN
  cdiScore         : true
  paragraphNumbers :
                     918-Clarity notice
  score            : {letterDate=2024-03-11, formatType=Standard,
                     scoreModel=FICO SCORE(FC), scoreValue=687,
                     scoreFactors=[]}
 ---------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 3223364376                     |
 agentId         | ecsfreeze                      |
 agentName       |                                |
 stampDate       | 2024-01-10                     |
 createDateTime  | 2024-01-10T16:09:52.944513     |
 visitType       | ECS API FREEZE PRODUCT         |
 reportType      | Exception                      |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 753487435                      |
 agentId         | ecsarcweb                      |
 agentName       |                                |
 stampDate       | 2023-11-06                     |
 createDateTime  | 2023-11-06T14:26:31.140422     |
 visitType       | C.S. - ECS_API                 |
 reportType      | Yearly Free Report             |
..................................................
----
PII |
----
name:           BREHZ, ALEXANDREA
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 ---------------------------------------------------------------------------------
  cdiRequestDate   : 2023-11-06T14:26:31.317
  cdiFormatDate    : 2023-11-06T14:26:31.317
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
```

```
  paragraphNumbers : 918-Clarity notice
  score            :
 ------------------------------------------------------------------------------
  cdiRequestDate   : 2023-11-06T14:27:13.745
  cdiFormatDate    : 2023-11-06T14:27:13.745
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
  paragraphNumbers : 918-Clarity notice
  score            :
 ------------------------------------------------------------------------------
  cdiRequestDate   : 2023-11-06T14:27:13.752
  cdiFormatDate    : 2023-11-06T14:27:13.752
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
  paragraphNumbers : 918-Clarity notice
  score            :
 ------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 4092272199                    |
 agentId         | c76199a                       |
 agentName       |                               |
 stampDate       | 2023-09-25                    |
 createDateTime  | 2023-09-27T11:49:27.752683    |
 visitType       | Mail                          |
 reportType      | Dispute                       |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

 -----
 CDFs |
 ------------------------------------------------------------------------------
  cycle            : 1
  cdfDate          : 2023-09-27
  cdfCreateDate    : 2023-09-27T14:51:41.355
  type             : Full
  createType       : Full
  email            : GIRLPEARLSLEX@GMAIL.COM
  formatType       : Standard
  languageCd       : EN
  paragraphNumbers : 153-Name or SSN explanation
 ------------------------------------------------------------------------------
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 871046719                     |
 agentId         | c76199a                       |
 agentName       |                               |
 stampDate       | 2023-09-25                    |
 createDateTime  | 2023-09-27T11:49:26.788536    |
 visitType       | Mail                          |
 reportType      | Dispute                       |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA DIANE
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
```

```
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 3958053795                     |
 agentId        | c76199a                        |
 agentName      |                                |
 stampDate      | 2023-09-25                     |
 createDateTime | 2023-09-27T11:48:04.602336     |
 visitType      | Mail                           |
 reportType     | Dispute                        |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA D
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 EAST BROADWAY AVENUE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 2213222929                     |
 agentId        | c76199a                        |
 agentName      |                                |
 stampDate      | 2023-09-25                     |
 createDateTime | 2023-09-27T11:47:20.434403     |
 visitType      | Mail                           |
 reportType     | Dispute                        |
..................................................
----
PII |
----
name:           BRETZ, [redacted]
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 736769237                      |
 agentId        | ninte                          |
 agentName      |                                |
 stampDate      | 2023-09-25                     |
 createDateTime | 2023-09-27T10:17:52.842191     |
 visitType      | Mail                           |
 reportType     | Dispute                        |
..................................................
----
PII |
----
name:           BRETZ, [redacted]
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 2884252869                     |
 agentId        | ninte                          |
```

```
 agentName       |                                 |
 stampDate       | 2023-09-25                      |
 createDateTime  | 2023-09-27T10:17:52.226041      |
 visitType       | Mail                            |
 reportType      | Dispute                         |
..................................................
----
PII |
----
name:           BRETZ, [redacted]
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY AVE APT 201, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 1902224389                      |
 agentId         | ecscharger                      |
 agentName       |                                 |
 stampDate       | 2023-06-21                      |
 createDateTime  | 2023-06-21T18:21:35.961229      |
 visitType       | API DISPUTE                     |
 reportType      | Up Top LLC                      |
..................................................
----
PII |
----
name:           BRETZ, [redacted]
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 1555 E ROCHELLE, LAS VEGAS, NV, 89119

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 --------------------------------------------------------------------------------
  cdiRequestDate   : 2023-06-21T18:21:36.136
  cdiFormatDate    : 2023-06-21T18:21:36.136
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
  paragraphNumbers : 918-Clarity notice
  score            :
 --------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid           | 2434255481                      |
 agentId         | ecsarcweb                       |
 agentName       |                                 |
 stampDate       | 2023-06-12                      |
 createDateTime  | 2023-06-12T14:59:48.295898      |
 visitType       | C.S. - ECS_API                  |
 reportType      | Yearly Free Report              |
..................................................
----
PII |
----
name:           BRETZ, ALEXANDREA
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 EAST BROADWAY AVENUE, LONG BEACH, CA, 90803

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
 -----
 CDIs |
 --------------------------------------------------------------------------------
  cdiRequestDate   : 2023-06-12T14:59:48.603
```

```
  cdiFormatDate    : 2023-06-12T14:59:48.803
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
  paragraphNumbers :
  score            :
 --------------------------------------------------------------------------------
  cdiRequestDate   : 2023-06-12T14:59:51.856
  cdiFormatDate    : 2023-06-12T14:59:51.856
  formatType       : Standard
  languageCd       : EN
  cdiScore         : false
  paragraphNumbers :
  score            :
 --------------------------------------------------------------------------------
LETTERS --> No LETTERS!
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
..................................................
 capid          | 3559948354                       |
 agentId        | FX302302                         |
 agentName      | Fraud Exchange Batch             |
 stampDate      | 2022-05-03                       |
 createDateTime | 2022-05-03T00:19:37.489859       |
 visitType      | Fr Alert                         |
 reportType     | FCRA Free-Fraud                  |
..................................................
----
PII |
----
name:           BRETZ,ALEXANDREA D
dob:            1986-[redacted]
ssn:            [redacted]
currentAddress: 3933 E BROADWAY#201, LONG BEACH, CA, 908036101

CDFs --> No CDFs!
REPEAT DISPUTE LETTERS --> No REPEAT DISPUTE LETTERS!
CDIs --> No CDIs!
 --------
 LETTERS |
 --------------------------------------------------------------------------------
  letterDate       : 2022-05-03T00:19:37
  email            :
  formatType       : Standard
  paragraphNumbers : 802-Added initial alert per other CRA, OO, PC
 --------------------------------------------------------------------------------
SCORE --> No SCOREs!
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
```