# TAB 11

# <u>EXHIBIT E</u>

PO Box 9701
Allen, TX 75013

experian™

ALEXANDREA DIANE BRETZ
[redacted]
LONG BEACH CA 90803

# Your Credit Report

Report # **2441-7515-62** for **Sep 30, 2025**

# Hi, Alexandrea Diane. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history. For more details, see the full credit report following the summary or view it online: experian.com/freescore

## What makes up your FICO® Score?*

### Payment History

***97% of your accounts always paid as agreed***

Payment history makes up to **35%** of your score. This is the most important factor in your credit score

***Even one missed or late payment can negatively impact your credit score.***

### Amount of Debt

***You have 75% revolving credit utilization***

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

***The lower the percentage, the better.***




### Credit History Length

***Your average account age is 3.9 years***

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

***A longer active credit history is better for your score***

### Amount of New Credit

***You have initiated 9 credit application(s) in the past year***

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

***Too many in too short a time can lower your credit score.***

### Credit Mix

***Different Types of accounts***

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

***Repaying a variety of debt products indicates the borrower can handle all sorts of credit.***

*Credit score calculated based on the FICO® Score 8 model. The financial service industry uses many different scores so your FICO® Score 8 model may be different from the score used by a lender, depending on the scoring model that was used. FICO® Score 8 methodology was developed by Fair Isaac Corporation. You may also contact Fair Isaac Corporation (www.fico.com) at :

FICO – Corporate Headquarters, 5 West Mendenhall, Suite 105, Bozeman, MT 59715. Learn More at Experian.com.

EXP_Bretz_000009

0776087904

# Credit Report Insights (31) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## What May Be Helping...

**30**
ACCOUNTS PAID AS AGREED

**97%**
OF ACCOUNTS PAID AS AGREED




FICO SCORE 8
Experian data September 30, 2025

Get more out of your score and report with a free online account. visit experian.com/view.

## What May Be Hurting...

**1**
POTENTIALLY NEGATIVE ACCOUNTS

**3%**
OF POTENTIALLY NEGATIVE ACCOUNTS

**0**
COLLECTIONS ACCOUNTS

**75%**
REVOLVING CREDIT UTILIZATION

**1**
BANKRUPTCIES

## Your Financial Profile..

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

***Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.***

***Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.***

***Bankruptcies can stay on your credit report for up to 10 years after the filing date.***

***Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.***

## Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.

experian. | Boost.

Create your free account at **experian.com/scoreboost**

Results may vary. See Experian.com for details.

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries

The FICO credit characteristic values provided in the boxes above may include special treatment logic that results in certain credit bureau report information being excluded from the calculation.

EXP_Bretz_000010

# Did You Know?

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies). . . . . . 3
Your Positive Account Activity. . . . . . 4
Who Has Viewed Your Credit Information. . . . . . 12
Your Personal Information. . . . . . 17
How to Contact Experian. . . . . . 19
Your Rights as a Consumer. . . . . . 19

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | IC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

# Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**SEEN FINANCE/CCB** Partial Acct # [redacted].... **Status (May 2025)** Open.

1193 W 2400 S WEST VALLEY CITY UT 84119; (833) 923 7336

**Date opened**
Jan 2025

**Address ID #**
0175296891

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
$32

**Credit limit or original amount**
$300

**High Balance**
$260

**Recent payment**
$45 as of 08/21/2025

**Recent Balance**
$221 as of Aug 2025

By Dec 2031, this account is scheduled to go to a positive status.

**Payment history:** Feb 2025 - Aug 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | | OK | OK | 30 | OK | OK | OK | OK | | | | |

| | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 |
|---|---|---|---|---|---|---|
| **Account Balance** | $159 | $138 | $36 | $113 | $85 | $59 |
| **Date Payment Received** | 07.21.25 | 06.21.25 | 05.18.25 | No Data | No Data | No Data |
| **Scheduled Payment Amount** | $30 | $25 | $28 | $80 | $52 | $25 |
| **Actual Amount Paid** | $50 | $73 | $80 | No Data | No Data | No Data |

*Between Feb 2025 and Jul 2025, your credit limit/high balance was $300*

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

Bankruptcies on your credit report may have a negative impact on your credit score.

US BKPT CT CA L A 255 E TEMPLE ST LOS ANGELES CA 90012; (213) 894 3118

| Identification number | Address ID # | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 2112689BR | 0175296891 | Jul 2021 | Apr 2021 | Individual | Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until Apr 2031. |

# Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

**AFFIRM INC** Partial Acct #[redacted].... **Status (Dec 2023)** Paid, Closed/Never late.

650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Type**
Unsecured

**Terms**
12 Months

**Date opened**
Apr 2023

**Monthly payment**
Not reported

**Address ID #**
0175296891

**High Balance**
Not reported

**Credit limit or original amount**
$406

**Recent Balance**
Not reported

**Responsibility**
Individual
This account is scheduled to continue on record until Dec 2033.

| | Nov23 | Oct23 | Sep23 |
|---|---|---|---|
| Account Balance | $212 | $245 | $316 |
| Date Payment Received | 10.24.23 | 09.08.23 | 06.29.23 |
| Scheduled Payment Amount | $36 | $36 | $36 |
| Actual Amount Paid | $36 | $73 | No Data |

*The original amount of this account was $406*

***/ AFFIRM INC** Partial Acct #[redacted].... **Status (Sep 2025)** Open/Never late.

650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Type**
Unsecured

**Terms**
6 Months

**Date opened**
May 2025

**Monthly payment**
$18

**Address ID #**
0175296891

**High Balance**
Not reported

**Credit limit or original amount**
$99

**Recent payment**
$18 as of 09/01/2025

**Recent Balance**
$35 as of Sep 2025

**Responsibility**
Individual

| | Aug25 | Jul25 | Jun25 |
|---|---|---|---|
| Account Balance | $51 | $68 | $84 |
| Date Payment Received | 08.01.25 | 07.01.25 | 06.01.25 |
| Scheduled Payment Amount | $18 | $18 | $18 |
| Actual Amount Paid | $18 | $18 | $18 |

*The original amount of this account was $99*

**APPLE CARD/GS BANK USA** Partial Acct #[redacted].... **Status (Aug 2025)** Open/Never late.

LOCKBOX 6112 P.O. BOX 7247 PHILADELPHIA PA 19170; (877) 255 5923

**Type**
Credit card

**Terms**
Not reported

**Date opened**
May 2024

**Monthly payment**
$132

**Address ID #**
0175296891

**High Balance**
$4,094

**Credit limit or original amount**
$4,000

**Recent payment**
$275 as of 08/30/2025

**Recent Balance**
$3,944 as of Aug 2025

**Comment**
FCBA dispute resolved - consumer disagrees.

**Responsibility**
Individual

**Comment History**
FCBA dispute resolved - consumer disagrees.| Jul 2025 - Apr 2025

EXP_Bretz_000012

## Your Positive Account Activity (Continued)

| | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $4,094 | $3,973 | $3,660 | $3,480 | $3,425 | $1,757 | $1,255 | $772 | $464 | $699 | $3,081 | $1,736 | $2,210 | $2,016 |
| **Date Payment Received** | 06.23.25 | 06.23.25 | 05.05.25 | 04.27.25 | 03.25.25 | 02.28.25 | 12.31.24 | 12.31.24 | 11.29.24 | 10.31.24 | 09.14.24 | 08.30.24 | 07.31.24 | 06.29.24 |
| **Scheduled Payment Amount** | $125 | $116 | $112 | $105 | $33 | $37 | $25 | $25 | $72 | $82 | $25 | $29 | $26 | No Data |
| **Actual Amount Paid** | No Data | $116 | $112 | $250 | $200 | $1,205 | No Data | $459 | $3,765 | $3,081 | $325 | $2,131 | $1,683 | $1,800 |

| | May24 |
|---|---|
| **Account Balance** | $0 |
| **Date Payment Received** | 05.30.24 |
| **Scheduled Payment Amount** | No Data |
| **Actual Amount Paid** | $1,298 |

*Between May 2024 and Jul 2025, your credit limit/high balance was $4,000*

### AVANT LLC/WEB BANK Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

222 W MERCHANDISE MART PLZ 900 CHICAGO IL 60654; (855) 285 6822

| | | | | | |
|---|---|---|---|---|---|
| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
| Credit card | Jul 2023 | 0175296891 | $2,500 | $1,364 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $54 | $1,412 | $65 as of 09/05/2025 | | |

