# TAB 13

# EXHIBIT 1

JAE Tab 13 · Bretz Decl. ¶¶ 8–9

Screen capture of Experian's annualcreditreport.com response, June 24, 2025
(Joint Trial Exhibit 6)

Source: Credit Report/20250624 - Experian Error Screenshot.png (1538 × 747, unchanged)
Source SHA-256: d411de8bcf0a483f4e2cdf65a408f742a245c911a279eb54d806938cc398d8cc

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

experian

## We're sorry

A condition exists that prevents Experian from being able to accept your request at this time.

To obtain your Experian annual credit report, please mail your request to the address below using the Annual Credit Report Request form.

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

Get your next report or finish >