# TAB 14

# EXHIBIT 2

JAE Tab 14 · Bretz Decl. ¶ 6

TransUnion Personal Credit Report (first page), dated June 24, 2025
Personal identifiers redacted pursuant to Fed. R. Civ. P. 5.2

Source: 20250624 TransUnion Credit Report Bretz.pdf (page 1 of 137)
Embedded PDF CreationDate: June 24, 2025, 21:49:06 UTC
Source SHA-256: 26986a3e2c5a99b9…c1e607b3

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

Personal Credit Report for:
**ALEXANDREA BRETZ**

File Number:
**443508570**

Date Created:
**06/24/2025**

**Visit transunion.com/dispute to start a dispute online.**

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

# Personal Information

You have been on our files since 07/13/2004. Your SSN has been masked for your protection.

**Credit Report Date**

06/24/2025

**Social Security Number**

XXX-XX-6994

**Date of Birth**

[redacted]1986

**Name**

ALEXANDREA D. BRETZ

## Also Known As