# TAB 15

# EXHIBIT 3

JAE Tab 15 · Bretz Decl. ¶ 7

Equifax Credit Report (first page), dated June 24, 2025
Reference No. 5175594042-EFX-ACR-0ef3014a00001f4c-06242025

Source: 20250624 Equifax Credit Report Bretz.pdf (page 1 of 40)
Embedded PDF CreationDate: June 24, 2025, 21:52:47 UTC
Source SHA-256: b253d0e7d2046076…7ddbc3b8

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

Credit Report

Date: June 24, 2025
Confirmation # 5175594042

Prepared for:
**ALEXANDREA D BRETZ**

## *DID YOU KNOW?*

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***



Exhibit 3