# TAB 17

# EXHIBIT 5

# REDACTED

JAE Tab 17 · Bretz Decl. ¶ 11

Experian procedures manual excerpts: § 10 Fraud Shield; § 14 Fraud Shield deletion form; § 19 sample “Statements and Notices” screen; § 27 Exclusions / internal 7X report; § 28 Notifications; § 43 case handling (Calabrio); Trades § 29.5 Fraud Shield indicators

Bates: EXP_Bretz_000237, 000241, 000246, 000257–000258, 000295, 000391

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER (ECF 62)
CONDITIONALLY LODGED UNDER SEAL — L.R. 79-5.2.2(b)
Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2