# TAB 18

# EXHIBIT 6

JAE Tab 18 · Bretz Decl. ¶ 11

Experian Dispute/Response (D/R) Log Report, Sept. 30, 2018 – Sept. 30, 2025

Bates: EXP_Bretz_000415–000416

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER (ECF 62)
CONDITIONALLY LODGED UNDER SEAL — L.R. 79-5.2.2(b)
Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2

PIN= 0776087904 Report Date= 09/30/2025 09:56
Begin Date= 09/30/2018 End Date= 09/30/2025
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Opt In/Out Activity:
Agent Id= FX302302 CAPID = 3559948354 Date= 05/03/2022
Type: Initial Security Alert
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Dispute Cycle CAPID-Cycle Number= 282602777-001
# Disputes= 000 # Disputes Completed= 000
# Disputes Open= 000
Date CDF due= 07/06/2024
Date CDF Generated= 06/07/2024
CDF Type= None
---------------------------------------------------------------------
Agent Id= c61609a Date= 06/07/2024
Internal Remark= CDI REQUEST PER COUNSEL
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Dispute Cycle CAPID-Cycle Number= 1058143079-002
# Disputes= 000 # Disputes Completed= 000
# Disputes Open= 000
Date CDF due= 04/09/2024
Date CDF Generated= 03/11/2024
CDF Type= None
---------------------------------------------------------------------
Agent Id= c66457a Date= 03/11/2024
Internal Remark= LITIGATION ACTIVITY - HANDLED BY ECA - PRE LIT FED LAWSUIT MARCH 2024 FWD TO ECA LITIGATION TEAM
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Dispute Cycle CAPID-Cycle Number= 1058143079-001
# Disputes= 000 # Disputes Completed= 000
# Disputes Open= 000
Date CDF due= 04/09/2024
Date CDF Generated= 03/11/2024
CDF Type= None
---------------------------------------------------------------------
Agent Id= c66457a Date= 03/11/2024
Internal Remark= LITIGATION ACTIVITY - HANDLED BY ECA - FED LIT MARCH 2024 FWD TO LITIGATION TEAM
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Dispute Cycle CAPID-Cycle Number= 4092272199-001
# Disputes= 004 # Disputes Completed= 004
# Disputes Open= 000
Date CDF due= 10/24/2023
Date CDF Generated= 09/27/2023
CDF Type= Full CDF Delivery= Email
---------------------------------------------------------------------
Agent Id= c76199a
Dispute #= 4092272199-004, Stamp Date= 09/25/2023, Dispute Date= 09/27/2023
Original Data=No Original Data to Display
Dispute Reason=Internal -Date of
Update Data= Birth Year-1986 [redacted] [redacted]
Update Sent= 09/27/2023
***********
Update Successful= 09/27/2023
---------------------------------------------------------------------
Agent Id= c76199a

```
Dispute #= 4092272199-003, Stamp Date=      /2023, Dispute Date= 09/27/2023
Original Data=N-15417/ ALEXANDRE BRETZ [redacted]6994 / EEEEESSSC 1181128 MECHANICS BANK AUTO
    FI 10/31/2021  AA
Dispute Reason=Internal -Ident
Update Data= New First-ALEXANDREA    New Middle-DIANE    New Last-BRETZ    Suppress-N
Update Sent= 09/27/2023
***********
Update Successful= 09/27/2023
---------------------------------------------------------------------
Agent Id= c76199a
Dispute #= 4092272199-002, Stamp Date=      /2023, Dispute Date= 09/27/2023
Original Data=N-20333/ ALEXANDREA BREZ [redacted]6994 / EEESEESSC 1965524 TIME WARNER INC -
    PACWES 12/21/2016  AA
Dispute Reason=Internal -Ident
Update Data= New First-ALEXANDREA    New Middle-DIANE    New Last-BRETZ    Suppress-N
Update Sent= 09/27/2023
***********
Update Successful= 09/27/2023
---------------------------------------------------------------------
Agent Id= c76199a
Dispute #= 4092272199-001, Stamp Date=     5/2023, Dispute Date= 09/27/2023
Original Data=N-19391/ [redacted] BRETZ [redacted]6994 / ESEEECSCC 1983596 SENTRY RECOVERY &
    COLLEC 12/12/2012  AG
Dispute Reason=Internal -Ident
Update D     New First-ALEXANDREA    New Middle-DIANE    New Last-BRETZ    New
    SSN-[redacted]6994  Suppress-N
Update S     09/27/2023
***********
Update Successful= 09/27/2023
---------------------------------------------------------------------
Agent Id= c76199a      Date= 09/27/2023
External Remark= PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATES
---------------------------------------------------------------------
General Paragraphs= Name or SSN explanation(153)
---------------------------------------------------------------------
End of Report
```