# TAB 20

# EXHIBIT 8

JAE Tab 20 · Bretz Decl. ¶ 12

Experian Fraud Shield product sheet
(© 2012 Experian Information Solutions, Inc., form 6301-CS)

Source: Internet Archive Wayback Machine capture dated November 11, 2024 of
https://creditplus.com/wp-content/uploads/2019/03/6301-experian-FraudShield-revision_FINAL-2.pdf
Downloaded November 11, 2026 · SHA-256 651a1e6d4519df09…32083d9b3 · reproduced unaltered

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

# Fraud Shield[SM]

Detect identity fraud quickly and easily

Experian®

Fraud techniques are becoming increasingly sophisticated. You require new ways to automate and standardize your processes and reduce fraud losses. Experian's Fraud Shield[SM] helps you take the first step in quickly and easily detecting various forms of identity fraud.

## Identify high-risk characteristics

Fraud Shield uses the power of predictive indicators and scoring to provide specific high-risk characteristic descriptions. It utilizes predictive crosschecking within Experian's File One[SM] relational consumer credit database, which houses more than 215 million active consumer profiles. This powerful tool provides a number of key benefits in the fight against identity fraud:

- Instantly recognizes addresses that never have been associated with the consumer on the application
- Screens for more than 30 high-risk address profiles and provides a detailed series of address checks
- Automatically flags telephone numbers that don't correlate with the listed address via a powerful ZIP Code™ and telephone cross-reference database
- Identifies the high probability that a Social Security number belongs to another consumer
- Instantly tracks the number of times a specific Social Security number has been used on previous inquiries
- Automatically uncovers inconsistencies in an applicant's identifying information, such as address and Social Security number mismatches
- Identifies recent authorized user tradeline information to highlight potential credit boosting schemes

This important information is returned via an easy-to-read Fraud Shield summary on Experian's Credit Profile Report. Fraud Shield provides an optional add-on score that integrates both fraud and credit variables into a single, easy-to-interpret value. This enables the creation of consistent and analytically supported decisioning thresholds based on false-positive and fraud-detection rates within score bands.

## Facing the challenge of fraud

Fraud Shield provides value to a variety of institutions that face the challenge of dealing with identity fraud, including banks, credit card issuers, retailers, telecommunications companies and other credit grantors. Including Fraud Shield in your fraud prevention efforts offers clear benefits:

**Predictive indicators** — Via a series of checks, searches and counters, Fraud Shield returns a set of 27 indicators that provide specific high-risk characteristic descriptions. This allows you to instantly and specifically recognize the warning signs of potential fraud. Make educated and consistent decisions based on detailed understanding of any high-risk consumer profile attributes derived from both fraud and credit variables.

**Fraud Shield℠ Score** — This optional add-on score integrates both fraud and credit variables into a single, easy-to-interpret value. Fraud Shield℠ Score helps you gain efficiencies in credit decisioning via score thresholds based on false-positive and fraud-detection rates. Unlike other tools on the market, it combines both fraud and credit variables into one cumulative score. Using the most predictive indicators gives you a full perspective on an account's fraud and/or potential first-payment default risk via a single value.

**Customizable results** — You have the flexibility to receive only those Fraud Shield indicators relevant to your business requirements and market-risk profile. This streamlines your processes, as Fraud Shield presents only pertinent information for further review or decisioning while avoiding irrelevant data.

**Performance reporting** — Receive monthly summaries of Fraud Shield inquiries and resulting "hits." You can understand and monitor the performance and distribution of each of the received Fraud Shield indicators across all inquiries.

**Convenient delivery** — The Fraud Shield predictive indicators and score may be returned via an easy-to-read Fraud Shield summary on Experian's Credit Profile Report. You'll require little to no development effort to start using Fraud Shield.

Fraud Shield from Experian helps you in two key areas: reducing loss and gaining efficiency.

Reduce loss by receiving warnings on:

- Potentially fraudulent applications
- Fraudulent or cautious address changes or mismatches
- High-risk inconsistencies or inquiry counts on a consumer's Credit Profile Report

Gain efficiency and consistency:

- Isolate consumer profiles that warrant further review while lowering false-positive rates
- Differentiate address variations that sound and look alike
- Establish set parameters for decisioning based on specific high-risk indicators and scores
- Receive a summary that is comprehensive, concise and easy to read

In addition, Fraud Shield eliminates the need for you to write software to compare applications with Credit Profile Reports and provides quick alerts to notify you of possible identity fraud. Take the first step to quick and easy fraud detection — with Fraud Shield from Experian.

Fraud Shield is a first line of defense that allows you to instantly and specifically recognize the warning signs of potential fraud.

