# TAB 21

# EXHIBIT 9

JAE Tab 21 · Bretz Decl. ¶ 18

Transmittal emails from Experian's counsel dated October 12, 2026 and October 29, 2026 (counsel's transmittal messages only)

Page 2: Email from Cassidi D. Mignuolo, Esq. (Venable LLP), Oct. 12, 2026, 7:34 p.m. PDT
Page 3: Email from Anna D. Higgins, Esq. (Venable LLP), Oct. 29, 2026, 2:35 p.m. PDT

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

**From:** Mignuolo, Cassidi D. <CDMignuolo@Venable.com>
**Sent:** Monday, October 12, 2026 7:34 PM
**To:** lexilucks@icloud.com <lexilucks@icloud.com>
**Cc:** Lexi Lucks <lexilucks@icloud.com>; King, Nicole N. <NNKing@Venable.com>
**Subject:** Re: Bretz v. Experian, No. 2:25-cv-01865: Joint Status Report Regarding Settlement and Joint Exhibit List

---

Ms. Bretz,

Unfortunately, I am unable to open .pages files. Could you please send your changes as a Word document? I have responded to your other concerns below.

- Experian's objections. I understand that you disagree with Experian's objections. As I mentioned before, each party may state the basis for its potential objections at trial, so Experian's objections to your proposed exhibits will remain on the exhibit list.
- Charter Communications documents. I have attached the documents Charter Communications produced. You should also have received these from your prior counsel.
- Exhibit 29. I have added Exhibit 29 to the attached exhibit list, along with Experian's objections.
- Spectrum emails. As I mentioned before, the Spectrum emails were not produced during discovery. If you would like to add them to the exhibit list, Experian will include its objections to them as well.

I hope this answers your remaining questions. When you have a chance, please send your narrowed list of objections and your edits as a Word document.

Thank you,

Cassidi

Cassidi D. Mignuolo, Esq. | Venable LLP
t 310.229.9635 | f 310.229.9901
2049 Century Park East, Suite 3400, Los Angeles, CA 90067
CDMignuolo@Venable.com | www.Venable.com

**From:** "Higgins, Anna D." <ADHiggins@Venable.com>
**Sent:** Thursday, October 29, 2026 2:35 PM PDT (21:35:44 +0000)
**To:** "lexilucks@icloud.com" <lexilucks@icloud.com>
**Cc:** "King, Nicole N." <NNKing@Venable.com>
**Subject:** RE: Bretz v. Experian, No. 2:25-cv-01865-SPG-AS – Confirmation of Oct. 29 L.R. 7-3 Conference; Open Questions; Joint Brief
**Attachments:** 2026-05-21 Charter Communications Production Letter (Bretz)(71758967.1).pdf; 2026-05-06 Subpoena to Charter Communications re Bretz, Alexandrea(71759187.1).pdf; CHRTR000009 (Session Reporting Data)(71789548.1).pdf; CHRTR000001 - CHRTR000008 (Daily Inquiry Report)(71789547.1).pdf

---

Ms. Bretz,

Thank you for your email.

As discussed on the call today, we will oppose your motion to seek leave to serve an additional subpoena on Charter.

To confirm, we received Charter's production on May 21, 2026, on the subpoena's return date.

Our position continues to be that Charter has not told Experian that any recordings were located, withheld, or unavailable.

Please find answers to your other questions in item 4 below:

1. Experian received Charter's production on May 21, 2026, on the subpoena's return date. See CHRTR 000001–000009 and the subpoena attached.
2. Charter sent a cover letter. See attached.
3. Our position continues to be that Charter has not told Experian that any recordings were located, withheld, or unavailable.
4. Experian does not have to disclose that at this time.
5. As discussed on the call, Experian does not have to disclose that information to you at this time. You will receive our portion of the MSJ on November 3, as we previously agreed.
6. As discussed on the call, we cannot answer that question right now because we do not know if you will receive further Charter documents by subpoena or what Charter documents you will receive by subpoena.
7. I believe you asked this on the call, and we did not understand what you meant by that. So, we have no answer to that question at this time.

We will send you Experian's portion of the MSJ and supporting documents by November 3, 2026 as Word documents. The hearing date is December 16, 2026.

Best,
Anna

Anna D. Higgins, Esq. | Venable LLP
t 310.229.0397 | f 310.229.9901
2049 Century Park East, Suite 3400, Los Angeles, CA 90067
ADHiggins@Venable.com | www.Venable.com