# TAB 22

# EXHIBIT 10

JAE Tab 22 · Bretz Decl. ¶ 20

Plaintiff's Aug. 19, 2024 written request to Experian for file disclosure (incl. the report issued to Capital One on or about July 3, 2024); envelope stamped 08/27/2024

Bates: EXP_Bretz_000001–000004

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2

To: Experian
P.O. Box 2002,
Allen, TX 75013

To whom it may concern,

My name is Alexandrea D Bretz. My address is 3933 E BROADWAY AVE APT 201, LONG BEACH, CA 90803 and the phone number is (562) 754-2937. My date of birth is [redacted] and the last four digits of my social security number are xxx-xx- 6994.

Pursuant to the Fair Credit Reporting Act ("FCRA"), I am requesting a full file disclosure report. Pursuant to Section 609 (15 U.S.C. § 1681g) of the FCRA, the consumer is entitled to receive, as a result of this full file disclosure request, all information recorded and retained in your file, the sources of the information in the file, information about persons or entities who have produced a consumer report about the consumer and a record of all inquiries received that identified them.

Specifically, I am asking from you to provide me with a copy of the credit report issued to Capital One in my name on or around July 3, 2024.

I have enclosed a copy of my driver's license to allow you to identify me and in support of my request. Please deliver a copy of his file to me as soon as possible to the following Email address: lexilucks@icloud.com.

Thank you!

Name: Alexandrea Bretz
D.O.B. [redacted] 2024
Address: 3933 E BROADWAY AVE APT 201
LONG BEACH, CA 90803
Phone: 5627542937
SSN: [redacted]

Sincerely,
Alexandrea Bretz

Date: Aug 19, 2024

California USA DRIVER LICENSE

FEDERAL LIMITS APPLY



[redacted]

CLASS C

END NONE

LN BRETZ

FN ALEXANDREA DIANE

3933 E BROADWAY AVE APT 201

LONG BEACH, CA 90803

[redacted]

RSTR NONE

[redacted]

DONOR

[redacted]

SEX F HAIR BLN EYES BLU

HGT 5'-10" WGT 155 lb

[redacted]

ISS 08/11/2021

EXP_Bretz_000002

Exhibit 10

CERTIFIED MAIL

Alexandrea Bretz
3933 E BROADWAY AVE, APT 201
LONG BEACH, CA 90803

TAMPA FL 335
SAINT PETERSBURG FL
AUG 2024 PM 7 L

7021 2720 0002 1656 2227




Experian
P.O. Box 2002
Allen, TX 75013

75013-200202

EXP_Bretz_000003

Exhibit 10

01 08/27/2024 08:30:03 243431 34



EXP_Bretz_000004