# TAB 23

# EXHIBIT 11

JAE Tab 23 · Bretz Decl. ¶ 21

Plaintiff's Sept. 15, 2023 letter to Experian (page 1) and envelope

Bates: EXP_Bretz_000006–000007

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2

September 15, 2023

Experian
PO Box 9701
Allen, TX 75013

RE: Alexandrea Bretz
3933 E Broadway Ave, Apt 201
Long Beach, CA 90803

Report Date: 06/12/23
Confirmation Number: 2434-2554-81

Dear Experian,

I am writing to you with a request to correct a highly inconvenient mistake you have on my credit report. So that you can verify my identity, my social security number is [redacted] my California driver's license number is [redacted] and my birthday is [redacted]

Below you will find the information needed to correct your massive error. Please do so because the problem described below is completely inaccurate and is causing me a lot of trouble with regards to my credit worthiness. I am very frustrated because this is causing me unnecessary stress, anxiety, and trauma.

My main concern is regarding how you are reporting my life status. I have reason to believe that you are incorrectly reporting me as deceased, as one of my financial institutions has indicated as much.



This has been a HUGE inconvenience and has deterred me from being able to use my credit and has in turn complicated my life. Because everyone thinks I'm dead, I am unable to utilize credit, which I've been striving so hard to build up. I am here and I am alive, what more do you want from me?

- Based on your credit report from one or more of the agencies below, submitter is reported as deceased

Alexandrea Betz
3233 E Broadway Ave Apt 201
Long Beach, CA, 90803

Retail

U.S. POSTAGE PAID
FCM LETTER
LONG BEACH, CA 90803
SEP 18, 2023

UNITED STATES POSTAL SERVICE

75013

$5.01

RDC 99

R2304N117205-4

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 3330 0002 0847 6287

Experian
PO Box 9701
Allen, TX 75013

EXP_Bretz_000007

75013-001674

Exhibit 11