# TAB 24

# EXHIBIT 12

JAE Tab 24 · Bretz Decl. ¶ 22

Experian Dispute Results, Report No. 4092-2721-99, Sept. 27, 2023

Bates: EXP_Bretz_000169–000170

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2

PO Box 9701
Allen, TX 75013

ALEXANDREA DIANE BRETZ
1555 E ROCHELLE
LAS VEGAS NV 89119

# Your Dispute Results

Report # **4092-2721-99** for **Sep 27, 2023**

## Hi, Alexandrea Diane. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATES

We are responding to your request to remove a name or Social Security number on your personal credit report. We store information based on identification information provided to us by credit grantors or from information contained in public records. One or more sources of information reported the information you questioned and it is a part of your credit history.

If you believe a name or Social Security number in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone at 1 800 509 8495 if you need additional assistance to determine the specific source of this particular information on your credit report.

Some of the information contained in your consumer disclosure may have been obtained from another consumer reporting agency, Clarity Services Inc. a part of Experian. Information may be reflected differently, and additional information may be available. To view all information maintained by Clarity Services Inc., a part of Experian, at no charge to you, please call (866) 390-3118 or submit your request by mail to PO Box 16, Allen, TX, 75013. You may also access your Clarity Credit Report and Clarity Credit Score by visiting https://consumers.clarityservices.com/reports.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

## How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

### Here are your results

### Personal information

**Dispute Results** (Continued)

**Name Updated Before Dispute** [redacted] BRETZ **After Dispute** ALEXANDREA DIANE BRETZ

**Social Security Number Updated Before Dispute** XXXXX6994 **After Dispute** XXXXX6994

**Name Updated Before Dispute** ALEXANDREA BREZ **After Dispute** ALEXANDREA DIANE BRETZ

**Name Updated Before Dispute** ALEXANDRE BRETZ **After Dispute** ALEXANDREA DIANE BRETZ

**Date of birth Updated Before Dispute** 1986 **After Dispute** 1986

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available} of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| OK Current / Terms met | 150 Past due 150 Days | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Past due 30 Days | 180 Past due 180 Days | R Repossession | C Collection |
| 60 Past due 60 Days | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Past due 90 Days | FS Foreclosure proceedings started | EC Insurance claim | CLS Closed |
| 120 Past due 120 Days | F Foreclosure | G Claim filed with government | ND No data for this period |

# Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**CREDIT ONE BANK** Partial Acct # [redacted].... **Status (Aug 2017)** Paid, Closed.

PO BOX 98875 LAS VEGAS NV 89193; (877) 825 3242

**Date opened**
Mar 2016

**Address ID #**
0179053861

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$400

**High Balance**
$335

**Recent Balance**
Not reported

**Comment**
Account closed at consumer's request.

**Payment history:** Mar 2016 - Aug 2017

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | OK | OK | OK | OK | OK | OK | 30 | CLS | | | | |
| 2016 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

EXP_Bretz_000170