# **TAB 25**

# EXHIBIT 13

JAE Tab 25 · Bretz Decl. ¶ 22

Experian consumer disclosure, Report No. 0753-4874-35, Nov. 6, 2023 (first page)

Bates: EXP_Bretz_000127

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG (C.D. Cal.)
Personal identifiers redacted per Fed. R. Civ. P. 5.2

PO Box 9701
Allen, TX 75013

ALEXANDREA BREHZ
3933 E BROADWAY
LONG BEACH CA 90803

# Your Credit Report

Report # **0753-4874-35** for **Nov 06, 2023**

## Hi, Alexandrea. Welcome to your Credit Report.

## Did You Know?

Some of the information contained in your consumer disclosure may have been obtained from another consumer reporting agency, Clarity Services Inc. a part of Experian. Information may be reflected differently, and additional information may be available. To view all information maintained by Clarity Services Inc., a part of Experian, at no charge to you, please call (866) 390-3118 or submit your request by mail to PO Box 16, Allen, TX, 75013. You may also access your Clarity Credit Report and Clarity Credit Score by visiting https://consumers.clarityservices.com/reports.

## What?s In Your Credit Report?


Your Potentially Negative Account Activity (Accounts and Bankruptcies). . . . . 2

Your Positive Account Activity. . . . . 2

Who Has Viewed Your Credit Information. . . . . 7

Your Personal Information. . . . . 10

How to Contact Experian. . . . . 12

Your Rights as a Consumer. . . . . 13


## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |