# TAB 26

# EXHIBIT 14

JAE Tab 26 · Bretz Decl. ¶ 22

---

**Experian Administrative Report excerpts (generated Sept. 30, 2025)**

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER (ECF 62)

CONDITIONALLY LODGED UNDER SEAL — L.R. 79-5.2.2(b)

Bates: EXP_Bretz_000431, 000436–000437, 000439, 000442, 000444–000446, 000449–000452, 000456–000457, and 000464 (Rule 5.2 redacted)

Source SHA-256: 0575f06384b43e00…3fb52122

N=0000030484/ALEXANDREA D BRETZ/SSN-[redacted]6994,TRCNT=3/
1270246 8-05-16 TO 2-17-22 AF 0X
DUP=1

DOB=[redacted]1986,YOBSRC=01,YOBDT=9-27-23,SP=CHRISTOPHER
SSNRPTDCNT=37,SSNMAXCNT=37

ADDRESS:
A=0144206470/7005 S 252ND EAST AVE/BROKEN ARROW OK 74014-5534/
1906328 5-01-16 TO 10-17-17 AF 0X DWTYP=S GEO=40 145 30505 1 8560

+++++ MORE
TCA1 SV6 7999750 BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 2 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

A=0166130418/PO BOX 10030/FLAGSTAFF AZ 86011-0341/
8902236 3-15-06 TO 9-02-06 AF 0X DWTYP=P GEO=4 5 1000 0 2620
SD=Z,SDD=10-23-09
EXCL=15
A=0172846390/9400 LA TIJERA BLVD APT 3119/LOS ANGELES CA 90045-7111/
1919851 10-11-12 AF 0X DWTYP=A GEO=6 37 276602 1 4480
A=0173382657/9735 WILSHIRE BLVD STE 220/BEVERLY HILLS CA 90212-2110/
1564890 2-03-15 AA 0X DWTYP=M GEO=6 37 700800 6 4480
A=0173956001/211 YACHT CLUB WAY APT 340/REDONDO BEACH CA 90277-2073/
1326930 12-21-16 TO 5-25-18 AF 0X DWTYP=A GEO=6 37 621202 4 4480
A=0173962222/215 S BROADWAY/REDONDO BEACH CA 90277-3309/
1326930 4-16-18 TO 5-25-18 AA 0X DWTYP=S GEO=6 37 621321 1 4480
A=0175296891/3933 E BROADWAY APT 201/LONG BEACH CA 90803-6101/
1933961 6-01-18 TO 8-19-25 AF 19X DWTYP=A GEO=6 37 577200 1 4480
A=0175297448/3933 E BROADWAY/LONG BEACH CA 90803-6154/
1270246 4-22-21 TO 2-19-25 AF 1X DWTYP=M GEO=6 37 577200 1 4480
DUP=1,DUPOF=0175296891
A=0176138645/20211 SHERMAN WAY APT 147/CANOGA PARK CA 91306-3287/
1850180 8-17-13 TO 8-06-15 AF 0X DWTYP=A GEO=6 37 134720 2 4480
A=0178254289/4441 ESCONDIDO ST # 520/LAS VEGAS NV 89119-5925/
1919851 11-07-08 TO 7-11-11 AF 0X DWTYP=A GEO=32 3 2506 1 4120
A=0178272342/1600 E RUSSELL RD/LAS VEGAS NV 89119-2700/3954212 11-06-14 AA 0X
DWTYP=S GEO=32 3 2707 2 4120
A=0178280259/1600 E ROCHELLE AVE APT 214/LAS VEGAS NV 89119-5529/
1214383 8-10-10 AA 0X DWTYP=A GEO=32 3 2506 2 4120
A=0178280447/1555 E ROCHELLE AVE APT 265/LAS VEGAS NV 89119-5554/
6905630 12-06-10 TO 1-18-11 AA 0X DWTYP=A GEO=32 3 2506 2 4120

```
 N=0000005201,A=0173956001,VID=DBSDM,T=07
 SSN=[redacted]994,TIN=E1523733064,COID=24848
 TATO= 6-22-2015,TADT= 7-25-2022,TAID=AK,TRDT= 7-25-2022,TRID=AK
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

JEFFERSON CAPITAL SYST   6-19-2021             6-2021                    DELETE
1350240 FU D/B   1   1   8-19-2019             5-2021      5-20/G BGGGGGGGGGGGG
[redacted]6100          UNK           $6,337   4-2021        (19)  ../../../18
 BA=$6,337 OR=$6,337                                               GGGGGG
 ORIGINAL CREDITOR: SANTANDER CONSUMER USA  CLCD=12
 N=0000005201,A=0144206470,VID=DAQJR,T=0C
 SSN=[redacted]994,TIN=F1109517010,COID=853066
 TATO=12-14-2019,TADT=12-14-2019,TAID=AG,TRDT= 6-19-2021,TRID=AG
 EXCL=2

CAPITAL ONE AUTO FINAN   8-31-2025      $196   8-2025        OPEN     CURR ACCT
1638640 FA AUT   67   1  10-31-2021                                 CCCCCCCCCCCCC
[redacted]1001           7-14-2025                           (46)  00/00/00
 BA=$4,075 OR=$10,639                                              CCCCCCCCCCCC
 N=0000024907,A=0175296891,VID=DAKSJ,T=00
 SSN=[redacted]994,TIN=F1808525290,COID=215050
 TATO=12-10-2021,TADT= 2-20-2025,TAID=AF,TRDT= 9-02-2025,TRID=AF

*APPLE CARD/GS BANK USA  8-31-2025      $132   8-2025        OPEN     CURR ACCT
1795380 BB CRC REV    1  5-03-2024      $275                        CCCCCCCCCCCCC
[redacted]0632           8-30-2025                           (16)  00/00/00
 BA=$3,944 HI=$4,094 CL=$4,000                                     CC0
 N=0000024907,A=0175296891,VID=DBQYN,T=18
 SSN=[redacted]994,TIN=G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,COID=169097
 TATO= 6-07-2024,TADT= 6-07-2024,TAID=AF,TRDT= 9-06-2025,TRID=AF
** FCBA DISPUTE RESOLVED - CONSUMER DISAGREES **

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

