# TAB 27

# EXHIBIT 15

JAE Tab 27 · Bretz Decl. ¶ 28

Email from Nicole N. King (Venable LLP) to Plaintiff
November 6, 2026 (Ms. King's message only; earlier messages in the thread omitted)

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

**From:** "King, Nicole N." <NNKing@Venable.com>

**Sent:** Fri, 06 Nov 2026 20:22:00 +0000 (Nov. 6, 2026, 12:22 p.m. PST)

**To:** "lexilucks@icloud.com" <lexilucks@icloud.com>

**Cc:** "Higgins, Anna D." <ADHiggins@Venable.com>, "Riffice, Samuel A." <SARiffice@Venable.com>

**Subject:** RE: Bretz v. Experian, Case No. 2:25-cv-01865-SPG-ASx: Meet and Confer Regarding Motion for Summary Judgment

---

Ms. Bretz,

We received your November 5, 2026 email below. It appears your email was sent late, as it requests responses and a meet-and-confer by October 27–28. The issues raised in your email have already been addressed in our October 23, October 27, and October 29 correspondence and subsequent communications to you.

As previously confirmed:

- Experian served its portion of the Joint Brief, Joint Appendix of Facts, and Joint Appendix of Evidence on November 3, 2026. Pursuant to Section B.2(c) of the Standing Order, your portion is due November 17, 2026.
- CHRTR000001–000009 constitute all documents Experian received from Charter in response to its subpoena. Experian received the production on May 21, 2026.
- Experian does not currently have a custodian declaration or Rule 902(11) certification for the Charter production.
- Charter did not produce audio recordings, Experian received no written objections from Charter, and Charter has not informed Experian that recordings or other responsive materials were located, withheld, or unavailable. We also provided you with Charter's May 21 cover letter on October 29.
- Experian does not intend to seek additional materials from Charter under its subpoena and does not agree to the proposed stipulation permitting additional discovery. As discussed, Experian will oppose your request for leave to serve an additional subpoena on Charter.

We therefore believe the questions and requests in your November 5 email have already been addressed. Please note that Anna Higgins is the handling attorney on this matter so you may address all future correspondences to Ms. Higgins.

Best,

Nicole

**Nicole N. King | Counsel | Venable LLP**

(she/her/hers)

**t** 310.229.0427 | **f** 310.229.9901

2049 Century Park East, Suite 3400, Los Angeles, CA 90067

NNKing@Venable.com | www.Venable.com