# TAB 28

# EXHIBIT 16

JAE Tab 28 · Bretz Decl. ¶ 4

Letter from Charter Communications Legal Department to Plaintiff dated May 7, 2026
re Spectrum Acct. ending 0503 / Ticket Reference No. 89599911 (BRETZ-SUPP-0001)
(one sentence redacted)

Produced by Plaintiff on October 9, 2026 · Bates: BRETZ-SUPP-0001
Source SHA-256: a484a45abd4bbe77…60d8ec89

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

Charter
COMMUNICATIONS

May 7, 2026

Alexandrea Bretz
3933 E Broadway, Apt 201
Long Beach, CA 90803

**Re: Spectrum Acct no. 0503 / Ticket Reference No. 89599911**

Dear Ms. Bretz,

We write in response to your March 13, 2026, correspondence, the denial of your application for the Phone Balance Buyout ("PBB") program. As part of the PBB program enrollment process, a credit check is required at the time of order entry. This credit check is run only once for the maximum amount and is used to determine the maximum finance amount as well as the approved maximum PBB payment for the customer.

We understand your frustration regarding the information reflected on your credit report, including the inaccurate deceased indicator that you describe in your letter. However, please be advised that Spectrum does not have any control over what Experian or any other credit reporting bureau reports relating to a consumer. The information contained in your credit report is maintained and reported by the credit bureaus themselves, and any inaccuracies in that information, including the deceased indicator you reference, must be disputed directly with the applicable credit reporting agency, such as Experian. Spectrum, as a user of credit reports, relies on the information provided by the bureaus at the time the credit check is performed but does not generate, manage, or have the ability to alter the underlying data maintained by those bureaus.

REDACTED The denial of your PBB application was based on the information available at the time the credit check was performed.

Thank you for your attention to the matter.

Sincerely,

Sincerely,
Charter Legal Department