# TAB 29

# EXHIBIT 17

JAE Tab 29 · Bretz Decl. ¶ 23A

Transcript of Spectrum Mobile Customer Service Call dated August 4, 2026
(BRETZ-SUPP-0004–0006; Corresponding Audio: BRETZ-SUPP-0002)
(Rule 5.2 redactions applied in served transcript)

Produced by Plaintiff on October 9, 2026 · Bates: BRETZ-SUPP-0004–0006
Source SHA-256: 9433685f7c8bcf4b…a9da67f5

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

*Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-MAA (C.D. Cal.)*

# TRANSCRIPT OF AUDIO RECORDING

## Telephone Call with Spectrum (Charter Communications) Customer Service — August 4, 2026

**Audio file produced as:** BRETZ-SUPP-0002 (native .m4a)
**Participants:** Plaintiff Alexandrea Bretz and Spectrum customer-service representative(s)
**Date of call:** August 4, 2026
**Length:** 13 minutes, 57 seconds

*Transcription note: This transcript was prepared by Plaintiff from an automated speech-to-text transcription and is provided for convenience only. It is not a certified transcript, and the audio recording controls. Speakers are not identified. Words in brackets are the transcriber's reading of unclear audio. Plaintiff's Social Security number and date of birth have been redacted.*

- Oop. - We're recording us. - Well, yeah, whenever we run my credit, I have to do this. - Okay, no worries. - That's a good deal though. - Yeah, I mean, I just been having issues like with my credit bureaus. They claimed me as deceased. - Oh wow. - Yeah. So it said I type that I don't have the right social to keep, I don't, I don't write it down. I type it into the system so I can't see it. So can you just run it to me again? Yeah, [SSN REDACTED]. Okay, gotcha. See, this is very common for me. [LAUGHTER] [tap] and >> Am I deceased? >> Possibly, possibly. I don't know what's going on. Just let me know what it says whenever you get the chance. Okay. So next it just holds on for one moment. I'm sending it to my supervisor. She wants to see if she can get [it] to go through, okay? - Okay, what's going on? I am, what's going on? Can I ask? - I'm getting an error message. Right now, saying that I can't process it. But I don't know, she's getting ready to try to see 'cause I have been on this call for a minute now. - Sam. - She's gonna say. - Okay. - I'm listening. Yeah, just let me know [about] the denial if it's denied or if I'm dead, please just let me know. If I'm, if I'm some[thing] like, I'm not joking, someone claimed me as deceased in one of the credit bureaus and that's why I've been denied a lot of applications. And that's why I'm recording this phone call. Yeah, it's because it's just to see, I think you guys use experience [Experian?] and if it's still ongoing then that's obviously a problem and I just have to put in a dispute with them and hopefully it's solved. But but that's basically my reasoning, but yeah, do you do your thing? [ Background noise ] That's crazy that that that's happening to you. I never heard that before. Yeah, it's actually quite common and they they just [get] shut up with the credit bureaus. But it spreads like wildfire, um, and it just it destroys everything, your credit,

because they think you're [in] denial because you're dead. Your credit, it's a so it can it, you need to stop it while it's [whatever] the word is. You need to stop it when it's documented so it doesn't spread even more. Okay, gotcha. Yeah, 'cause then like the Experian will give it to TransUnion, TransUnion we'll give it to Equifax, blah, blah, blah, blah. Gotcha. And then I'm dead on all three credit bureaus. And then now I'm getting like cases where they're calling me fraudulent. And I'm like, oh my god, it's getting worse. And yeah, it's getting like I just pulled out my [Equifax] file. And there was a completely different person on my credit file. I was like, what the hell? It's not, I have to make light, I have to make light of this situation because it's that serious like I... But yeah, yeah, and then, one on top of it, I had to fire my lawyers, so now I have to [do] all my paperwork myself. [ ... ] Did you know what was the error message? Reasonings [reasons]. It was internal, because we actually don't run your credit on outside. We go by based on your your payment history with us. Oh, so just yeah, yeah, call that manager. But like I want you to get the credit. I want this new phone. And thank you for [it]. OK. All right, so she did what she had to do. Okay, so the upgrade would get you the, you can do, oh shoot, [let me] just do here. Okay, so we can get you the iPhone 16 E, that one will be free with a trade-in, and then the 17 E will be a dollar and some change for the trade-in. Can you do — I don't want to do the E, can you do the pro max? Not — it was — you can do the pro max now, don't get me wrong, but it wouldn't be free. What would be the discount? So — but the so for the e version what's the highest storage you have? Yeah. >> Do you want, what is the 16 E? The 16 E you'll be free. The 17 E is $1 and change. So we just say $2 for the 17 E and it's free for the 16 E, which one? Because I want to look at one. >> I want the 17 E. >> Okay. Let me see. All right. Now what did you ask me? What was it? >> What's the highest storage you have for the 17 E? Um, um, 256 gigabytes. That's the highest? Yeah. Okay, let's just say we get the pro max. How much would that be for one terabyte? Well, I, I'm, yeah. Yeah, basically. So the 17 [pro] max is coming by [in December]. I don't. Coming by what? I don't have to take a buy — [the] highest one is 512. Oh, and how much is that? So we'll get a $500 discount and then so my monthly payment will be what? Actually, let — actually never mind. Let's just do the the [17] E and then what's the max storage again? [It's fifty.] That is pretty bad. Like I have a lot of data. But we got it lowered to $30 a month for internet upgraded. And what, can you cancel my old account then? Did we have all the [items] on switch over? We did that. - In the process of the project. - Oh, and I just don't know my username and login. Can you help me with that for the new account? - I would turn

you over to internet repair for that and they can do that. I don't have access to that information. - But if I was to upgrade my phone with [the trade-in], you could do $20 less on my bill. - Right, I'll put the $30 [credit] on your internet bill. - But we already implemented that on my new account, right? - Right, and I'm in the process of doing a phone now. - But you're saying we have to do the phone trade-in in order to get that deal. - Correct. - Oh. - I have to have a hard [decision]. - I just hate contracts. What is the contract with the new iPhone Pro Max? - We don't have a contract, you just wait. If you go with the free one then — - You just get it. (laughs) You just get the free phone, right? - Yeah. - Okay, let's do it. Hold on. Okay. What? Yeah. Which one you want to go with? I need some. Let's just do the. Yeah. Okay. Let me get my login information for the new account. I need to. My username and login. Please. Okay. So like I said, I would have to transfer you to another department before I can do that. I mean, in order to do that, I don't have that information. Okay, let's do that. I need that information right now. Okay.

*[End of recording]*