# TAB 30

# EXHIBIT 18

JAE Tab 30 · Bretz Decl. ¶ 23A

Transcript of Spectrum Mobile Customer Service Call dated August 6, 2026
(BRETZ-SUPP-0007–0009; Corresponding Audio: BRETZ-SUPP-0003)
(Rule 5.2 redactions applied in served transcript)

Produced by Plaintiff on October 9, 2026 · Bates: BRETZ-SUPP-0007–0009
Source SHA-256: f617cc43bc65f71c…75d41d1e

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

*Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-MAA (C.D. Cal.)*

# TRANSCRIPT OF AUDIO RECORDING

## Telephone Call with Spectrum (Charter Communications) Customer Service — August 6, 2026

**Audio file produced as:** BRETZ-SUPP-0003 (native .m4a)
**Participants:** Plaintiff Alexandrea Bretz and Spectrum customer-service representative(s)
**Date of call:** August 6, 2026
**Length:** 6 minutes, 59 seconds

*Transcription note: This transcript was prepared by Plaintiff from an automated speech-to-text transcription and is provided for convenience only. It is not a certified transcript, and the audio recording controls. Speakers are not identified. Words in brackets are the transcriber's reading of unclear audio. Plaintiff's Social Security number and date of birth have been redacted.*

What — sorry about that. What — but let me see, I can just run it through the— Yeah, cuz she's actually, we — she ran my [trade-in] and she — we need my full social, and then she said it was denied, but we didn't know why. No, we have — we just want to, like you said, we just ask for — so we want a small credit check sometimes and we can find out — that's exactly what I'm gonna have to do. Yeah, please. Well, I can put my security code in — there's been, there's been some funky sh** going on with my credit and I'm just trying to figure it out. Yeah, I'm not that. So you're— Here we go, here — birthday [DOB REDACTED] and your social [SSN REDACTED]. I'm like — I had to have type[d] something. I said, to your valid birthday and social security number, you said [DOB REDACTED] correct? >> [SSN REDACTED]. >> I'm looking [right] now. Thank you so much. >> [SSN REDACTED]. >> [SSN REDACTED]. >> Very fast. >> What's the— >> It says please enter valid birthday or [a valid] SSN. >> What's SSN? >> So that's the [social]. >> Enter valid birthday. My birthday is [DOB REDACTED]. - Yeah, that's what I'm confused [about]. - Try it one more time. - Let me click out of it and click back in. - Yeah, what's going on? We need a reason. Now it's basically saying I'm not existing. Do you know what credit[s] — just, right? What credit system are you using? - You're using— - For sure. - For [Delledy]. - For [Delledy] with [Xperian / Experian]. Thanks. So yeah, I'm pretty sure it's [Experian] 100%. So I just don't exist. Yes — no, I'm [Experian]-ing. Okay, you said it. Okay, I'm right. So [SSN REDACTED]. Verify. Yeah, that's saying — yeah, saying "In[valid] birthday and social security number." [The] birthday typically doesn't matter, but the social does. I'm typing it correctly. I know, but what's it saying? It's just telling me to enter a valid birthday

and social security number each time. That's so weird. Are you making sure you [spell] my name correctly? Alexandria, A-N-D-R-E-A, last name is BRET[Z]. - All right, yeah — I don't have to, for this directly, I don't have to spell anything. I just have to put your birth[date] in and your social number. - And so it's not working. So it's not running at all. - Yeah, I'm saying that it's not valid social. - Wow, they're calling me not valid. (laughing) That is preposterous. Okay, good to know, good to know. Thank you for [going] to go ahead. You said [SSN REDACTED] at the end. Great. [SSN REDACTED]. Okay, yeah. Okay, either way, I might have said it wrong. Or did I type it wrong that time? Because every time I try to get what you put, but then I just put — I wish you told me what I just ran. Yeah. Because I read it. I'm going to open up another one because — what is [it] not. I can't remember what I just typed, but now I actually [got a] credit [result]. If a credit check required — so that one was a valid one, whoever's I just typed in. We got whoever whoever it was. That's not funny, but it's funny, but it's not funny. That's a lawsuit. [SSN REDACTED]. There. Yeah, [SSN REDACTED] does not work. So [SSN REDACTED]. Uh-huh. [SSN REDACTED]. It's time I try that. Nothing appears. Holy moly, that's so interesting. Thank you for doing that for me, first of all. You guys use [Experian]. Thank you for telling me that. Okay, and we're good to go on my end here. I don't know why that's not working, and that's for you guys — is [it] trade-in, credit line, right? Or trade-in phone by [buy]out? It's the same process that we check trade-ins. We just can replace phones at any time. Upgrade. Everything has to be ran through that social and then the birthday just for like — first as a verification for you just being [the] account holder. That's a verification for that, and sometimes it does the credit checks. But uh — and then just for reference, this needs to be brought up again. Like, that's weird. If this comes up again, I'm obviously gonna put an additional [note], but um — just for reference, what was your name for the — just — just because this is quite peculiar. I'm basically being denied because I don't exist, right? I mean, yeah — I could repeat the social one more time. No, no, no, don't repeat that. Just your name. Just for — for [Doota]. Like, what was your name again? [Doota]. Who is it? [Doota]. [Doota]. [Doota]. Okay. Perfect. Thank you for hooking it up. Thank you for the new internet and making things all cohesive. You have yourself a great day. I'm going to try to text my— I think I have to come over and do the [cord] situation and we are golden. Thank you so much. Yes, ma'am. Thank you. I'm glad that we got everything connected. I'll take the credit for the internet, but I didn't do it. I'll take the credit for

the link of everything. Perfect. Thank you so much. Have a great day. Yes, ma'am. You as well. Thank you. Bye. Bye.

*[End of recording]*