**Comment History**
Affected by natural or declared disaster.| Feb 2025 - Jan 2025

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $1,388 | $1,035 | $300 | $223 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Date Payment Received** | 08.19.25 | 06.18.25 | 06.18.25 | 04.04.25 | 04.04.25 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 |
| **Scheduled Payment Amount** | $47 | $48 | $25 | $25 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| **Actual Amount Paid** | $80 | No Data | $50 | No Data | $14 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $0 | $4 | $0 | $169 | $39 | $289 |
| **Date Payment Received** | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 01.31.24 | 11.27.23 | 11.27.23 | 10.15.23 | 10.15.23 | 09.20.23 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | $4 | No Data | $30 | $25 | $25 |
| **Actual Amount Paid** | No Data | No Data | No Data | $21 | $37 | No Data | $169 | No Data | $380 | $500 |

*Between Jan 2025 and Aug 2025, your credit limit/high balance was $2,500* *Between Sep 2023 and Dec 2024, your credit limit/high balance was $2,000*

### BARCLAYS BANK DELAWARE Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

| | | | | | |
|---|---|---|---|---|---|
| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
| Credit Card | Jul 2023 | 0175296891 | $500 | $330 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $29 | $1,775 | $100 as of 09/10/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $420 | $479 | $474 | $208 | $52 | $131 | $133 | $34 | $34 | $34 | $34 | $0 | $0 | $19 |
| **Date Payment Received** | 08.12.25 | 07.12.25 | 06.13.25 | 04.27.25 | 04.02.25 | 02.03.25 | 02.03.25 | 01.13.25 | 12.07.24 | 10.31.24 | 08.30.24 | 08.30.24 | 07.31.24 | 07.07.24 |
| **Scheduled Payment Amount** | $29 | $29 | $29 | $29 | $1 | $32 | $29 | $29 | $29 | $29 | No Data | No Data | No Data | $19 |
| **Actual Amount Paid** | $70 | $50 | $40 | $10 | $102 | No Data | $40 | $34 | $34 | $34 | No Data | $38 | $54 | $44 |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $34 | $0 | $466 | $195 | $114 | $0 | $0 | $748 | $224 | $1,172 |
| **Date Payment Received** | 05.11.24 | 05.11.24 | 03.27.24 | 03.11.24 | 01.31.24 | 12.30.23 | 12.12.23 | 10.17.23 | 10.17.23 | 09.14.23 |
| **Scheduled Payment Amount** | No Data | No Data | $29 | $29 | No Data | No Data | No Data | $29 | $29 | $29 |
| **Actual Amount Paid** | No Data | $501 | $223 | $200 | $44 | $34 | $1,155 | No Data | No Data | No Data |

*Between Jun 2025 and Aug 2025, your credit limit/high balance was $500* *Between Sep 2023 and May 2025, your credit limit/high balance was $4,000*

## Your Positive Account Activity (Continued)

### BEST EGG/CROSS RIVER BAN Partial Acct #[redacted]....
**Status (Jul 2025)** Paid, Closed/Never late.

3419 SILVERSIDE RD WILMINGTON DE 19810; (302) 358 2730

**Type**
Line of Credit
**Terms**
Not reported

**Date opened**
Mar 2025
**Monthly payment**
Not reported

**Address ID #**
0175296891
**High Balance**
$1,440

**Credit limit or original amount**
$1,224

**Recent Balance**
Not reported

**Responsibility**
Individual
This account is scheduled to continue on record until Jul 2035.

| | Jun25 | May25 |
|---|---|---|
| Account Balance | $1,440 | $480 |
| Date Payment Received | 05.20.25 | 05.20.25 |
| Scheduled Payment Amount | $960 | $480 |
| Actual Amount Paid | $480 | $480 |

*Between May 2025 and Jun 2025, your credit limit/high balance was $1,224*

### BEST EGG/CROSS RIVER BAN Partial Acct #[redacted]....
**Status (Aug 2025)** Open/Never late.

3419 SILVERSIDE RD WILMINGTON DE 19810; (302) 358 2730

**Type**
Line of Credit
**Terms**
Not reported

**Date opened**
Jul 2024
**Monthly payment**
$0

**Address ID #**
0175296891
**High Balance**
$1,080

**Credit limit or original amount**
$1,872
**Recent payment**
$360 as of 01/29/2025

**Recent Balance**
$0 /paid as of Aug 2025

**Responsibility**
Individual

| | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $1,080 | $1,080 | $0 | $720 |
| Date Payment Received | 01.29.25 | 01.29.25 | 01.29.25 | 01.29.25 | 01.29.25 | 01.29.25 | 01.01.25 | 10.30.24 | 10.30.24 | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | $1,080 | $1,080 | No Data | $720 |
| Actual Amount Paid | $360 | $360 | $360 | $360 | $360 | $360 | $360 | $360 | $360 | No Data |

*Between Oct 2024 and Jul 2025, your credit limit/high balance was $1,872*

### CAPITAL ONE Partial Acct #[redacted]....
**Status (Aug 2023)** Paid, Closed/Never late.

PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Type**
Credit card
**Terms**
Not reported

**Date opened**
Jan 2022
**Monthly payment**
Not reported

**Address ID #**
0175296891
**High Balance**
$1,131

**Credit limit or original amount**
$1,200

**Recent Balance**
Not reported
**Comment:**
Account closed at credit grantor's request.

**Responsibility**
Individual
This account is scheduled to continue on record until Aug 2033.

### CAPITAL ONE Partial Acct #[redacted]....
**Status (Feb 2025)** Paid, Closed/Never late.

PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Type**
Credit card
**Terms**
Not reported

**Date opened**
Jan 2025
**Monthly payment**
Not reported

**Address ID #**
0175297448
**High Balance**
Not reported

**Credit limit or original amount**
$300

**Recent Balance**
Not reported
**Comment:**
Account closed at credit grantor's request.

**Responsibility**
Individual
This account is scheduled to continue on record until Feb 2035.

### CAPITAL ONE Partial Acct #[redacted]....
**Status (Feb 2018)** Paid, Closed/Never late.

PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Type**
Credit card
**Terms**
Not reported

**Date opened**
Apr 2013
**Monthly payment**
Not reported

**Address ID #**
0781417244
**High Balance**
$0

**Credit limit or original amount**
$500

**Recent Balance**
Not reported
**Comment:**
Account closed at credit grantor's request.

**Responsibility**
Individual
This account is scheduled to continue on record until Feb 2028.

## Your Positive Account Activity (Continued)

### **CAPITAL ONE AUTO FINANCE** Partial Acct # [redacted]....

**Status (Aug 2025)** Open/Never late.

PO BOX 259407 PLANO TX 75025; (800) 946 0332

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Loan | Oct 2021 | 0175296891 | $10,639 | $4,075 as of Aug 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| 67 Months | $196 | Not reported | | | |

| | Jul25 | Jun25 | May25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $4,041 | $4,212 | $4,383 | $4,721 | $4,888 | $5,057 | $5,222 | $5,386 | $5,550 | $5,712 | $5,875 | $6,035 | $6,194 | $6,354 |
| **Date Payment Received** | 07.14.25 | 06.14.25 | 05.14.25 | 03.14.25 | 02.14.25 | 01.14.25 | 12.14.24 | 11.14.24 | 10.14.24 | 09.14.24 | 08.14.24 | 07.13.24 | 06.14.24 | 05.14.24 |
| **Scheduled Payment Amount** | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| **Actual Amount Paid** | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |

| | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $6,511 | $6,668 | $6,824 | $6,981 | $7,134 | $7,287 | $7,440 | $7,590 |
| **Date Payment Received** | 04.13.24 | 03.14.24 | 02.14.24 | 01.13.24 | 12.14.23 | 11.14.23 | 10.14.23 | 09.14.23 |
| **Scheduled Payment Amount** | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| **Actual Amount Paid** | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |

*The original amount of this account was $10,639*

### **CB INDIGO/CCI** Partial Acct # [redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 4499 BEAVERTON OR 97076; (800) 353 5920