## Fraud Shield indicators

| Fraud Shield indicator | Explanation |
|---|---|
| **01 Inquiry/Online current address conflict** | The address used on inquiry is different from the address Experian has as the consumer's best, most accurate address |
| **02 Inquiry address first reported less than 90 days** | The address used on inquiry was first reported for the consumer within the last 90 days |
| **03 Inquiry current address not on file** | The address used on inquiry does not match an address File One has for this consumer |
| **04 Input Social Security number issue date not verified** | The issue date of the Social Security number provided on inquiry cannot be verified |
| **05 Input Social Security number recorded as deceased** | The Social Security Administration reports death benefits are being paid on the Social Security number used on inquiry |
| **06 Inquiry age younger than Social Security number issue date** | The age used on inquiry is younger than the Social Security number issue date |
| **07 Credit established before age 18** | Consumer established credit before the age of 18 |
| **08 Credit established prior to Social Security number issue** | Consumer's first trade was opened prior to the Social Security number issue date |
| **09 More than three inquiries in the last 30 days** | More than three inquiries have been posted to the consumer's profile within the last 30 days |
| **10 Inquiry address: high risk** | The address used on inquiry is a business address type having a potential for fraudulent activity |
| **11 Inquiry address: nonresidential** | The address used on inquiry is a business address |
| **12 Security statement present on report** | The consumer has been reported as a victim of fraud |
| **13 High probability Social Security number belongs to another** | According to File One, the Social Security number used on the application is more closely associated with another consumer |
| **14 Inquiry Social Security number: format invalid** | The Social Security number used on inquiry is not a valid number as reported by the Social Security Administration |

| Fraud Shield indicator | Explanation |
|---|---|
| **15 Inquiry address: cautious** | Fraud has been perpetrated and reported at the address used on inquiry |
| **16 On-file address: high risk** | One of the consumer's on-file addresses is a business address type having a potential for fraudulent activity |
| **17 On-file address: nonresidential** | One of the consumer's on-file addresses is a business |
| **18 On-file address: cautious** | Fraud has been perpetrated and reported at one of the consumer's on-file addresses |
| **19 Current address reported by new trade only** | The consumer's current address on file has been reported only by the most recently opened trade |
| **20 Current address reported by trade open less than 90 days** | The consumer's current address has been reported by a trade opened within the last 90 days |
| **21 Telephone inconsistent with on-file information** | The telephone number used on inquiry does not correlate to the consumer's current address |
| **25 Best on-file Social Security number recorded as deceased** | The best match Social Security number to the consumer is reported as deceased |
| **26 Best on-file Social Security number issue date not verified** | The issue date of the best Social Security number matched to the consumer cannot be verified |
| **27 Social Security number reported more frequently for another** | The reported Social Security number has been reported more frequently for another consumer |
| **30 More auth user trades than other trades** | There are more auth user tradelines than other types (i.e., primary) |
| **31 Current address reported by inquiry only** | The consumer's current address on file has been reported only by an inquiry |

475 Anton Blvd.
Costa Mesa, CA 92626
T: 1 888 414 1120
www.experian.com/fraud_solutions

To find out more about Fraud Shield, contact your local Experian sales representative or call 1 888 414 1120.

## Sample Credit Profile Report

Your Fraud Shield summary identifies discrepancies in use of personal information such as Social Security numbers, addresses and telephone numbers, helping you recognize the warning signs of fraud.



Credit Profile Report

TCA1
BTS 5120050X1J CONSUMER,JONATHAN QUINCY 999999990;
CONSUMER,NANCY CHRISTINE 123456789;
CA-10655 NORTH BIRCH STREET/BURBANK CA 91502. PH-714.555.1111. DL: CA N2345678;
PA-1314 SOPHIA LANE APT #3/SANTA ANA CA 92708-5678. Y-1951. T-04048050;
E-AJAX HARDWARE/2035 BROADWAY SUITE 300/LOS ANGELES CA 90019

PAGE 1 DATE 5-15-2002 TIME 10:37:16 PHP26 V306 TCA1

| | | | |
|---|---|---|---|
| JONATHAN QUINCY CONSUMER | SS: | 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 | E: AJAX HARDWARE |
| 10655 N BIRCH ST | | 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* | 2035 BROADWAY |
| BURBANK CA 91502-1234 | | 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* | SUITE 300 |
| RPTD: 4-97 TO 1-02 U 3X | DOB: | 1/10/1951 | LOS ANGELES CA 90019-1234 |
| LAST SUB: 1220855 | | | RPTD: 4-02 I |

| | | |
|---|---|---|
| 1314 SOPHIA LN APT 3 | *2600 BOWSER ST #312 | E: BELL AUTOMOTIVE |
| SANTA ANA CA 92708-5678 | LOS ANGELES CA 90017-9876 | 111 MAIN STREET |
| RPTD: 1-96 U 1X | RPTD: 9-95 I | BURBANK CA 91502 |
| | | RPTD: 5-95 TO 9-98 I |