```
PAGE 7   DATE  9-30-2025  TIME 10:03:05  V901  TCA1

SUBSCRIBER              BALDT       MOPAY     PYMTLEV   ACCTCOND   PYMT STATUS
SUB#   KOB TYP TRM ECOA OPEN        ACTUAL    DEL 1      MAXIMUM   PYMT HISTORY
ACCOUNT #               LSTPD       PAST/DUE  DEL 2      MOS REV   30/60/90/DRG

U S DEPT OF ED/GSL/ATL   3-11-2023             3-2023        OPEN     CURR ACCT
1906328 VF EDU    1   1  7-09-2017                                  CCCCC
```

```
[redacted]1182                UNK                                    ( 5)  00/00/00
 BA=$40,785 OR=$35,595
 ORIGINAL CREDITOR: CONSOLIDATED DIRECT LOANS  CLCD=07
 N=0000020572,A=0175296891,VID=D2643,T=12
 SSN=[redacted]994,TIN=F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,COID=19713
 TATO=10-17-2017,TADT= 4-16-2023,TAID=BG,TRDT= 4-16-2023,TRID=BG
 EXCL=11

U S DEPT OF ED/GSL/ATL   3-11-2023             3-2023       OPEN     CURR ACCT
1906328 VF EDU   1   1   7-09-2017                                   CCCCC
[redacted]1184                UNK                                    ( 5)  00/00/00
 BA=$32,477 OR=$28,345
 ORIGINAL CREDITOR: CONSOLIDATED DIRECT LOANS  CLCD=07
 N=0000020572,A=0175296891,VID=D2643,T=12
 SSN=[redacted]994,TIN=F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,COID=19713
 TATO=10-17-2017,TADT= 4-16-2023,TAID=BG,TRDT= 4-16-2023,TRID=BG
 EXCL=11

CB INDIGO/CCI            9-16-2025       $75   9-2025       OPEN     CURR ACCT
1908211 BC CRC REV   1  11-27-2023      $105                         CCCC0CCCC0000
[redacted]3013           9-14-2025                                   (22)  00/00/00
 BA=$1,069 HI=$1,157 CL=$1,500                                        00000CCCC
 N=0000024907,A=0175296891,VID=DBRXM,T=18
 SSN=[redacted]994,TIN=G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,COID=224030
 TATO=12-16-2023,TADT=12-16-2023,TAID=AG,TRDT= 9-24-2025,TRID=AG