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Nov 2023 | 0175296891 | $1,500 | $1,069 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $75 | $1,157 | $105 as of 09/14/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $1,134 | $642 | $7 | $7 | $7 | $7 | $7 | $7 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Date Payment Received** | 08.15.25 | 06.26.25 | 06.05.25 | 05.15.25 | 03.19.25 | 03.10.25 | 02.07.25 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 |
| **Scheduled Payment Amount** | $79 | $45 | $7 | $7 | $7 | $7 | $7 | $7 | No Data | No Data | No Data | No Data | No Data | No Data |
| **Actual Amount Paid** | $55 | $32 | $7 | $7 | $7 | $7 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 |
|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $32 | $0 | $32 |
| **Date Payment Received** | 03.11.24 | 03.11.24 | 03.11.24 | 03.11.24 | 01.08.24 | 01.08.24 | No Data |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | $32 | No Data | $32 |
| **Actual Amount Paid** | No Data | No Data | No Data | $32 | No Data | $96 | No Data |

*Between Dec 2023 and Aug 2025, your credit limit/high balance was $1,500*

### **ADS/COMENITY/VICTORIA** Partial Acct # [redacted]....

**Status (Nov 2020)** Paid, Closed/Never late.

PO BOX 182789 COLUMBUS OH 43218; No phone # available

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Charge Card | May 2015 | 0173956001 | $250 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled to continue on record until Nov 2030. |
| Not reported | Not reported | $345 | | Account closed at credit grantor's request. | |

### **COMENITYCB/GAMESTOP** Partial Acct # [redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 182120 COLUMBUS OH 43218; No phone # available

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Charge Card | Sep 2024 | 0175296891 | $300 | $60 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $30 | $273 | $105 as of 09/07/2025 | | |

## Your Positive Account Activity (Continued)

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $162 | $187 | $231 | $73 | $0 | $0 | $3 | $3 | $95 | $122 | $163 | $0 |
| Date Payment Received | 08.13.25 | 06.26.25 | 06.10.25 | 05.15.25 | 02.14.25 | 02.14.25 | 02.14.25 | 01.12.25 | 12.13.24 | 11.12.24 | No Data | No Data |
| Scheduled Payment Amount | $30 | $30 | $30 | $30 | No Data | No Data | $3 | $3 | $30 | $30 | $30 | No Data |
| Actual Amount Paid | $30 | $50 | $45 | $10 | No Data | No Data | $3 | $95 | $30 | $100 | No Data | No Data |

*Between Sep 2024 and Aug 2025, your credit limit/high balance was $300*

### **CREDIT ONE BANK** Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 98875 LAS VEGAS NV 89193; (877) 825 3242

**Type**
Credit card

**Terms**
Not reported

**Date opened**
Jan 2025

**Monthly payment**
$34

**Address ID #**
0175296891

**High Balance**
$746

**Credit limit or original amount**
$1,000

**Recent payment**
$60 as of 09/03/2025

**Recent Balance**
$671 as of Sep 2025

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Responsibility**
Individual

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 |
|---|---|---|---|---|---|---|---|
| Account Balance | $718 | $729 | $546 | $569 | $565 | $591 | $626 |
| Date Payment Received | 08.13.25 | 07.14.25 | 06.13.25 | 05.16.25 | 03.19.25 | 03.05.25 | 02.07.25 |
| Scheduled Payment Amount | $36 | $37 | $30 | $30 | $30 | $30 | $32 |
| Actual Amount Paid | $45 | $30 | $80 | $30 | $30 | $40 | $139 |

*Between May 2025 and Aug 2025, your credit limit/high balance was $1,000*

*Between Feb 2025 and Apr 2025, your credit limit/high balance was $800*

### **CREDIT ONE BANK** Partial Acct #[redacted]....

**Status (Aug 2017)** Paid, Closed/Never late.

PO BOX 98875 LAS VEGAS NV 89193; (877) 825 3242

**Type**
Credit card

**Terms**
Not reported

**Date opened**
Mar 2016

**Monthly payment**
Not reported

**Address ID #**
0179053861

**High Balance**
$335

**Credit limit or original amount**
$400

**Recent Balance**
Not reported

**Comment**
Account closed at consumer's request.

**Responsibility**
Individual
This account is scheduled to continue on record until Aug 2027.

### **CREDIT ONE BANK** Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 98875 LAS VEGAS NV 89193; (877) 825 3242

**Type**
Credit card

**Terms**
Not reported

**Date opened**
Sep 2023

**Monthly payment**
$30

**Address ID #**
0175296891

**High Balance**
$610

**Credit limit or original amount**
$850

**Recent payment**
$66 as of 09/03/2025

**Recent Balance**
$610 as of Sep 2025

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Responsibility**
Individual

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $543 | $589 | $497 | $531 | $533 | $344 | $377 | $334 | $361 | $452 | $192 | $346 | $273 | $202 |
| Date Payment Received | 08.24.25 | 07.24.25 | 06.09.25 | 05.23.25 | 04.23.25 | 03.05.25 | 02.07.25 | 01.17.25 | 12.11.24 | 11.18.24 | 10.08.24 | 09.13.24 | 08.23.24 | 07.21.24 |
| Scheduled Payment Amount | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 |
| Actual Amount Paid | $60 | $30 | $45 | $30 | $30 | $40 | $50 | $361 | $100 | $125 | $40 | $313 | $200 | $455 |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $89 | $88 | $66 | $112 | $489 | $85 | $0 | $70 | $0 | $130 |
| Date Payment Received | 06.19.24 | 05.12.24 | 04.24.24 | 03.28.24 | 02.25.24 | 01.23.24 | 12.28.23 | 11.26.23 | 10.23.23 | No Data |
| Scheduled Payment Amount | $30 | $30 | $30 | $30 | $30 | $30 | No Data | $30 | No Data | $30 |
| Actual Amount Paid | $120 | $66 | $227 | $762 | $371 | $824 | $927 | $295 | $229 | No Data |

*Between Oct 2024 and Aug 2025, your credit limit/high balance was $850*

*Between Sep 2023 and Sep 2024, your credit limit/high balance was $600*

## Your Positive Account Activity (Continued)

### DISCOVER CARD Partial Acct # [redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Sep 2023 | 0175296891 | $2,000 | $1,714 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | |
| Not reported | $55 | $1,786 | | Account previously in dispute - investigation complete, reported by data furnisher | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,759 | $1,786 | $2,013 | $1,836 | $1,876 | $1,890 | $1,930 | $2,002 | $2,078 | $1,975 | $1,671 | $1,384 | $1,441 | $1,500 |
| Date Payment Received | 08.10.25 | 07.17.25 | 06.05.25 | 04.28.25 | 04.08.25 | 03.05.25 | 02.03.25 | 01.08.25 | 11.25.24 | 11.13.24 | 09.25.24 | 09.17.24 | 08.13.24 | 07.08.24 |
| Scheduled Payment Amount | $56 | $56 | $57 | $56 | $57 | $38 | $39 | $41 | $42 | $40 | $35 | $35 | $35 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jul24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,901 | $1,907 | $1,958 | $2,119 | $1,998 | $1,714 | $1,277 | $1,739 | $1,927 | $1,515 |
| Date Payment Received | 06.19.24 | 05.12.24 | 03.29.24 | 03.12.24 | 02.09.24 | 01.29.24 | 12.19.23 | 11.20.23 | 10.15.23 | No Data |
| Scheduled Payment Amount | $36 | $39 | $37 | $43 | $40 | $46 | $35 | $35 | $39 | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Sep 2023 and Aug 2025, your credit limit/high balance was $2,000*

### EXTRA Partial Acct # [redacted]....

**Status (May 2023)** Paid, Closed/Never late.

195 BROADWAY FL 25 NEW YORK NY 10007; (833) 984 2291

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Line of Credit | May 2021 | 0175296891 | $3,000 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment** | This account is scheduled to continue on record until May 2033. |
| Not reported | Not reported | $251 | | Account closed at consumer's request. | |

### FB&T/MERCURY Partial Acct # [redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 84064 COLUMBUS GA 31908; (866) 686 2158

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Feb 2022 | 0175296891 | $5,500 | $5,144 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $84 | $5,144 | $145 as of 08/28/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,968 | $2,172 | $1,914 | $1,822 | $1,634 | $1,373 | $1,225 | $100 | $196 | $291 | $0 | $0 | $0 | $0 |
| Date Payment Received | 08.07.25 | 07.07.25 | 06.07.25 | 05.06.25 | 03.14.25 | 02.20.25 | 02.07.25 | 01.07.25 | 12.07.24 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 |
| Scheduled Payment Amount | $65 | $60 | $56 | $47 | $37 | $25 | $15 | $15 | $15 | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | $88 | $154 | $74 | $132 | $100 | $50 | $185 | $100 | $100 | No Data | No Data | No Data | No Data | No Data |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9 |
| Date Payment Received | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 10.07.23 | 08.15.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $9 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $9 | $55 |