*JACK CONSUMER, JOHN SMITH, JONATHAN SMITH JONES JR

FRAUD SHIELD SUMMARY

1 INPUT SSN RECORDED AS DECEASED
2 DOB: 1-10-1951 DOD: 3-30-1996
3 INPUT SSN ISSUED 1965-1966
4 TELEPHONE NUMBER INCONSISTENT W/ADDRESS
5 FROM 10-01-97 INQ COUNT FOR SSN=8
FROM 10-01-97 INQ COUNT FOR ADDRESS=15

INQ: 6 PHONE ANSWERING SERVICE:
ABC ANSWER-ALL
10655 N BIRCH ST
BURBANK CA 91502
818.555.1212

FILE: 7 COMMERCIAL BUSINESS ADDRESS:
J&J INVESTMENTS
2600 BOWSER ST #312
LOS ANGELES CA 90017
213.111.2222

**The easy-to-read Fraud Shield summary on Experian's Credit Profile Report conveniently highlights information that indicates possible fraud.**

1. Deceased Social Security number message
2. Date of birth and date of death
3. Social Security number issue date
4. Fraud Shield indicators
5. Social Security number and address counters
6. High-risk, cautious or nonresidential address
7. Business address and telephone number

### Company Totals — Fraud Shield Demo Report

**Profile totals**

| Description | Count |
|---|---|
| Total Number of Profiles Requesting Fraud Shield | 3,459,484 |
| Total Profiles With a Hit | 861,971 |
| Total Profiles With an Address Hit | 575,689 |
| Total Profiles With an Inquiry Address Hit Only | 177,022 |
| Total Profiles With an On-file Address Hit Only | 165,094 |
| Total Profiles With Multiple On-file Address Hits | 38,004 |
| Total Profiles With a Combo of On-file and Inquiry Address Hits | 26,089 |

**Flags/Messages totals**

| # | Description | Count | % of Inquiries |
|---|---|---|---|
| 01 | Inquiry/On-file Current Address Conflict | 433,619 | 12.53% |
| 02 | Inquiry Address First Reported <90 Days | 119,840 | 3.46% |
| 03 | Inquiry Current Address Not On-file | 224,159 | 6.48% |
| 04 | Inquiry SSN Issue Date Not Verified | 17,594 | 0.51% |
| 05 | Inquiry SSN Recorded as Deceased | 8,684 | 0.25% |
| 06 | Inquiry Age Younger Than SSN Issue Date | 9,052 | 0.26% |
| 07 | Credit Established Before Age 18 | 21,828 | 0.63% |
| 08 | Credit Established Prior to SSN Issue Date | 16,133 | 0.47% |
| 09 | More Than 3 in Last 30 Days | 25,083 | 0.73% |
| 10 | Inquiry Address: ALERT | 3,385 | 0.10% |
| 11 | Inquiry Address: NON-RESIDENTIAL | 196,137 | 5.67% |
| 12 | Security Statement Present on Report | 2,387 | 0.07% |
| 13 | High Probability SSN Belongs to Another | 46,736 | 1.35% |
| 14 | Inquiry SSN Format is Invalid | 1,078 | 0.03% |
| 15 | Inquiry Address: CAUTIOUS | 3,832 | 0.11% |
| 16 | Onfile Address: ALERT | 5,539 | 0.16% |
| 17 | Onfile Address: NON-RESIDENTIAL | 223,946 | 6.47% |
| 18 | Onfile Address: CAUTIOUS | 5,520 | 0.16% |
| 19 | Current Address Reported by New Trade Only | 127,635 | 3.69% |
| 20 | Current Address Reported by New Trade Open <90 Days | 29,865 | 0.86% |
| 21 | Telephone Number Inconsistent With Address | 100,271 | 2.90% |
| 25 | Best Onfile SSN Recorded as Deceased | 2,121 | 0.07% |
| 26 | Best Onfile SSN Issue Date Not Verified | 6,374 | 0.19% |
| 27 | SSN Reported More Frequently Than Another | 45,254 | 1.25% |
| 30 | More Authorized User Trades Than Other Trades | 5,520 | 0.16% |
| 31 | Current address reported by inquiry only | 3,832 | 0.11% |

## Sample Fraud Shield Management Report

- Detailthe indicators and hit percentages resulting from inquiries
- Assessboth value of indicator hits as well as associated costs
- Addor suppress indicators that are either more beneficial or extraneous

© 2012 Experian Information Solutions, Inc. • All rights reserved

Experian and the Experian marks used herein are service marks or registered trademarks of Experian Information Solutions, Inc.

Other product and company names mentioned herein are the property of their respective owners.

Experian is a nonexclusive full-service provider licensee of the United States Postal Service. The following trademark is owned by the United States Postal Service®: ZIP Code.The price for Experian's services is not established, controlled or approved by the United States Postal Service.

06/12 • **1224/2695** • 6301-CS