SYNCB/VNMO               9-11-2025             9-2025       OPEN     CURR ACCT
1916787 BC CRC REV   1   3-11-2024      $120                         CCCCCCCCCCCCC
[redacted]9396           9-04-2025                                   (19)  00/00/00
 BA=$3,462 HI=$3,915 CL=$3,900                                        CCCCC0
 N=0000024907,A=0175296891,VID=DAKTA,T=18
 SSN=[redacted]994,TIN=G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,COID=551745
 TATO= 3-12-2024,TADT= 3-12-2024,TAID=AG,TRDT= 9-26-2025,TRID=AG

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

```
PAGE 8   DATE  9-30-2025  TIME 10:03:05  V901  TCA1

SUBSCRIBER               BALDT        MOPAY     PYMTLEV    ACCTCOND   PYMT STATUS
SUB#    KOB TYP TRM ECOA OPEN         ACTUAL    DEL 1       MAXIMUM  PYMT HISTORY
ACCOUNT #                LSTPD        PAST/DUE  DEL 2       MOS REV  30/60/90/DRG
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER EXP_Bretz_000437



Exhibit 14

```
*FIRST ELECTRONIC BANK     5-23-2016             5-2016       PAID     CURR ACCT
 2194010 BB CHG REV   1    7-16-2011                                  BCC-CCCCCCCCC
 [redacted]8916            5-20-2016                           (59)   00/00/00
  HI=$1,536 CL=$1,500                                                 CCCCCCCCCCC-
  N=0000020572,A=0179053861,VID=DBCHX,T=07
  SSN=[redacted]994,TIN=D2112106791,COID=372631
  TATO= 8-16-2011,TADT= 2-24-2015,TAID=AG,TRDT= 5-24-2016,TRID=AG
  EXCL=999
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

 COMENITYCB/GAMESTOP       9-18-2025       $30   9-2025       OPEN     CURR ACCT
 2286850 DZ CHG REV   1    9-06-2024      $105                         CCCCC00CCCCC0
 [redacted]7558            9-07-2025                           (13)   00/00/00
  BA=$60 HI=$273 CL=$300
  N=0000024907,A=0175296891,VID=DBSDM,T=07
  SSN=[redacted]994,TIN=G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,COID=24848
  TATO=10-02-2024,TADT=10-02-2024,TAID=AG,TRDT= 9-28-2025,TRID=AG

 FB&T/MERCURY              9-11-2025       $84   9-2025       OPEN     CURR ACCT
 2752880 BC CRC REV   1    2-11-2022      $145                         CCCCCCCCCCC00
 [redacted]6435            8-28-2025                           (43)   00/00/00
  BA=$5,144 HI=$5,144 CL=$5,500                                       00000000000C
  N=0000024907,A=0175296891,VID=DBDHP,T=18
  SSN=[redacted]994,TIN=F1889925877,COID=174943
  TATO= 3-11-2022,TADT= 3-11-2022,TAID=AF,TRDT= 9-12-2025,TRID=AF

 UPGRADE INC               8-31-2025       $21   8-2025       OPEN     CURR ACCT
 2843230 FP C/C   1   1    9-29-2021       $46                         CCCCCCCCCC000
 [redacted]4835            8-22-2025                           (47)   00/00/00
  BA=$308 HI=$9,983 CL=UNK                                            000000000000
  N=0000024907,A=0175296891,VID=DBPRT,T=15
  SSN=[redacted]994,TIN=F1780024599,COID=44056
  TATO=11-09-2021,TADT=11-09-2021,TAID=AF,TRDT= 9-23-2025,TRID=AF

 +++++ MORE
 TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 10  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 SUBSCRIBER                BALDT        MOPAY      PYMTLEV    ACCTCOND    PYMT STATUS
 SUB#   KOB TYP TRM ECOA   OPEN         ACTUAL     DEL 1       MAXIMUM   PYMT HISTORY
 ACCOUNT #                 LSTPD        PAST/DUE   DEL 2       MOS REV   30/60/90/DRG
```