*Between Jan 2025 and Aug 2025, your credit limit/high balance was $5,500*
*Between Apr 2024 and Dec 2024, your credit limit/high balance was $4,800*
*Between Sep 2023 and Mar 2024, your credit limit/high balance was $4,050*

### MISSION LANE TAB BANK Partial Acct # [redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 105286 ATLANTA GA 30348; (855) 790 8860

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Jul 2021 | 0175296891 | $2,000 | $414 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $25 | $720 | $40 as of 08/19/2025 | | |

EXP_Bretz_000017

## Your Positive Account Activity (Continued)

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $441 | $515 | $148 | $178 | $179 | $198 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 08.01.25 | 06.10.25 | 05.29.25 | 04.28.25 | 04.02.25 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 |
| Scheduled Payment Amount | $44 | $25 | $25 | $32 | $25 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | $88 | $25 | $35 | $35 | $50 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 12.12.23 | 01.02.23 | 01.02.23 | 01.02.23 | 01.02.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | $2 | No Data | No Data | No Data | No Data |

*Between Sep 2023 and Aug 2025, your credit limit/high balance was $2,000*

### ROBINHOOD CREDIT Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

548 MARKET ST # 30684 SAN FRANCISCO CA 94104; No phone # available

| | | | | | |
|---|---|---|---|---|---|
| **Type**<br>Credit card | **Date opened**<br>Jul 2024 | **Address ID #**<br>0175296891 | **Credit limit or original amount**<br>$5,000 | **Recent Balance**<br>$4,934 as of Sep 2025 | **Responsibility**<br>Individual |
| **Terms**<br>Not reported | **Monthly payment**<br>$177 | **High Balance**<br>$4,948 | **Recent payment**<br>$169 as of 09/05/2025 | | |

| | Aug25 | Jul25 | Jun25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $4,930 | $4,842 | $4,735 | $2,571 | $2,223 | $1,057 | $847 | $789 | $225 | $220 | $1,472 | $1,092 |
| Date Payment Received | 08.10.25 | 07.17.25 | 06.17.25 | 04.07.25 | 03.14.25 | 02.17.25 | 01.17.25 | 12.11.24 | 11.17.24 | 10.11.24 | 09.11.24 | No Data |
| Scheduled Payment Amount | $169 | $163 | $146 | $86 | $63 | $25 | $26 | $25 | $25 | $25 | $25 | $25 |
| Actual Amount Paid | $200 | $146 | $236 | $63 | $100 | $650 | $300 | $202 | $220 | $1,472 | $1,092 | No Data |

*Between Aug 2024 and Aug 2025, your credit limit/high balance was $5,000*

### SYNCB/PPC Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 71746 PHILADELPHIA PA 19176; (844) 373 4961

| | | | | | |
|---|---|---|---|---|---|
| **Type**<br>Credit card | **Date opened**<br>Jun 2023 | **Address ID #**<br>0175296891 | **Credit limit or original amount**<br>$2,620 | **Recent Balance**<br>$2,467 as of Sep 2025 | **Responsibility**<br>Individual |
| **Terms**<br>Not reported | **Monthly payment**<br>$66 | **High Balance**<br>$2,574 | **Recent payment**<br>$100 as of 09/05/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,451 | $2,528 | $2,509 | $2,527 | $2,572 | $1,660 | $1,734 | $1,621 | $1,660 | $2,166 | $2,190 | $1,931 | $823 | $854 |
| Date Payment Received | 08.06.25 | 06.24.25 | 06.06.25 | 05.06.25 | 03.21.25 | 03.05.25 | 02.04.25 | 01.06.25 | 12.01.24 | 10.31.24 | 09.29.24 | 09.13.24 | 08.01.24 | 07.08.24 |
| Scheduled Payment Amount | $68 | $67 | $65 | $67 | $61 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 | $30 |
| Actual Amount Paid | $84 | $65 | $85 | $100 | $60 | $100 | $100 | $70 | $100 | $30 | $240 | $100 | $50 | $141 |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $995 | $1,195 | $772 | $454 | $554 | $1,375 | $1,375 | $715 | $890 | $882 |
| Date Payment Received | 06.06.24 | 05.08.24 | 03.21.24 | 03.01.24 | 01.23.24 | 01.07.24 | 12.13.23 | 11.07.23 | 09.18.23 | 08.22.23 |
| Scheduled Payment Amount | $41 | $41 | $41 | $41 | $41 | $43 | $30 | $30 | $30 | $30 |
| Actual Amount Paid | $200 | $158 | $100 | $100 | $150 | $30 | $608 | $175 | $100 | $205 |

*Between May 2025 and Aug 2025, your credit limit/high balance was $2,620* *Between Sep 2023 and Apr 2025, your credit limit/high balance was $3,400*

### SYNCB/VNMO Partial Acct #[redacted]....

**Status (Sep 2025)** Open/Never late.

PO BOX 71746 PHILADELPHIA PA 19176; (855) 878 6462

| | | | | | |
|---|---|---|---|---|---|
| **Type**<br>Credit card | **Date opened**<br>Mar 2024 | **Address ID #**<br>0175296891 | **Credit limit or original amount**<br>$3,900 | **Recent Balance**<br>$3,462 as of Sep 2025 | **Responsibility**<br>Individual |
| **Terms**<br>Not reported | **Monthly payment**<br>$0 | **High Balance**<br>$3,915 | **Recent payment**<br>$120 as of 09/04/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $3,565 | $3,019 | $2,304 | $2,091 | $1,331 | $1,173 | $1,246 | $1,295 | $1,106 | $1,014 | $745 | $639 | $0 | $0 |
| Date Payment Received | 08.11.25 | 07.21.25 | 06.19.25 | 04.28.25 | 04.06.25 | 03.17.25 | 02.07.25 | 01.24.25 | 12.01.24 | 10.30.24 | 10.15.24 | 09.17.24 | 07.08.24 | 07.08.24 |
| Scheduled Payment Amount | $117 | $131 | $75 | $63 | $39 | $39 | $38 | $39 | $35 | $30 | $30 | $30 | No Data | No Data |
| Actual Amount Paid | $131 | $75 | $140 | $45 | $50 | $100 | $110 | $50 | $50 | $35 | $98 | $150 | No Data | $1,000 |

EXP_Bretz_000018

## Your Positive Account Activity (Continued)

| | Jun24 | May24 | Apr24 | Mar24 |
|---|---|---|---|---|
| Account Balance | $1,575 | $995 | $1,048 | $148 |
| Date Payment Received | 06.21.24 | 05.14.24 | 04.26.24 | No Data |
| Scheduled Payment Amount | $40 | $32 | $30 | $30 |
| Actual Amount Paid | $200 | $550 | $348 | No Data |

*Between Mar 2024 and Aug 2025, your credit limit/high balance was $3,900*

### SYNCB/WALMART Partial Acct # [redacted]....

**Status (May 2016)** Paid, Closed/Never late.

PO BOX 71746 PHILADELPHIA PA 19176; (855) 893 5848

**Type**
Charge Card
**Terms**
Not reported

**Date opened**
Dec 2011
**Monthly payment**
Not reported

**Address ID #**
0179053861
**High Balance**
$827

**Credit limit or original amount**
$100

**Recent Balance**
Not reported
**Comment:**
Account closed at credit grantor's request.

**Responsibility**
Individual
This account is scheduled to continue on record until May 2026.

### TBOM/MILESTONE Partial Acct # [redacted]....

**Status (Sep 2025)** Paid, Closed/Never late.

PO BOX 4499 BEAVERTON OR 97076; (800) 305 0330

**Type**
Credit card
**Terms**
Not reported

**Date opened**
Jul 2025
**Monthly payment**
Not reported

**Address ID #**
0175296891
**High Balance**
$177

**Credit limit or original amount**
$700

**Recent Balance**
Not reported
**Comment**
Account closed at consumer's request.

**Responsibility**
Individual
This account is scheduled to continue on record until Sep 2035.

| | Aug25 |
|---|---|
| Account Balance | $177 |
| Date Payment Received | No Data |
| Scheduled Payment Amount | No Data |
| Actual Amount Paid | No Data |