```
PAGE 12  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 SUBSCRIBER               BALDT        MOPAY     PYMTLEV   ACCTCOND   PYMT STATUS
 SUB#   KOB TYP TRM ECOA OPEN         ACTUAL    DEL 1      MAXIMUM  PYMT HISTORY
 ACCOUNT #                LSTPD        PAST/DUE  DEL 2      MOS REV  30/60/90/DRG

 AFNI, INC.               10-25-2020              3-2020                  DELETE
 2980878 YC COL   1   1    1-27-2020             10-2020             GGGGGGGG
 [redacted]1932           UNK              $328    9-2020         ( 8)  ../../../08
  BA=$328 OR=$328
  ORIGINAL CREDITOR: AT T  CLCD=11
  N=0000024907,A=0173962222,VID=D2649,T=48
  SSN=[redacted]994,TIN=F1211775113,COID=53728
  TATO= 3-23-2020,TADT= 3-23-2020,TAID=AG,TRDT=10-26-2020,TRID=AG
  EXCL=2

*SEEN FINANCE/CCB          8-23-2025       $32    5-2025        OPEN    CUR WAS 30
 3100861 BC CRC REV   1    1-24-2025       $45    4-2025             CCCC1CC
 [redacted]5749            8-21-2025                             ( 7)  01/00/00
  BA=$221 HI=$260 CL=$300
  N=0000024907,A=0175296891,VID=DBSVF,T=18
  SSN=[redacted]994,TIN=H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,COID=551464
  TATO= 4-25-2025,TADT= 4-25-2025,TAID=AF,TRDT= 9-15-2025,TRID=AF

*JPMCB CARD                4-27-2021              4-2021                  DELETE
 3182310 BC CRC REV   1    6-08-2011              3-2017     3-17/1 B------------
 [redacted]5307           10-11-2016                             (99)  01/00/00
  HI=$784 CL=$700                                                     ------------
  N=0000020572,A=0179053861,VID=DAPAY,T=18
  SSN=[redacted]994,TIN=D2065719706,COID=19124
  TATO= 6-29-2011,TADT= 5-29-2015,TAID=AF,TRDT= 4-28-2021,TRID=AF
  EXCL=2
 ** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

*WFBNA CARD                8-23-2019              8-2019        PAID     CURR ACCT
 3270007 BC CRC REV   1    8-24-2011                                 B000000000000
 [redacted]8034            7-23-2017                             (96)  00/00/00
  HI=$560 CL=$500                                                     000000000000
  N=0000020572,A=0173956001,VID=DANJO,T=18
  SSN=[redacted]994,TIN=E4031911,COID=5
  TATO= 9-23-2011,TADT= 7-24-2017,TAID=AG,TRDT=12-24-2019,TRID=AG
 ** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

 +++++ MORE
```

TATO=10-02-2023,TADT=10-02-2023,TAID=AG,TRDT= 9-29-2025,TRID=AG
** ACCOUNT PREVIOUSLY IN DISPUTE - INVESTIGATION COMPLETE,
REPORTED BY DATA FURNISHER **

+++++ MORE
TCA1 SV6 7999750 BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 14 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

| SUBSCRIBER | BALDT | MOPAY | PYMTLEV | ACCTCOND | PYMT STATUS |
|---|---|---|---|---|---|
| SUB# KOB TYP TRM ECOA | OPEN | ACTUAL | DEL 1 | MAXIMUM | PYMT HISTORY |
| ACCOUNT # | LSTPD | PAST/DUE | DEL 2 | MOS REV | 30/60/90/DRG |
| AFFIRM INC | 9-03-2025 | $18 | 9-2025 | OPEN | CURR ACCT |
| 3299570 FP UNS 6 1 | 5-01-2025 | $18 | | | CCCCC |
| [redacted]S2VI | 9-01-2025 | | | ( 5) | 00/00/00 |

BA=$35 OR=$99
N=0000024907,A=0175296891,VID=DBNZF,T=01
SSN=[redacted]6994,TIN=H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,COID=550003
TATO= 6-09-2025,TADT= 6-09-2025,TAID=AF,TRDT= 9-06-2025,TRID=AF,TC=BN
EXCL=990

---------------------------------- INQUIRIES ----------------------------------

U.S. BANK 4-19-24 1137360 BB DTO
N=0000024907,A=0175296891,SEQ=1
BEST EGG 7-30-24 1160416 PY UNK PQC
N=0000024907,A=0175296891,SEQ=1
BEST EGG 3-26-25 1160416 PY UNK PQC
N=0000024907,A=0175296891,SEQ=2
BEST EGG 5-13-25 1160416 PY UNK PQC
N=0000024907,A=0175296891,SEQ=2
CREDIT ONE BANK NA 9-15-23 1191475 BB FPS
N=0000024907,A=0175296891,SEQ=1
DISCOVERC 9-01-23 1224590 BC
N=0000024907,A=0175296891,SEQ=1
AMEX 5-29-24 1234990 BC UNK
N=0000024907,A=0175296891,SEQ=2
AMEX 5-29-24 1234990 BC OPP
N=0000024907,A=0175296891,SEQ=1
NASWA CA 4-17-25 1286070 VF DTO
N=0000030484,A=0175296891,SEQ=2
UPGRADE INC/CRB/BRB 7-28-25 1354590 FP UNK EOC
N=0000024907,A=0175296891,SEQ=2