*As of Aug 2025 your credit limit/high balance was $700*

### TD BANK USA/TARGETCREDIT Partial Acct # [redacted]....

**Status (Feb 2018)** Paid, Closed/Never late.

PO BOX 673 MINNEAPOLIS MN 55440; (888) 755 5856

**Type**
Credit card
**Terms**
Not reported

**Date opened**
Jul 2016
**Monthly payment**
Not reported

**Address ID #**
0173956001
**High Balance**
$188

**Credit limit or original amount**
$800

**Recent Balance**
Not reported
**Comment:**
Closed due to inactivity

**Responsibility**
Individual
This account is scheduled to continue on record until Feb 2028.

### UPGRADE INC Partial Acct # [redacted]....

**Status (Aug 2025)** Open/Never late.

2 N CENTRAL AVE FL 10 PHOENIX AZ 85004; (855) 997 3100

**Type**
Line of Credit
**Terms**
1 Month

**Date opened**
Sep 2021
**Monthly payment**
$21

**Address ID #**
0175296891
**High Balance**
$9,983

**Credit limit or original amount**
Not reported
**Recent payment**
$46 as of 08/22/2025

**Recent Balance**
$308 as of Aug 2025

**Responsibility**
Individual

| | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $356 | $268 | $260 | $242 | $278 | $287 | $299 | $338 | $584 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 07.22.25 | 06.26.25 | 05.22.25 | 04.28.25 | 03.22.25 | 02.22.25 | 01.22.25 | 12.21.24 | 11.22.24 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 |
| Scheduled Payment Amount | $18 | $16 | $15 | $15 | $15 | $15 | $17 | $29 | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | $17 | $39 | No Data | $38 | $29 | $15 | $42 | $533 | No Data | No Data | No Data | No Data | No Data | No Data |

| | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 | 12.30.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Dec 2024 and Jul 2025, your credit limit/high balance was $9,983*
*Between Jul 2024 and Oct 2024, your credit limit/high balance was $5,403*
*Between Nov 2024 and Nov 2024, your credit limit/high balance was $5,983*
*Between Sep 2023 and Jun 2024, your credit limit/high balance was $3,326*

EXP_Bretz_000019

**Your Positive Account Activity (Continued)**

**UPGRADE INC** Partial Acct # [redacted]....
**Status (Aug 2025)** Open/Never late.
2 N CENTRAL AVE FL 10 PHOENIX AZ 85004; (855) 997 3100

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Line of Credit | May 2022 | 0175296891 | Not reported | $0 /paid as of Aug 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| 1 Month | $0 | $2,207 | $88 as of 08/10/2025 | | |

| | Jul25 | Jun25 | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $87 | $86 | $109 | $111 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 07.15.25 | 06.20.25 | 05.15.25 | 04.15.25 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 |
| Scheduled Payment Amount | $3 | $4 | $4 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | $25 | $4 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $26 |
| Date Payment Received | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 10.02.23 | 09.15.23 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $5 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $26 | $9 |

*Between Jul 2024 and Jul 2025, your credit limit/high balance was $2,207*
*Between Feb 2024 and Jun 2024, your credit limit/high balance was $2,000*
*Between Sep 2023 and Jan 2024, your credit limit/high balance was $1,941*

**WEBBANK/ONEMAIN/FIS** Partial Acct # [redacted]....
**Status (Sep 2025)** Open/Never late.
PO BOX 3316 EVANSVILLE IN 47732; (888) 743 7698

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Mar 2025 | 0175296891 | $1,500 | $929 as of Sep 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | **Recent payment** | | |
| Not reported | $44 | $1,024 | $120 as of 09/12/2025 | | |

| | Aug25 | Jul25 | Jun25 | May25 | Apr25 |
|---|---|---|---|---|---|
| Account Balance | $1,019 | $462 | $458 | $383 | $65 |
| Date Payment Received | 08.12.25 | 07.12.25 | 06.13.25 | 05.13.25 | No Data |
| Scheduled Payment Amount | $42 | $25 | $25 | $25 | $25 |
| Actual Amount Paid | $25 | $40 | $65 | $25 | No Data |

*Between Apr 2025 and Aug 2025, your credit limit/high balance was $1,500*

**WFBNA CARD** Partial Acct # [redacted]....
**Status (Aug 2019)** Paid, Closed/Never late.
PO BOX 393 MINNEAPOLIS MN 55480; (855) 854 3502

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Aug 2011 | 0173956001 | $500 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | **Comment:** | This account is scheduled to continue on record until Aug 2029. |
| Not reported | Not reported | $560 | | Account closed at credit grantor's request. | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

***Hard inquiries*** are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.

NOWCOM/WESTLAKE FINANCIA 4751 WILSHIRE BLVD LOS ANGELES CA 90010 **No phone # available** **Sep 19, 2025**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2027.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Sep 13, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2027.

---

JPMCB CARD PO BOX 15077 WILMINGTON DE 19850 (800) 453 9719 **Aug 19, 2025**

**REASON:** Credit card with 0 Months repayment terms.
**DURATION:** This inquiry is scheduled to continue on record until Sep 2027.

---

CBC/NORM REEVES HONDA H 19131 BEACH BLVD HUNTINGTON BEACH CA 92648 (714) 842 5431 **Jul 11, 2025**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2027.

---

WEBBANK/ONEMAIN/EQUIFAX PO BOX 981037 BOSTON MA 02298 (866) 207 9130 **Mar 26, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Apr 2027.

---

PETAL CARD/WEBBANK 483 BROADWAY FL 2 NEW YORK NY 10013 **No phone # available** **Feb 20, 2025**

**REASON:** Credit card.
**DURATION:** This inquiry is scheduled to continue on record until Mar 2027.

---

SEEN FINANCE/CCB 1193 W 2400 S WEST VALLEY CITY UT 84119 (833) 923 7336 **Jan 24, 2025**

**REASON:** Credit Granting.
**DURATION:** This inquiry is scheduled to continue on record until Feb 2027.

---

CAP ONE NA PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **Jan 16, 2025**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Feb 2027.

---

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Nov 12, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2026.

---

US BANK CONSOLIDATED PO BOX 108 SAINT LOUIS MO 63166 (800) 364 7390 **Oct 29, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Nov 2026.

---

WEBBANK/ONEMAIN/EQUIFAX PO BOX 981037 BOSTON MA 02298 (866) 207 9130 **Oct 29, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Nov 2026.

---

ONEMAIN FINANCIAL SERVIC PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 **Aug 27, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Sep 2026.

---

ROBINHOODCR/CCB 548 MARKET ST # 30684 SAN FRANCISCO CA 94104 **No phone # available** **Jul 30, 2024**

**REASON:** Credit Granting.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2026.

---

CAP ONE NA PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **Jul 03, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2026.

---

AMERICAN EXPRESS PO BOX 31525 SALT LAKE CITY UT 84131 (800) 874 2717 **May 29, 2024**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Jun 2026.

---

JPMCB CARD PO BOX 15077 WILMINGTON DE 19850 (800) 453 9719 **Dec 19, 2023**

**REASON:** Credit card with 0 Months repayment terms.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2026.

---

CONTINENTAL FINANCE/TBOM 4550 NEW LINDEN HILL RD #400 WILMINGTON DE 19808 (866) 449 4514 **Dec 01, 2023**

**REASON:** Credit Granting.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2026.

---

CCB/BREADCASHBACK PO BOX 182120 COLUMBUS OH 43218 **No phone # available** **Oct 01, 2023**

**REASON:** Charge Card.
**DURATION:** This inquiry is scheduled to continue on record until Nov 2025.

---

JPMCB CARD PO BOX 15077 WILMINGTON DE 19850 (800) 453 9719 **Oct 01, 2023**

**REASON:** Credit card with 0 Months repayment terms.
**DURATION:** This inquiry is scheduled to continue on record until Nov 2025.

---

WFBNA CARD PO BOX 14579 DES MOINES IA 50306 (800) 967 9521 **Oct 01, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Nov 2025.

---

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Sep 25, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2025.

---

CREDIT ONE BANK PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 **Sep 15, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2025.

---

DISCOVERC 12 READS WAY NEW CASTLE DE 19720 (800) 347 2683 **Sep 01, 2023**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2025.

---

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

***Soft inquiries*** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

Soft inquiries DO NOT impact your credit score.