```
EXPERIAN                 11-06-23  1390570 ZD            CNS
 N=0000000000,A=0175297448,SEQ=1
EXPERIAN                  7-19-24  1390570 ZD            CNS
 N=0000024907,A=0175297448,SEQ=2
EXPERIAN                  7-26-24  1390570 ZD            CNS
 N=0000024907,A=0175297448,SEQ=2
AMEX                      5-29-24  1401090 NZ            OPP
 N=0000024907,A=0175296891,SEQ=1
EXPERIAN                  6-21-23  1499950 30            CAU
 N=0000000000,A=0000000000,SEQ=1

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

```
PAGE 15  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

EXPERIAN                  5-07-25  1499950 30            CAU
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                  6-11-25  1499950 30            CAU
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                  6-12-23  1499967 30            CNX
 REF=2434255481
 N=0000024907,A=0175297448,SEQ=1
EXPERIAN                  6-12-23  1499967 30            CFR
 REF=2434255481
 N=0000024907,A=0175297448,SEQ=1
EXPERIAN                  6-21-23  1499967 30            CNX
 REF=1902224389
 N=0000012394,A=0178280543,SEQ=1
EXPERIAN                  6-21-23  1499967 30            CAD
 REF=1902224389
 N=0000012394,A=0178280543,SEQ=1
EXPERIAN                  9-27-23  1499967 30            TII
 N=0000024907,A=0175296891,SEQ=1
EXPERIAN                 11-06-23  1499967 30            CNX
 REF=753487435
 N=0000000000,A=0175297448,SEQ=1
EXPERIAN                 11-06-23  1499967 30            CFR
 REF=753487435
 N=0000000000,A=0175297448,SEQ=1
EXPERIAN                  1-10-24  1499967 30            CNX
 REF=3223364376
 N=0000024907,A=0175296891,SEQ=1
```

EXPERIAN 7-19-24 1499967 30 CNX
REF=1774434541
N=0000024907,A=0175297448,SEQ=2
EXPERIAN 7-19-24 1499967 30 CFR
REF=1774434541
N=0000024907,A=0175297448,SEQ=2
EXPERIAN 7-26-24 1499967 30 CNX
REF=1085209318
N=0000024907,A=0175297448,SEQ=1
EXPERIAN 7-26-24 1499967 30 CFR
REF=1085209318
N=0000024907,A=0175297448,SEQ=2
BEST EGG/MARLETTE MARK 8-17-24 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=1
BEST EGG/MARLETTE MARK 9-17-24 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=1
BEST EGG/MARLETTE MARK 10-17-24 1686120 FP UNK MGT

+++++ MORE
TCA1 SV6 7999750 BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 16 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