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 **INQUIRY DATES:** 06.27.2025 | 02.06.2025 |

---

ASPIRE/ATLANTICUS/TBOM 5 CONCOURSE PKWY STE 400 ATLANTA GA 30328 **No phone # available** **INQUIRY DATES:** 09.24.2025 | 08.22.2025 |

---

AT&T SERVICES 200 W ATT CENTER DR HOFFMAN ESTATES IL 60192 **No phone # available** **INQUIRY DATES:** 11.18.2024 |

---

BEST EGG 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730 **INQUIRY DATES:** 05.13.2025 | 03.26.2025 |

---

BEST EGG 1523 CONCORD PIKE STE 302 WILMINGTON DE 19803 (800) 798 9116 **INQUIRY DATES:** 03.26.2025 |

---

BEST EGG/MARLETTE MARKET 3419 SILVERSIDE RD WILMINGTON DE 19810 **No phone # available** **INQUIRY DATES:** 09.17.2025 | 08.17.2025 | 07.17.2025 | 06.17.2025 | 05.17.2025 | 04.17.2025 | 12.17.2024 | 11.17.2024 | 10.17.2024 |

---

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 **INQUIRY DATES:** 09.15.2025 |

---

EXP_Bretz_000022

**Who Has Viewed Your Consumer Information** (Continued)

CAPITAL ONE 15000 CAPITAL ONE DR RICHMOND VA 23238 **No phone # available** **INQUIRY DATES:** 09.20.2025 |

---

CAPITAL ONE 15000 CAPITAL ONE DR RICHMOND VA 23238 **No phone # available** **INQUIRY DATES:** 01.16.2025 |

---

CAPITALONE/CHEXSYSTEMSREPORT PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825 **INQUIRY DATES:** 01.16.2025 |

---

CCB/BREADCASHBACK PO BOX 182120 COLUMBUS OH 43218 **No phone # available** **INQUIRY DATES:** 11.28.2024 |

---

CHARTER COMMUNICATION 1265 JOHN Q HAMMONS DR MADISON WI 53717 (314) 965 0555 **INQUIRY DATES:** 06.03.2025 |

---

CHARTER COMMUNICATION 12405 POWERSCOURT DR SAINT LOUIS MO 63131 **No phone # available** **INQUIRY DATES:** 10.24.2024 |

---

CLARITY/SEEN-COASTAL-TAC 1193 W 2400 S WEST VALLEY CITY UT 84119 **No phone # available** **INQUIRY DATES:** 01.24.2025 |

---

CLARITY/SEEN-COASTAL-TAK 1193 W 2400 S WEST VALLEY CITY UT 84119 **No phone # available** **INQUIRY DATES:** 01.24.2025 |

---

COMENITY SERVICING LLC PO BOX 182789 COLUMBUS OH 43218 **No phone # available** **INQUIRY DATES:** 09.14.2025 |

---

COMENITYCAPITAL/AAARWD PO BOX 182120 COLUMBUS OH 43218 **No phone # available** **INQUIRY DATES:** 04.03.2025 |

---

CONTINENTAL FINANCE COMP 4550 NEW LINDEN HILL RD #400 WILMINGTON DE 19808 **No phone # available** **INQUIRY DATES:** 05.22.2025 | 03.26.2025 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 09.30.2025 | 09.29.2025 | 09.28.2025 | 09.27.2025 | 09.26.2025 | 09.25.2025 | 09.24.2025 | 09.23.2025 | 09.21.2025 | 09.20.2025 | 09.19.2025 | 09.18.2025 | 09.17.2025 | 09.16.2025 | 09.14.2025 | 09.13.2025 | 09.12.2025 | 09.07.2025 | 09.06.2025 | 09.04.2025 | 09.01.2025 | 08.30.2025 | 08.29.2025 | 08.27.2025 | 08.26.2025 | 08.24.2025 | 08.22.2025 | 08.21.2025 | 08.20.2025 | 08.19.2025 | 08.18.2025 | 08.15.2025 | 08.14.2025 | 08.09.2025 | 08.07.2025 | 08.06.2025 | 08.05.2025 | 08.03.2025 | 08.01.2025 | 07.30.2025 | 07.29.2025 | 07.25.2025 | 07.22.2025 | 07.19.2025 | 07.18.2025 | 07.17.2025 | 07.13.2025 | 07.12.2025 | 07.11.2025 | 07.10.2025 | 07.09.2025 | 07.08.2025 | 07.07.2025 | 07.06.2025 | 07.05.2025 | 07.04.2025 | 07.01.2025 | 06.29.2025 | 06.28.2025 | 06.27.2025 | 06.26.2025 | 06.25.2025 | 06.23.2025 | 06.22.2025 | 06.19.2025 | 06.18.2025 | 06.14.2025 | 06.13.2025 | 06.12.2025 | 06.11.2025 | 06.10.2025 | 06.09.2025 | 06.08.2025 | 06.07.2025 | 06.04.2025 | 06.01.2025 | 05.30.2025 | 05.29.2025 | 05.28.2025 | 05.27.2025 | 05.25.2025 | 05.24.2025 | 05.22.2025 | 05.21.2025 | 05.20.2025 | 05.18.2025 | 05.17.2025 | 05.16.2025 | 05.15.2025 | 05.14.2025 | 05.13.2025 | 05.12.2025 | 05.10.2025 | 05.09.2025 | 05.08.2025 | 05.07.2025 | 05.04.2025 | 05.03.2025 | 05.01.2025 | 04.30.2025 | 04.28.2025 | 04.27.2025 | 04.26.2025 | 04.25.2025 | 04.24.2025 | 04.23.2025 | 04.22.2025 | 04.21.2025 | 04.20.2025 | 04.19.2025 | 04.18.2025 | 04.16.2025 | 04.13.2025 | 04.12.2025 | 04.11.2025 | 04.09.2025 | 04.07.2025 | 04.06.2025 | 04.04.2025 | 04.01.2025 | 03.30.2025 | 03.28.2025 | 03.27.2025 | 03.26.2025 | 03.25.2025 | 03.22.2025 | 03.21.2025 | 03.19.2025 | 03.18.2025 | 03.16.2025 | 03.15.2025 | 03.13.2025 | 03.08.2025 | 03.07.2025 | 03.06.2025 | 03.04.2025 | 03.01.2025 | 02.28.2025 | 02.26.2025 | 02.25.2025 | 02.22.2025 | 02.21.2025 | 02.20.2025 | 02.19.2025 | 02.18.2025 | 02.17.2025 | 02.13.2025 | 02.10.2025 | 02.09.2025 | 02.08.2025 | 02.07.2025 | 02.05.2025 | 02.04.2025 | 02.03.2025 | 02.01.2025 | 01.31.2025 | 01.30.2025 | 01.28.2025 | 01.26.2025 | 01.25.2025 | 01.24.2025 | 01.23.2025 | 01.22.2025 | 01.21.2025 | 01.19.2025 | 01.18.2025 | 01.17.2025 | 01.14.2025 | 01.13.2025 | 01.12.2025 | 01.10.2025 | 01.08.2025 | 01.07.2025 | 01.05.2025 | 01.01.2025 | 12.31.2024 | 12.27.2024 | 12.25.2024 | 12.24.2024 | 12.23.2024 | 12.22.2024 | 12.21.2024 | 12.19.2024 | 12.18.2024 | 12.15.2024 | 12.13.2024 | 12.09.2024 | 12.07.2024 | 12.02.2024 | 12.01.2024 | 11.30.2024 | 11.28.2024 | 11.24.2024 | 11.22.2024 | 11.21.2024 | 11.20.2024 | 11.19.2024 | 11.17.2024 | 11.16.2024 | 11.15.2024 | 11.13.2024 | 11.12.2024 | 11.08.2024 | 11.05.2024 | 11.01.2024 | 10.30.2024 | 10.24.2024 | 10.23.2024 | 10.22.2024 | 10.20.2024 | 10.19.2024 | 10.18.2024 | 10.17.2024 | 10.16.2024 | 10.13.2024 | 10.12.2024 | 10.10.2024 | 10.09.2024 | 10.07.2024 | 10.06.2024 | 10.03.2024 | 10.01.2024 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 09.28.2025 | 09.25.2025 | 09.20.2025 | 09.17.2025 | 09.13.2025 | 09.10.2025 | 09.06.2025 | 09.03.2025 | 09.01.2025 | 08.27.2025 | 08.16.2025 | 08.14.2025 | 08.09.2025 | 08.06.2025 | 08.02.2025 | 07.30.2025 | 07.27.2025 | 07.23.2025 | 07.19.2025 | 07.16.2025 | 07.12.2025 | 07.09.2025 | 07.05.2025 | 07.02.2025 | 06.29.2025 | 06.25.2025 | 06.21.2025 | 06.18.2025 | 06.14.2025 | 06.11.2025 | 06.07.2025 | 06.04.2025 | 05.28.2025 | 05.24.2025 | 05.21.2025 | 05.17.2025 | 05.10.2025 | 05.07.2025 | 05.03.2025 | 04.30.2025 | 04.27.2025 | 04.23.2025 | 04.19.2025 | 04.16.2025 | 04.12.2025 | 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 03.08.2025 | 03.05.2025 | 03.01.2025 | 02.26.2025 | 02.23.2025 | 02.19.2025 | 02.15.2025 | 02.12.2025 | 02.08.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.26.2025 | 01.22.2025 | 01.18.2025 | 01.15.2025 | 01.11.2025 | 01.08.2025 | 01.04.2025 | 01.01.2025 | 12.29.2024 | 12.25.2024 | 12.21.2024 | 12.18.2024 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 |