N=0000024907,A=0175296891,SEQ=1
BEST EGG/MARLETTE MARK 11-17-24 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=1
BEST EGG/MARLETTE MARK 12-17-24 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=1
BEST EGG/MARLETTE MARK 4-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
BEST EGG/MARLETTE MARK 5-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
BEST EGG/MARLETTE MARK 6-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
BEST EGG/MARLETTE MARK 7-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
BEST EGG/MARLETTE MARK 8-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
BEST EGG/MARLETTE MARK 9-17-25 1686120 FP UNK MGT
N=0000024907,A=0175296891,SEQ=2
WEST PUBLISHING CORP 3-06-25 1693630 ZZ SSN
N=0000000000,A=0000000000,SEQ=2
JPMCB CARD 10-01-23 1797500 BC CRC REV

```
 N=0000024907,A=0175297448,SEQ=2
SEEN FINANCE/CCB         1-24-25  1909308 BC        UNK C/G
 N=0000024907,A=0175296891,SEQ=2
BEST EGG                 3-26-25  1930039 FP        UNK MLA
 REF=UNS
 N=0000024907,A=0175296891,SEQ=2
WFBNA CARD              10-01-23  1940576 BC            EOC
 N=0000024907,A=0175297448,SEQ=1
PETAL CARD/WEBBANK       2-20-25  1941804 BC        UNK CRC
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                10-19-21  1999043 10            APM
 N=0000000001,A=0000000000,SEQ=0
EXPERIAN                 3-20-24  1999198 10            SSP
 N=0000000000,A=0000000000,SEQ=1
COMENITY SERVICING LLC   8-26-24  2226120 BC            DTO
 N=0000024907,A=0175296891,SEQ=1
PAYPAL INC/ZOOT          1-15-24  2264070 FZ            FPS
 N=0000024907,A=0175296891,SEQ=1
PAYPAL INC/ZOOT          2-05-24  2264070 FZ            FPS
 N=0000024907,A=0175296891,SEQ=1
PAYPAL INC/ZOOT          7-20-25  2264070 FZ            FPS
 N=0000024907,A=0175296891,SEQ=2
CBC/NORM REEVES HONDA    7-11-25  2366570 AU            AUT
 N=0000020459,A=0175296891,SEQ=2
EXPERIAN                10-17-23  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=1
EXPERIAN                12-19-23  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=1
EXPERIAN                 1-10-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=1
EXPERIAN                 1-26-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=1
EXPERIAN                 7-03-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                 7-08-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                 7-09-24  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

PAGE 19 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

```
EXPERIAN                  7-19-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  7-23-24  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  8-06-24  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  8-20-24  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  8-23-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  8-25-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  9-03-24  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                 10-29-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                 11-01-24  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  1-23-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  2-04-25  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  2-18-25  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  2-19-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  2-20-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  5-07-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  5-13-25  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  5-15-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  5-19-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  5-27-25  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  6-10-25  2370810 ZD            CNS
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN                  6-11-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2
EXPERIAN                  6-21-25  2370810 ZD            CNS
 N=0000030484,A=0175297448,SEQ=2

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

```
PAGE 20  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

 EXPERIAN                6-24-25  2370810 ZD            CNS
  N=0000030484,A=0175297448,SEQ=2
 EXPERIAN                6-26-25  2370810 ZD            CNS
  N=0000030484,A=0175297448,SEQ=2
 BK OF AMER              9-25-23  2440720 BC
  N=0000024907,A=0175296891,SEQ=1
 BK OF AMER             11-12-24  2440720 BC
  N=0000024907,A=0175296891,SEQ=2
 BK OF AMER              9-13-25  2440720 BC
  N=0000024907,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH   10-17-23  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=1
 EXPERIAN CREDITMATCH   12-19-23  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=1
 EXPERIAN CREDITMATCH    1-10-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=1
 EXPERIAN CREDITMATCH    1-26-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=1
 EXPERIAN CREDITMATCH    7-03-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    7-08-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    7-19-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    8-23-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    8-25-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH   10-29-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH   11-01-24  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    1-20-25  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    1-23-25  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    2-19-25  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    5-07-25  2612254 PY            PQC
  N=0000030484,A=0175296891,SEQ=2
 EXPERIAN CREDITMATCH    5-15-25  2612254 PY            PQC
```

```
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN CREDITMATCH    5-19-25  2612254 PY            PQC
 N=0000030484,A=0175296891,SEQ=2

+++++ MORE
TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