---

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 09.19.2025 | 09.17.2025 | 08.19.2025 | 04.06.2025 |

---

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **INQUIRY DATES:** 09.19.2025 | 09.13.2025 | 08.19.2025 | 07.11.2025 | 03.26.2025 | 02.20.2025 | 01.24.2025 | 01.16.2025 | 11.12.2024 | 10.29.2024 |

---

CREDIT ONE BANK NA PO BOX 98875 LAS VEGAS NV 89193 (415) 459 6100 **INQUIRY DATES:** 09.22.2025 |

---

CREDIT ONE BANK PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 **INQUIRY DATES:** 03.20.2025 |

---

DISCOVER 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 **INQUIRY DATES:** 08.05.2025 |

---

EXP_Bretz_000023

**Who Has Viewed Your Consumer Information** (Continued)

DMI FINANCIAL INC 621 PLAINFIELD RD WILLOWBROOK IL 60527 (630) 978 2220 **INQUIRY DATES:** 05.20.2025 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 09.23.2025 | 09.16.2025 | 09.09.2025 | 09.02.2025 | 08.26.2025 | 08.19.2025 | 08.12.2025 | 08.05.2025 | 07.29.2025 | 07.22.2025 | 07.15.2025 | 07.08.2025 | 07.01.2025 | 06.26.2025 | 06.24.2025 | 06.21.2025 | 06.11.2025 | 06.10.2025 | 05.27.2025 | 05.19.2025 | 05.15.2025 | 05.13.2025 | 05.07.2025 | 05.06.2025 | 04.29.2025 | 04.22.2025 | 04.15.2025 | 04.08.2025 | 04.01.2025 | 03.25.2025 | 03.18.2025 | 03.11.2025 | 03.04.2025 | 02.20.2025 | 02.19.2025 | 02.18.2025 | 02.04.2025 | 01.23.2025 | 01.21.2025 | 01.14.2025 | 01.07.2025 | 12.31.2024 | 12.24.2024 | 12.17.2024 | 12.10.2024 | 12.03.2024 | 11.26.2024 | 11.19.2024 | 11.12.2024 | 11.05.2024 | 11.01.2024 | 10.29.2024 | 10.22.2024 | 10.15.2024 | 10.08.2024 | 10.01.2024 |

---

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 09.19.2025 | 09.16.2025 | 09.13.2025 | 09.12.2025 | 08.20.2025 | 08.19.2025 | 08.06.2025 | 08.03.2025 | 07.24.2025 | 07.19.2025 | 07.18.2025 | 07.11.2025 | 07.06.2025 | 06.26.2025 | 06.25.2025 | 06.18.2025 | 06.03.2025 | 05.28.2025 | 05.27.2025 | 05.24.2025 | 05.21.2025 | 05.17.2025 | 04.29.2025 | 04.25.2025 | 04.17.2025 | 04.12.2025 | 04.09.2025 | 03.26.2025 | 03.06.2025 | 02.20.2025 | 02.12.2025 | 01.24.2025 | 01.20.2025 | 01.17.2025 | 01.16.2025 | 01.12.2025 | 12.21.2024 | 12.15.2024 | 11.29.2024 | 11.21.2024 | 11.13.2024 | 11.12.2024 | 10.29.2024 | 10.24.2024 | 10.23.2024 | 10.22.2024 | 10.09.2024 | 10.02.2024 |

---

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 06.26.2025 | 06.24.2025 | 06.21.2025 | 06.11.2025 | 05.19.2025 | 05.15.2025 | 05.07.2025 | 02.19.2025 | 01.23.2025 | 01.20.2025 | 11.01.2024 | 10.29.2024 |

---

FIRST PREMIER BANK 3820 N LOUISE AVE SIOUX FALLS SD 57107 (800) 987 5521 **INQUIRY DATES:** 05.29.2025 |

---

FORTIVA/ATLANTICUS/TBOM 5 CONCOURSE PKWY STE 400 ATLANTA GA 30328 **No phone # available** **INQUIRY DATES:** 06.13.2025 |

---

IR/PRIORITY PLUS FINANCI 18001 COWAN STE E IRVINE CA 92614 **No phone # available** **INQUIRY DATES:** 07.03.2025 |

---

JPMCB PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 08.29.2025 | 07.31.2025 | 07.01.2025 | 05.31.2025 | 04.30.2025 | 04.01.2025 | 03.01.2025 | 02.01.2025 | 01.02.2025 | 12.01.2024 |

---

JPMCB CARD PO BOX 15077 WILMINGTON DE 19850 (800) 453 9719 **INQUIRY DATES:** 08.19.2025 |

---

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 **INQUIRY DATES:** 09.16.2025 | 08.26.2025 | 08.20.2025 | 08.14.2025 | 07.16.2025 | 06.17.2025 | 05.28.2025 | 05.20.2025 | 04.26.2025 | 04.22.2025 | 04.20.2025 | 04.18.2025 | 03.26.2025 | 03.25.2025 | 03.07.2025 | 03.03.2025 | 02.20.2025 | 02.01.2025 | 01.25.2025 | 01.24.2025 | 01.21.2025 | 01.18.2025 | 01.16.2025 | 01.13.2025 | 01.04.2025 | 12.22.2024 | 12.05.2024 | 11.30.2024 | 11.12.2024 | 11.07.2024 |

---

LSDM/CREDIT DIRECT 9210 CORPORATE BLVD STE 130 ROCKVILLE MD 20850 **No phone # available** **INQUIRY DATES:** 09.18.2025 | 06.04.2025 |

---

MARLETTE SERVICING LLC 3419 SILVERSIDE RD WILMINGTON DE 19810 **No phone # available** **INQUIRY DATES:** 04.15.2025 |

---

CESER CA 444 N CAPITOL ST NW STE 300 WASHINGTON DC 20001 (202) 600 9044 **INQUIRY DATES:** 04.17.2025 |

---

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 **INQUIRY DATES:** 04.06.2025 |

---

PETAL CARD INC 233 SPRING ST FL 3 NEW YORK NY 10013 **No phone # available** **INQUIRY DATES:** 02.20.2025 |

---

PROSPER/COASTAL COMMUNIT 211 MAIN ST STE 300 SAN FRANCISCO CA 94105 (415) 362 7272 **INQUIRY DATES:** 04.29.2025 | 03.26.2025 |

---

ROBINHOOD CREDIT/CCB 2060 HULL AVE REDWOOD CITY CA 94061 (650) 514 5504 **INQUIRY DATES:** 09.11.2025 |

---

SEEN FINANCE 1193 W 2400 S WEST VALLEY CITY UT 84119 (877) 557 3769 **INQUIRY DATES:** 08.29.2025 |

---

SEEN FINANCE INC 1193 W 2400 S WEST VALLEY CITY UT 84119 (833) 923 7336 **INQUIRY DATES:** 12.16.2024 |

---

SYNCHRONY FINANCIAL 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available** **INQUIRY DATES:** 09.09.2025 |

---

TBOM/CCI/CHEXSYSTEMSREPORT 14600 NW GREENBRIER PKWY BEAVERTON OR 97006 (800) 300 0330 **INQUIRY DATES:** 07.31.2025 |

---

TBOM/CCI 14600 NW GREENBRIER PKWY BEAVERTON OR 97006 (503) 350 4300 **INQUIRY DATES:** 07.31.2025 |

---

THE GOLDMAN SACHS GROUPI 200 WEST ST NEW YORK NY 10282 **No phone # available** **INQUIRY DATES:** 08.25.2025 |