```
PAGE 21  DATE  9-30-2025  TIME 10:03:05  V901  TCA1

EXPERIAN CREDITMATCH    6-11-25  2612254 PY            PQC
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN CREDITMATCH    6-21-25  2612254 PY            PQC
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN CREDITMATCH    6-24-25  2612254 PY            PQC
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN CREDITMATCH    6-26-25  2612254 PY            PQC
 N=0000030484,A=0175296891,SEQ=2
EXPERIAN CS IDENTITY   12-23-23  2629630 ZD            CNS
 N=0000024907,A=0175297448,SEQ=1
EXPERIAN CS IDENTITY    1-23-24  2629630 ZD            CNS
 N=0000024907,A=0175297448,SEQ=1
EXPERIAN CS IDENTITY    8-14-24  2629630 ZD            CNS
 N=0000024907,A=0175297448,SEQ=2
AMERICAN EXPRESS        5-29-24  2690000 BC            FPS
 N=0000024907,A=0175296891,SEQ=1
EXPERIAN               11-06-23  2727820 30            PPS
 N=0000000000,A=0175296891,SEQ=1
EXPERIAN                7-19-24  2727820 30            PPS
 N=0000024907,A=0175297448,SEQ=1
EXPERIAN                7-26-24  2727820 30            PPS
 N=0000024907,A=0175296891,SEQ=1
EXPERIAN                7-03-24  2733780 10            OPP
 N=0000024907,A=0175296891,SEQ=2
EXPERIAN                1-16-25  2733780 10            OPP
 N=0000024907,A=0175297448,SEQ=2
EXPERIAN                7-31-25  2733780 10            OPP
 N=0000024907,A=0175296891,SEQ=2
NOWCOM/WESTLAKE FINANC  9-19-25  2733940 AU        UNK AUT
 N=0000030297,A=1010755730,SEQ=2
EXPERIAN                8-23-24  2739690 10            OPP
 N=0000024907,A=0175297448,SEQ=2
EXPERIAN                1-24-25  2739690 10            OPP
 N=0000024907,A=0175296891,SEQ=2
```

EXPERIAN 3-11-24 3499953 30 CNX
REF=1058143079
N=0000020333,A=0175296891,SEQ=1
EXPERIAN 3-11-24 3499953 30 TII
N=0000020333,A=0175296891,SEQ=1
EXPERIAN 3-20-24 3499953 30 CNX
REF=3208379389
N=0000020333,A=0175296891,SEQ=1
EXPERIAN 6-07-24 3499953 30 CNX
REF=282602777
N=0000020333,A=0175296891,SEQ=1
EXPERIAN 6-07-24 3499953 30 TII
N=0000020333,A=0175296891,SEQ=2
EXPERIAN 8-28-24 3499953 30 CNX
REF=1552207224
N=0000020333,A=0175296891,SEQ=2
EXPERIAN 8-28-24 3499953 30 CNX
REF=1552207256
N=0000020333,A=0175296891,SEQ=4
EXPERIAN 8-30-24 3499953 30 CNX
REF=2092548646
N=0000020333,A=0175296891,SEQ=2
EXPERIAN 8-30-24 3499953 30 CNX
REF=750398458
N=0000020333,A=0175296891,SEQ=4
EXPERIAN 8-31-24 3499953 30 CNX
REF=2766170832
N=0000020333,A=0175296891,SEQ=2
EXPERIAN 9-03-24 3499953 30 CNX
REF=355624254
N=0000020333,A=0175296891,SEQ=2

+++++ MORE
TCA1 SV6 7999750 BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 25 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

EXPERIAN 9-03-24 3499953 30 CNX
REF=1295148770
N=0000020333,A=0175296891,SEQ=4
EXPERIAN 9-03-24 3499953 30 TII
N=0000020333,A=0175296891,SEQ=2
EXPERIAN 9-04-24 3499953 30 CNX