---

UPGRADE INC/CRB/BRB 275 BATTERY ST STE 2300 SAN FRANCISCO CA 94111 **No phone # available** **INQUIRY DATES:** 07.28.2025 |

VALLEY STRONG CREDIT UNI 11500 BOLTHOUSE DR BAKERSFIELD CA 93311 (661) 833 7816 **INQUIRY DATES:** 07.23.2025 |

WEBBANK/ONEMAIN PO BOX 981037 BOSTON MA 02298 (866) 207 9130 **INQUIRY DATES:** 09.02.2025 |

WEBBANK/ONEMAIN PO BOX 981037 BOSTON MA 02298 (866) 207 9130 **INQUIRY DATES:** 03.24.2025 | 02.14.2025 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| ALEXANDREA BRETZ | Name ID #:24907 |
| [redacted] BRETZ | Name ID #:20572 |
| ALEXANDREA D BRETZ | Name ID #:30484 |
| [redacted] BRETZ | Name ID #:5201 |
| ALEXANDREA DIANE BRETZ | Name ID #:19391 |
| ALEXANDREA BEETZ | Name ID #:30297 |
| ALECANDREA BRETZ | Name ID #:20459 |
| [redacted] BRETZ | Name ID #:19452 |

**ADDRESSES**

| | |
|---|---|
| [redacted]<br>LONG BEACH CA 90803-6101 | Geo Code: 0-57720010-37-4480<br>Address ID #: 0175296891 Address Type: Apartment complex |
| [redacted]<br>LONG BEACH CA 90803-6154 | Geo Code: 0-57720010-37-4480<br>Address ID #: 0175297448 Address Type: Multifamily |
| [redacted]<br>REDONDO BEACH CA 90277-2073 | Geo Code: 0-62120240-37-4480<br>Address ID #: 0173956001 Address Type: Apartment complex |
| [redacted]<br>BROKEN ARROW OK 74014-5534 | Geo Code: 0-3050510-145-8560<br>Address ID #: 0144206470 Address Type: Single family |
| [redacted]<br>VAN NUYS CA 91405-2356 | Geo Code: 0-12710210-37-4480<br>Address ID #: 0179053861 Address Type: Apartment complex |
| [redacted]<br>VAN NUYS CA 91405-2336 | Geo Code: 0-12710210-37-4480<br>Address ID #: 0179053520 Address Type: Multifamily |
| [redacted]<br>CANOGA PARK CA 91306-3287 | Geo Code: 0-13472020-37-4480<br>Address ID #: 0176138645 Address Type: Apartment complex |
| [redacted]<br>LAS VEGAS NV 89119-5556 | Geo Code: 0-250620- 3-4120<br>Address ID #: 0178280481 Address Type: Apartment complex |
| [redacted]<br>TARZANA CA 91356-1113 | Geo Code: 0-13930120-37-4480<br>Address ID #: 0781417244 Address Type: Single family |
| [redacted]<br>VAN NUYS CA 91401-4702 | Geo Code: 0-12860030-37-4480<br>Address ID #: 0178966408 Address Type: Single family |
| [redacted]<br>TARZANA CA 91356-1113 | Geo Code: 0-13930120-37-4480<br>Address ID #: 0259479274 Address Type: Single family |
| [redacted]<br>LAS VEGAS NV 89119-5563 | Geo Code: 0-250620- 3-4120<br>Address ID #: 0527821477 Address Type: Apartment complex |
| [redacted]<br>LOS ANGELES CA 90045-7111 | Geo Code: 0-27660210-37-4480<br>Address ID #: 0172846390 Address Type: Apartment complex |
| [redacted]<br>LAS VEGAS NV 89119-5925 | Geo Code: 0-250610- 3-4120<br>Address ID #: 0178254289 Address Type: Apartment complex |

EXP_Bretz_000025

**Your Personal Information** (Continued)

[redacted]
LAS VEGAS NV 89119-5563
Geo Code: 0-250620- 3-4120
Address ID #: 0209483524 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89120-1188
Geo Code: 0-282310- 3-4120
Address ID #: 0292507506 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89120-1188
Geo Code: 0-282310- 3-4120
Address ID #: 0178301566 Address Type: Apartment complex

[redacted]
ANCHORAGE AK 99501-1245
Geo Code: 0-50010-20-0380
Address ID #: 0201616353 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89119-5925
Geo Code: 0-250610- 3-4120
Address ID #: 0682280310 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89120-1175
Geo Code: 0-282310- 3-4120
Address ID #: 0178301415 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89112-2201
Geo Code: 0-492110- 3-4120
Address ID #: 0235124719 Address Type: Post office box

[redacted]
ANCHORAGE AK 99518-2411
Geo Code: 0-250140-20-0380
Address ID #: 0201789345 Address Type: Single family

[redacted]
LONG BEACH CA 90803-6154
Geo Code: 0-00- 0-
Address ID #: 1010755730 Address Type: Apartment complex

[redacted]
REDONDO BEACH CA 90277-3309
Geo Code: 0-62132110-37-4480
Address ID #: 0173962222 Address Type: Single family

[redacted]
BEVERLY HILLS CA 90212-2110
Geo Code: 0-70080060-37-4480
Address ID #: 0173382657 Address Type: Multifamily

[redacted]
LAS VEGAS NV 89119-2700
Geo Code: 0-270720- 3-4120
Address ID #: 0178272342 Address Type: Single family

[redacted]
LAS VEGAS NV 89119-5563
Geo Code: 0-250620- 3-4120
Address ID #: 0327036733 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89119
Geo Code: 0-00- 0-
Address ID #: 0746420766 Address Type: Single family

[redacted]
LAS VEGAS NV 89119-5554
Geo Code: 0-250620- 3-4120
Address ID #: 0178280447 Address Type: Apartment complex

[redacted]
LAS VEGAS NV 89119-5529
Geo Code: 0-250620- 3-4120
Address ID #: 0178280259 Address Type: Apartment complex

[redacted]
HEMET CA 92544-8464
Geo Code: 0-4330410-65-6780
Address ID #: 0184273366 Address Type: Single family

[redacted]
VAN NUYS CA 91401
Geo Code: 0-00- 0-
Address ID #: 0778163666 Address Type: Single family

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1986

**TELEPHONE NUMBERS**

918 379-0060 Residential
949 836-1580 Cellular
702 622-1941 Cellular

**SPOUSE OR CO-APPLICANT**

CHRISTOPHER

**FORMER OR CURRENT EMPLOYERS**

BUFFALLO CODY; FACEBOOK; MARKETING CORP; TELEFUND; MR. LEBRAND

EXP_Bretz_000026

## How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

**WRITE TO US**

Experian, NCAC
PO BOX 9701
Allen, TX 75013

**GO ONLINE (for fastest results)**
**Visit** **experian.com/disputes**

Dispute Online for faster results

Check Status Online

**Notification of Rights for California Consumers**

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8). There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer credit report.

You have a right to bring civil action against anyone, including a consumer credit reporting agency, who improperly obtains access to a file, knowingly or willfully misuses file data, or fails to correct inaccurate file data.

You may request and obtain a credit score by contacting Experian at 1 888 EXPERIAN (888 397 3742).

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to: www.consumerfinance.gov/learnmore or write to:** Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552

---

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:a person has taken adverse action against you because of information in your credit report; you are the victim of identify theft and place a fraud alert in your file; your file contains inaccurate information as a result of fraud; you are on public assistance; you are unemployed but expect to apply for employment within 60 days.All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information. www.consumerfinance.gov/learnmore. for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**A Summary of Your Rights Under the Fair Credit Reporting Act** (Continued)

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer’s credit file. Upon seeing a fraud alert display on a consumer’s credit file, a business is required to take steps to verify the consumer’s identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.**For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here: https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

A credit score is a number that reflects your credit risk level, typically a higher number indicates lower risk. Using information from your personal credit report, a score is generated through a Statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score changes as the elements in your personal credit report change over time. For example, payment updates, opening a new account or closing an account could cause your score to fluctuate. The financial services industry uses many different scores so your FICO®Score may be different from the score used by a lender, depending on the scoring model that was used. FICO®Score is a registered trademark of Fair Isaac Corporation.

About your FICO® Score 8
Your FICO® Score 8 powered by Experian® Date is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

What this means to you:
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.

*/This is a Buy Now Pay Later tradeline.