```
  REF=1298254780
  N=0000020333,A=0175296891,SEQ=2
 EXPERIAN                  5-07-25  3499953 30            CNX
  REF=759320226
  N=0000020333,A=0175296891,SEQ=2
 EXPERIAN                  5-07-25  3499953 30            CNX
  REF=1430419296
  N=0000020333,A=0175296891,SEQ=4
 EXPERIAN                  5-07-25  3499953 30            CNX
  REF=1833077784
  N=0000020333,A=0175296891,SEQ=6
 EXPERIAN                  5-07-25  3499953 30            CNX
  REF=3309496752
  N=0000020333,A=0175296891,SEQ=8
 EXPERIAN                  6-11-25  3499953 30            CNX
  REF=1247310888
  N=0000020333,A=0175296891,SEQ=2
 EXPERIAN                  6-11-25  3499953 30            CNX
  REF=710439980
  N=0000020333,A=0175296891,SEQ=4
 EXPERIAN                  9-30-25  3499953 30            CNX
  REF=2307526090
  N=0000020333,A=0175296891,SEQ=2
 EXPERIAN                  9-30-25  3499953 30            CNX
  REF=1368008312
  N=0000020333,A=0175296891,SEQ=4
 EXPERIAN                  9-30-25  3499953 30            CNX
  REF=2441751562
  N=0000020333,A=0175296891,SEQ=6
 EXPERIAN                  9-30-25  3499953 30            CNX
  REF=25832540
  N=0000020333,A=0175296891,SEQ=8
 EXPERIAN                  9-30-25  3499953 30            TII
  N=0000020333,A=0175296891,SEQ=2
 EXPERIAN                  3-11-24  3499999 30            TII
  N=0000020333,A=0175296891,SEQ=1
 EXPERIAN                  6-07-24  3499999 30            TII
  N=0000020333,A=0175296891,SEQ=1

 +++++ MORE
 TCA1 SV6 7999750    BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/
```

| | | | |
|---|---|---|---|
| EXPERIAN | 4-30-24 | 2370810 ZD | CNS |
| EXPERIAN | 5-14-24 | 2370810 ZD | CNS |
| EXPERIAN | 5-28-24 | 2370810 ZD | CNS |
| EXPERIAN | 6-11-24 | 2370810 ZD | CNS |
| EXPERIAN | 6-18-24 | 2370810 ZD | CNS |
| EXPERIAN | 7-02-24 | 2370810 ZD | CNS |
| EXPERIAN | 9-17-24 | 2370810 ZD | CNS |
| EXPERIAN | 9-24-24 | 2370810 ZD | CNS |
| EXPERIAN | 10-01-24 | 2370810 ZD | CNS |
| EXPERIAN | 10-08-24 | 2370810 ZD | CNS |
| EXPERIAN | 10-15-24 | 2370810 ZD | CNS |
| EXPERIAN | 10-22-24 | 2370810 ZD | CNS |
| EXPERIAN | 10-29-24 | 2370810 ZD | CNS |
| EXPERIAN | 11-05-24 | 2370810 ZD | CNS |
| EXPERIAN | 11-12-24 | 2370810 ZD | CNS |
| EXPERIAN | 11-19-24 | 2370810 ZD | CNS |
| EXPERIAN | 11-26-24 | 2370810 ZD | CNS |
| EXPERIAN | 12-03-24 | 2370810 ZD | CNS |
| EXPERIAN | 12-10-24 | 2370810 ZD | CNS |
| EXPERIAN | 12-17-24 | 2370810 ZD | CNS |
| EXPERIAN | 12-24-24 | 2370810 ZD | CNS |
| EXPERIAN | 12-31-24 | 2370810 ZD | CNS |
| EXPERIAN | 1-07-25 | 2370810 ZD | CNS |
| EXPERIAN | 1-14-25 | 2370810 ZD | CNS |
| EXPERIAN | 1-21-25 | 2370810 ZD | CNS |
| EXPERIAN | 3-04-25 | 2370810 ZD | CNS |
| EXPERIAN | 3-11-25 | 2370810 ZD | CNS |
| EXPERIAN | 3-18-25 | 2370810 ZD | CNS |
| EXPERIAN | 3-25-25 | 2370810 ZD | CNS |
| EXPERIAN | 4-01-25 | 2370810 ZD | CNS |
| EXPERIAN | 4-08-25 | 2370810 ZD | CNS |

+++++ MORE

TCA1 SV6 7999750 BRETZ,ALEXANDREA [redacted]6994;CA-3933 EAST BROADWAY APT 201/

PAGE 32 DATE 9-30-2025 TIME 10:03:05 V901 TCA1

| | | | |
|---|---|---|---|
| EXPERIAN | 4-15-25 | 2370810 ZD | CNS |
| EXPERIAN | 4-22-25 | 2370810 ZD | CNS |
| EXPERIAN | 4-29-25 | 2370810 ZD | CNS |
| EXPERIAN | 5-06-25 | 2370810 ZD | CNS |
| EXPERIAN | 6-24-25 | 2370810 ZD | CNS |
| EXPERIAN | 7-01-25 | 2370810 ZD | CNS |