# TAB 31

# EXHIBIT 19

JAE Tab 31 · Bretz Decl. ¶ 23A

Transcript of Spectrum / Charter Fraud-Team Call dated September 15, 2026
(BRETZ-SUPP-0022-0096; Corresponding Audio Identified as BRETZ-SUPP-0021)
(Personal identifiers, residential address details & non-caption phone redacted per Rule 5.2)

Served under Rule 26(e) on November 17, 2026 · Bates: BRETZ-SUPP-0022-0096
Source Audio SHA-256: 97b2929d0b32923d...42036fccd · Transcript SHA-256: 310ed4f44bac0af4...f537a097

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx (C.D. Cal.)

# REDACTED TRANSCRIPT — Spectrum/Charter customer service and fraud-team call, September 15, 2026

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-ASx · Source audio 40:32, SHA-256 97b2929d…2036fccd

NOTICE: Machine-generated transcript of a recorded call, not a certified transcript. Overlapping speech is rendered imperfectly. The audio recording controls. Personal identifiers have been redacted under Fed. R. Civ. P. 5.2.

BRETZ: [REDACTED]

SPECTRUM: Thank you. Okay.

BRETZ: What spectrum store reservation come from? Perfect, got it.

SPECTRUM: Thank you for your patience, so you're just looking that up here. Okay, and then do you happen to know the 4 digit security code that goes on with this

BRETZ: [ACCOUNT SECURITY CODE REDACTED],

SPECTRUM: account?

BRETZ: I believe. Uh-huh.

SPECTRUM: [ACCOUNT SECURITY CODE REDACTED]. A network perfectly. Okay. So in this whole account, you were getting the Internet for $40 on your new account, you're

getting it for 30.

BRETZ: And they're both open.

SPECTRUM: No this account is closed.

BRETZ: The [REDACTED] account is closed. And I was

SPECTRUM: Yeah

BRETZ: getting the

SPECTRUM: mhm.

BRETZ: gig on the old account for what?

SPECTRUM: $40 a

BRETZ: And

SPECTRUM: month.

BRETZ: I'm getting it on the 7111 for 30.

SPECTRUM: Correct.

BRETZ: Okay, do you see anything weird going on on the accounts, just wondering.

SPECTRUM: Mm no.

BRETZ: Okay.

SPECTRUM: Okay, so they do with the old account? Did you return the equipment on the old account or did you bring it over to the

BRETZ: That

SPECTRUM: new account?

BRETZ: so that's the thing. I tried to return the equipment um for the old

SPECTRUM: Oh

BRETZ: account.

SPECTRUM: yes, we just

BRETZ: Yeah,

SPECTRUM: went through all that.

BRETZ: yeah, yeah. But

SPECTRUM: Mhm.

BRETZ: I mean, it's not registering with UPS,

SPECTRUM: Yeah.

BRETZ: so God, you made the appointment. I'll just walk into the spectrum store. One last thing. I did try to upgrade my, um, Phone through your upgrade phone program. I was denied. Can you tell me the reasoning behind? It was something along the lines of I don't exist or something. Can you look that up for me?

SPECTRUM: Where they did a credit

BRETZ: They

SPECTRUM: check?

BRETZ: did a credit check, and you know, I did, we, I tried to join with you guys for the buyout program last year. Um, Long story short, they ran a credit check and like from Experian, whatever. And the ladies told me that I was deceased. And then, I, this,

SPECTRUM: What?

BRETZ: this is not funny. 1st of all, it is funny to me because it's, That's just how I handle stress, to be honest with you. Um, But

SPECTRUM: Mhm.

BRETZ: it, that was number one, I was denied, I don't know what happened. Then we try to do the upgrade buyout program for you guys. I think literally like a month ago. And

SPECTRUM: Mhm.

BRETZ: then you guys run my credit and then I was denied because I don't I don't technically exist or some shit like that. So it's go- something weird is happening again. I was just trying to get that, um, reasoning if you could look at a.

SPECTRUM: Yeah, it doesn't show me and usually with that credit, it doesn't keep that in the notes, so I'm just gonna see, uh, if there's anything, sometimes, you know, just make sure because you would have to put in your social security

BRETZ: And we

SPECTRUM: number,

BRETZ: did, and that's the, I

SPECTRUM: um.

BRETZ: have it all on phone call. I was just wondering if there was a better reasoning besides, I don't exist, which is, it's almost worth,

SPECTRUM: Yeah.

BRETZ: that's almost worse than a deceased at this point.

SPECTRUM: Mhm, right, you know it doesn't save that or show me any of

BRETZ: Hmm.

SPECTRUM: that.

BRETZ: Do

SPECTRUM: Um,

BRETZ: we

SPECTRUM: you

BRETZ: want to try

SPECTRUM: know, so

BRETZ: to run

SPECTRUM: would

BRETZ: in?

SPECTRUM: have been what

BRETZ: Well,

SPECTRUM: you would have been.

BRETZ: because I've been with you guys for what? Almost 2 years now, maybe a year and a

half . Um, you do guys have an amazing bio program. Do you have a program for the new iPhone 18, by the way?

SPECTRUM: Yeah, the iPhone 18 just let's take a look. You can find that at spectrum dot com, just click on the mobile. Okay and the 18s are just in pre-order. Um, it looks like it's 6 hun-. Well, no, that's only if you get the unlimited plus

BRETZ: Don't

SPECTRUM: premium.

BRETZ: I already have the unlimited plus premium?

SPECTRUM: Oh. No, you just have the unlimited plus the unlimited plus premium is just a new plan that came in and it would be 50.

BRETZ: Got it.

SPECTRUM: Let me check. It's so new. I don't know the pricing here um. So are you looking at the iPhone 18 Pro or Pro Max?

BRETZ: How much?

SPECTRUM: Okay.

BRETZ: 2 terabyte if possible.

SPECTRUM: Okay. Okay, so it does have storage, um, 256 512, 1024 and 2048 that does

increase the price.

BRETZ: What

SPECTRUM: Um

BRETZ: was the 3rd

SPECTRUM: looks

BRETZ: one?

SPECTRUM: like.

BRETZ: 1000 what?

SPECTRUM: 1024 gigabytes or there's one at 2048 gigabytes.

BRETZ: Do you mean that's storage, right?

SPECTRUM: Correct.

BRETZ: 1000 what? Oh,

SPECTRUM: 1024

BRETZ: that's,

SPECTRUM: or

BRETZ: okay, that's, That

SPECTRUM: 2048.

BRETZ: sounds like RAM. Are you sure that's not RAM versus storage?

SPECTRUM: No, it's the it's the gigabytes for the storage

BRETZ: Got

SPECTRUM: ma'am.

BRETZ: it. Let's do the 1000 24 or whatever you just said.

SPECTRUM: Okay perfect. And then if you would pay monthly for that it would be $46.11 a

BRETZ: What

SPECTRUM: month.

BRETZ: if there's a, um, trade-in and, um, what's the, what's the promotion for?

SPECTRUM: You can get up to $240 in trade in.

BRETZ: That's horrible.

SPECTRUM: And if you go to showing me that's what Apple's offering right now so and you can always go to www.spectrum dot com and click on the mobile and it will show you the phones and the storage and the pricing there too.

BRETZ: Got it. And then we also have the upgrade program which I'm eligible for, but I was denied. But do you want to do we want to go through this right now?

SPECTRUM: That's up to

BRETZ: Let's

SPECTRUM: you.

BRETZ: try it.

SPECTRUM: Okay, which is the phone you want

BRETZ: Let's

SPECTRUM: to upgrade?

BRETZ: tie the 562-75429371.

SPECTRUM: Okay. Yeah.

BRETZ: Yeah, because the trade-in for a regular Apple store, I believe my phone's worth 460. That's to see the difference.

SPECTRUM: Right. I can only do what

BRETZ: Of

SPECTRUM: it what

BRETZ: course,

SPECTRUM: it shows

BRETZ: okay.

SPECTRUM: me there

BRETZ: Yeah, yeah.

SPECTRUM: so, okay um, device has your current device has device uh protection, you can, it's just asking is your device damage or not and it's not, we're just looking to upgrade, right?

BRETZ: The, for the iPhone 14, 562 number. I believe the front camera might be damaged, but I'm not sure. It just has, it has a

SPECTRUM: Okay.

BRETZ: lot of trouble focusing, but it, yeah.

SPECTRUM: Mm.

BRETZ: But everything else is pretty cute. It's good.

SPECTRUM: Give me just a moment. Okay, I just have to do some preliminary work here.

BRETZ: Also, I heard you guys can do 2 numbers on one phone these days. That's

SPECTRUM: That is correct.

BRETZ: amazing. I want to do that after we do this, please.

SPECTRUM: And what is your birthday,

BRETZ: [DOB REDACTED – year [year 1986]].

SPECTRUM: ma'am? And your social security

BRETZ: [SSN REDACTED – XXX-XX-6994].

SPECTRUM: number.

BRETZ: Just tell me what, what do you

SPECTRUM: Okay,

BRETZ: see?

SPECTRUM: it, it says it was don't, it was an, uh, the social security number didn't work here. Okay, let me just go back. go out and try that again for

BRETZ: What

SPECTRUM: you.

BRETZ: was the reasoning?

SPECTRUM: I just said it wasn't the social security number didn't match.

BRETZ: Didn't

SPECTRUM: Just,

BRETZ: match my name

SPECTRUM: I could have put, let's just see here, in just a moment.

BRETZ: Okay. This has been ongoing. So this is just good information for me to know. Thank you.

SPECTRUM: You're welcome.

BRETZ: So the social security number didn't match my name, Alexandria Bretz. What is it pulling up as?

SPECTRUM: It just said, It didn't, it just said it was an incorrect social security number. I could have typed in something

BRETZ: I

SPECTRUM: wrong if we're going to try

BRETZ: don't

SPECTRUM: this

BRETZ: think so

SPECTRUM: again.

BRETZ: though.

SPECTRUM: And what was your birthday

BRETZ: [DOB REDACTED – year [year 1986]],

SPECTRUM: again? [DOB REDACTED]?

BRETZ: [year 1986]. Mm-hmm.

SPECTRUM: Okay let's try the social security number one more time please.

BRETZ: [SSN REDACTED – XXX-XX-6994]. It's gonna do the same thing.

SPECTRUM: Mm. Yep, that's what it showed

BRETZ: Social

SPECTRUM: me.

BRETZ: Security does

SPECTRUM: They're the

BRETZ: not match my

SPECTRUM: same.

BRETZ: name. right?

SPECTRUM: Your date of, no, it doesn't match your date of birth.

BRETZ: No, they have my birthday wrong, which is weird. That's really, can I talk?

SPECTRUM: Well, the birthday could

BRETZ: Birthday

SPECTRUM: be.

BRETZ: could be what?

SPECTRUM: Yeah let let me get there. Let me get you over to our fraud team so they can see what's going on

BRETZ: One

SPECTRUM: there for you ma'am

BRETZ: last thing, um, One

SPECTRUM: and take a look.

BRETZ: last thing. What,

SPECTRUM: Yes.

BRETZ: um, who are you pulling this from? Like what's

SPECTRUM: What

BRETZ: the

SPECTRUM: do

BRETZ: what's

SPECTRUM: you mean? Who

BRETZ: the

SPECTRUM: am

BRETZ: credit?

SPECTRUM: I pulling this

BRETZ: Who is

SPECTRUM: from?

BRETZ: the credit bureau that you're using?

SPECTRUM: Doesn't show me that ma'am

BRETZ: Experience.

SPECTRUM: it just it's

BRETZ: Fidelity.

SPECTRUM: just a soft credit check. It's not uh, it doesn't show me now.

BRETZ: Okay, because usually with the last,

SPECTRUM: It's just a

BRETZ: um, the

SPECTRUM: fluffer.

BRETZ: last helpers knew exactly who where they pulled it from.

SPECTRUM: Yeah. Yeah, it's not showing me that, but let me get you over to our for our team so they can see what's going on for you and see if they can get that to match up for you.

BRETZ: Okay.

SPECTRUM: okay?

BRETZ: Wait, and then also,

SPECTRUM: Well thank

BRETZ: while

SPECTRUM: you so much for

BRETZ: I'm on the

SPECTRUM: calling.

BRETZ: phone with you, let's do that in a 2nd. There was an outage. I work nights. I work in code, so I work long nights. There was an outage the other day. I was wondering if you can give me a credit while we're at it.

SPECTRUM: Give me just a moment to check in there for you.

BRETZ: Because this is ridiculous. You guys obviously know I exist. I have an account with you. I've opened up an account with you, been validated and now this is happening. This utter, like. But

SPECTRUM: Right and that's why we'll get you over there and get it checked out

BRETZ: Yeah.

SPECTRUM: ma'am. Mm. Okay, I was able to get that credit put in for

BRETZ: Thank

SPECTRUM: you.

BRETZ: you how much.

SPECTRUM: You're well, $.67.

BRETZ: Girl. I mean, Whatever.

SPECTRUM: So, it takes what your cost per day is there, so that's what they put in. All right. Let me get you over to the fraud team and you have a good

BRETZ: Thank

SPECTRUM: day, ma'am.

BRETZ: you.

SPECTRUM: You're very welcome. Hello, this is Devin with the spectrum for architecture team in Kansas City. Can you provide me the phone number that you are calling from?

BRETZ: I don't really know this number. I have 3 different phone numbers, but it's one of my main phone numbers is [REDACTED] But this one's a 424.

SPECTRUM: Thank

BRETZ: I just can't

SPECTRUM: you.

BRETZ: remember it.

SPECTRUM: Hello and how are you doing today?

BRETZ: Good, I just have to try to get a be a part of your upgrade phone program for the new iPhone 18 Um, and I was denied because my supposed social doesn't match up with my name and or Wrong birth date, which is really weird. Um, and we were just trying to fix that and or at least log what's going on on your back system. So yeah. Or your...

SPECTRUM: Okay, so you're calling in in regards to uh mobile order and just trying to get validation completed and clear out some things that

BRETZ: We're

SPECTRUM: uh seem

BRETZ: trying

SPECTRUM: like

BRETZ: to, we're

SPECTRUM: um

BRETZ: trying to see

SPECTRUM: information

BRETZ: why it's,

SPECTRUM: was mixed around.

BRETZ: that's obviously flagging a fraudulent something or another, we're trying to fix it,

SPECTRUM: Mhm.

BRETZ: and if not fix it, what we can do, where you're going to pulling it from, et cetera.

SPECTRUM: Gotcha. Okay. Well let me get your account pulled up. Oh, may I ask who I had the pleasure

BRETZ: This

SPECTRUM: speaking with today?

BRETZ: is Alexandria breads.

SPECTRUM: Thank you and do you have your that order number?

BRETZ: No, she just had to pull it and because it's not matching up. I don't even, it's in limbo or it's in fraudulent limbo status, like I don't even know. She doesn't, she just passed me on

SPECTRUM: Okay.

BRETZ: over to you. I just got done talking with her, but yeah.

SPECTRUM: Okay, you did I get an email of confirming that your order when you placed it?

BRETZ: Let me look.

SPECTRUM: Mhm.

BRETZ: Yeah, it doesn't even, but we just had the phone call. Nothing went through. Because it's flagging me as fraudulent. So I wouldn't get an order number because of that.

SPECTRUM: Okay uh can I get uh your at your service

BRETZ: 7111

SPECTRUM: address?

BRETZ: Santa Monica Boulevard. Um, [REDACTED] West Hollywood, California, 90046.

SPECTRUM: He said 711

BRETZ: 7111.

SPECTRUM: Santa Monica?

BRETZ: Santa Monica Boulevard.

SPECTRUM: 111. Yeah, I'll go over. Okay, and can you provide me your security

BRETZ: [ACCOUNT SECURITY CODE REDACTED].

SPECTRUM: code? So

BRETZ: [ACCOUNT SECURITY CODE REDACTED].

SPECTRUM: [ACCOUNT SECURITY CODE REDACTED]. Oh sorry about that. Thank you. Okay, let me take a quick look at your account here, try to see what's going on. Is it okay that I place you on a silent

BRETZ: Go ahead.

SPECTRUM: refold? Okay, I'll be right back. Okay, ma'am, so I'll take a look at your account here. I mean, I'm not seeing any type of notes or notations in

BRETZ: I

SPECTRUM: regards from the conversation

BRETZ: I'm

SPECTRUM: that you

BRETZ: not

SPECTRUM: have

BRETZ: trying

SPECTRUM: with

BRETZ: to

SPECTRUM: a previous

BRETZ: I'm not trying to patronize

SPECTRUM: representative.

BRETZ: you. I want to be calling you for no reason. Then if you can't see anything on your end and it, we just ran my social, then you need to do it yourself.

SPECTRUM: Well, ma'am, I wasn't saying I wasn't, I, I didn't believe you or anything, but I mean, if they're telling you that you can't place a order because order is mismatching,

BRETZ: I,

SPECTRUM: um our system

BRETZ: I

SPECTRUM: doesn't operate

BRETZ: never

SPECTRUM: that

BRETZ: said that.

SPECTRUM: way, even if

BRETZ: My

SPECTRUM: the,

BRETZ: social

SPECTRUM: if.

BRETZ: is not, um, obviously, it's the, it's when you run it for the buyout program, upgrade problem, anything with your guys' credit programs. It's saying my birthday's wrong. It's saying it's not matching up with my identity. We need to know the reasoning so we can fix it.

It's calling me fraudulent. And whatever you're talking about has nothing to do with that.

SPECTRUM: Okay, ma'am, I'm, I'm not sure what you're

BRETZ: Wait,

SPECTRUM: getting, I'm looking

BRETZ: you

SPECTRUM: at

BRETZ: don't

SPECTRUM: the

BRETZ: know where I'm

SPECTRUM: thing

BRETZ: going

SPECTRUM: that

BRETZ: with this?

SPECTRUM: we.

BRETZ: You're the fraud department, right? Okay,

SPECTRUM: Yes.

BRETZ: yeah, let's fix this now. or tell me the reasoning. Where do you, where, where do you pull your um, credit information? We were marked as fraudulent. Who do you guys use? If

SPECTRUM: Um, we

BRETZ: you

SPECTRUM: just

BRETZ: if

SPECTRUM: use our

BRETZ: you

SPECTRUM: own

BRETZ: patriots.

SPECTRUM: systems that we have

BRETZ: Okay,

SPECTRUM: access to.

BRETZ: and you get your,

SPECTRUM: Are you?

BRETZ: so I don't know why you're talking over me. So you get your credit information from who beside yourself.

SPECTRUM: . As far as like running your credit. I I don't have that information,

BRETZ: Okay,

SPECTRUM: ma'am.

BRETZ: so you can't see that I was just denied your upgrade by upgrade phone program, though I was. I was pushed to you, forwarded to you, to resolve this with the fraudulent team. We need to escalate this or you need to give me better reasoning besides, you don't know. Because you're obviously not solving any problems here.

SPECTRUM: Okay. Uh, I'm listening to what you're saying from, but from the information that you're providing me, that's not even

BRETZ: What,

SPECTRUM: something that we deal

BRETZ: what,

SPECTRUM: with. I

BRETZ: what,

SPECTRUM: mean,

BRETZ: what information,

SPECTRUM: we're not

BRETZ: from the information I

SPECTRUM: gonna.

BRETZ: just provided you, what information haven't I given you? That's valid. What do you

SPECTRUM: I

BRETZ: need from

SPECTRUM: mean,

BRETZ: me?

SPECTRUM: you're saying that

BRETZ: I

SPECTRUM: you.

BRETZ: don't have an order number because I was denied from your your upgrade program when you pulled my social from your credit bureau information. We need to know what credit bureau. First of all, you need to know what the hell I'm talking about instead of gaslighting me, acting like you don't know what the heck I'm talking about. If I

SPECTRUM: Yeah, I'm not doing

BRETZ: have to,

SPECTRUM: any of those

BRETZ: if I have to tell you

SPECTRUM: things.

BRETZ: that we try to do the upgrade program and I was denied because I'm flagged as fraudulent and you're the fraud. You're the fraud department. That's going to piss me off anymore because you're

SPECTRUM: Mhm.

BRETZ: gaslighting me and you're telling me that you can't see the fricking whatever number flag. So up, like, can you contact me, like, put me in contact with someone that can actually make some sense of this because you're obviously not working.

SPECTRUM: Well ma'am, I'm trying to explain it to you. You're just not giving me

BRETZ: Explain

SPECTRUM: the ability to explain it to

BRETZ: it.

SPECTRUM: you so you can understand what I'm saying. Okay. Are you gonna let me

BRETZ: I'm,

SPECTRUM: speak so I can

BRETZ: I, if

SPECTRUM: explain

BRETZ: you,

SPECTRUM: it

BRETZ: if

SPECTRUM: to

BRETZ: you,

SPECTRUM: you?

BRETZ: are you going to ask another question that's meaningless? Go on.

SPECTRUM: Okay, it's just every time I speak, you

BRETZ: Hurry

SPECTRUM: do talk over

BRETZ: up.

SPECTRUM: me and I'm just trying to help. Okay. I'm not sure what link are you trying to do the upgrade buyout thing is coming from,

BRETZ: Jesus.

SPECTRUM: but that is not something

BRETZ: This

SPECTRUM: that we do.

BRETZ: is

SPECTRUM: We

BRETZ: a,

SPECTRUM: won't,

BRETZ: it's,

SPECTRUM: even if you

BRETZ: it's

SPECTRUM: put

BRETZ: from the phone.

SPECTRUM: like

BRETZ: I

SPECTRUM: your

BRETZ: called

SPECTRUM: wrong

BRETZ: in.

SPECTRUM: birthday.

BRETZ: I called in.

SPECTRUM: Okay.

BRETZ: The whole this

SPECTRUM: I'm still

BRETZ: whole conversation

SPECTRUM: trying to explain it

BRETZ: is

SPECTRUM: to you

BRETZ: recorded.

SPECTRUM: ma'am.

BRETZ: I just was denied. They're

SPECTRUM: Yes

BRETZ: saying I'm

SPECTRUM: it

BRETZ: not matching

SPECTRUM: is.

BRETZ: up, and you are acting like a complete idiot, acting like I'm attacking you for no reason because you're not making sense of anything that you're saying. So what

SPECTRUM: I

BRETZ: are

SPECTRUM: didn't

BRETZ: you,

SPECTRUM: say you were

BRETZ: what,

SPECTRUM: attacking

BRETZ: what?

SPECTRUM: me. Okay. I mean, I'm trying to explain it to you, but you're not giving

BRETZ: You're

SPECTRUM: me the ability to do

BRETZ: obviously not

SPECTRUM: so.

BRETZ: saying anything, sir. Say it. You

SPECTRUM: But I

BRETZ: keep

SPECTRUM: already

BRETZ: on

SPECTRUM: told

BRETZ: going

SPECTRUM: you that

BRETZ: in circles.

SPECTRUM: ma'am. I don't know

BRETZ: You, you,

SPECTRUM: what.

BRETZ: you're saying you didn't tell me, but then you said you already told me. So which one is it?

SPECTRUM: Ma'am, you're, you're, you're conflicting

BRETZ: Okay,

SPECTRUM: the information that

BRETZ: well hurry

SPECTRUM: I'm trying to

BRETZ: up and

SPECTRUM: provide

BRETZ: give me the reason.

SPECTRUM: you. Well, I mean, every time

BRETZ: I

SPECTRUM: I'm trying to

BRETZ: have something

SPECTRUM: explain

BRETZ: to

SPECTRUM: it to

BRETZ: do

SPECTRUM: you

BRETZ: today.

SPECTRUM: or tell

SPECTRUM: you

BRETZ: keep

SPECTRUM: you.

BRETZ: on acting like I'm attacking you or something. No one's attacking you. Give me the reason.

SPECTRUM: I never said you were

BRETZ: Okay,

SPECTRUM: ma'am.

BRETZ: then what are you trying to do? Like, just waste everyone's time here? Hurry up.

SPECTRUM: Well, I'm trying to help you, but you're

BRETZ: You're

SPECTRUM: not

BRETZ: not

SPECTRUM: allowing

BRETZ: helping

SPECTRUM: me to

BRETZ: me

SPECTRUM: explain

BRETZ: because

SPECTRUM: it

BRETZ: you're not going anywhere.

SPECTRUM: to you.

BRETZ: And you know, this conversation

SPECTRUM: Okay. well

BRETZ: is

SPECTRUM: I just

BRETZ: definitely,

SPECTRUM: wanna.

BRETZ: um, being recorded. So I'm just going to let them know how you're completely ignoring my request right now. We need to know the reason on

SPECTRUM: Okay

BRETZ: why you

SPECTRUM: ma'am.

BRETZ: were

SPECTRUM: I mean,

BRETZ: denied

SPECTRUM: all of

BRETZ: my

SPECTRUM: our calls

BRETZ: upgrade program,

SPECTRUM: are.

BRETZ: because my social security number is being flagged as not mean fraudulent, because there's a wrong birthday or wrong identity associated with it. We need to know why that's being flagged because you're the fraud program. And you're the fraud department. So

SPECTRUM: Yeah,

BRETZ: what is

SPECTRUM: yeah.

BRETZ: the reasoning behind that, sir?

SPECTRUM: Right. So yeah, that's what

BRETZ: Oh,

SPECTRUM: I was trying to explain to you.

BRETZ: really?

SPECTRUM: I'm not sure

BRETZ: Oh, will you

SPECTRUM: what

BRETZ: just explain?

SPECTRUM: the system

BRETZ: Oh, you

SPECTRUM: is

BRETZ: were just

SPECTRUM: telling

BRETZ: trying to

SPECTRUM: you

BRETZ: explain that. Oh, what

SPECTRUM: or,

BRETZ: is it then?

SPECTRUM: I'm s-, you're, ma'am.

BRETZ: Oh,

SPECTRUM: I'm trying to explain it

BRETZ: are

SPECTRUM: to

BRETZ: you,

SPECTRUM: you. I

BRETZ: are you?

SPECTRUM: can't explain it if

BRETZ: Are

SPECTRUM: you keep talking

BRETZ: you?

SPECTRUM: over me.

BRETZ: I'm ready. I'm

SPECTRUM: Okay.

BRETZ: ready to hear it.

SPECTRUM: I mean, I'm just trying to help you. I

BRETZ: Oh, you

SPECTRUM: don't,

BRETZ: I

SPECTRUM: I don't

BRETZ: know.

SPECTRUM: understand where

BRETZ: And you know, I'm trying to help myself.

SPECTRUM: the,

BRETZ: Thank you so

SPECTRUM: the

BRETZ: much.

SPECTRUM: um. Okay.

BRETZ: You're trying to help me. I'm trying to help me, but you're not. Give

SPECTRUM: Okay.

BRETZ: me give me a number because,

SPECTRUM: um,

BRETZ: like, give

SPECTRUM: do you,

BRETZ: me an

SPECTRUM: do you?

BRETZ: incident number something because obviously, you're not working. Something's wrong with you.

SPECTRUM: Well, based on how our system works, the next representative is going to give you the same answer

BRETZ: What

SPECTRUM: because,

BRETZ: is the answer you

SPECTRUM: I

BRETZ: gave me?

SPECTRUM: mean,

BRETZ: What

SPECTRUM: with

BRETZ: was

SPECTRUM: something like.

BRETZ: the answer you gave me for the record?

SPECTRUM: I haven't been able to give you one.

BRETZ: Oh, but I thought you gave me one. And I thought the next representative was gonna

SPECTRUM: I never sit.

BRETZ: give me the same answer as you did. So since you gave me one and didn't give me one. What are you talking about?

SPECTRUM: So ma'am, like I said, you just keep talking over me

BRETZ: No,

SPECTRUM: while trying to explain it to

BRETZ: I'm

SPECTRUM: you.

BRETZ: giving you some logic because you haven't given me an answer.

SPECTRUM: Okay. Well, as I explain to you that our system doesn't operate that way, even if you put in the wrong social or date of birth, it will still allow you to place the order. Now I don't know why our system will tell you that or do

BRETZ: Hmm.

SPECTRUM: that to you because we do the order validations

BRETZ: Could

SPECTRUM: and

BRETZ: you use Fidelity

SPECTRUM: we the

BRETZ: Bank

SPECTRUM: ones

BRETZ: and

SPECTRUM: when you guys call

BRETZ: Experian?

SPECTRUM: us to clear up. No ma'am, we only validate for mobile orders with spectrum.

BRETZ: Okay, yeah. I had nothing to do with the what I just said, but go on.

SPECTRUM: Okay. I mean, we don't handle credit checks or anything like that.

BRETZ: But do

SPECTRUM: So

BRETZ: you

SPECTRUM: I'm

BRETZ: run,

SPECTRUM: not sure what

BRETZ: but do you run people's credit

SPECTRUM: what

BRETZ: through

SPECTRUM: the company.

BRETZ: the buyout programs and upgrade programs correct through a credit check? I entered my social security number with you guys over the phone because

SPECTRUM: Uh.

BRETZ: you run my credit and you're telling me that I don't exist from your own internal logs. That's a lawsuit against you versus a credit bureau. Do you understand the difference?

SPECTRUM: Yes

BRETZ: So

SPECTRUM: ma'am, but that means you

BRETZ: it's

SPECTRUM: will have to get to

BRETZ: you

SPECTRUM: our

BRETZ: guys,

SPECTRUM: credit

BRETZ: it's

SPECTRUM: team to see

BRETZ: you guys.

SPECTRUM: why it's doing that.

BRETZ: It's your guys, it's about that my birthday's incorrect and I don't exist in your system. That's

SPECTRUM: Okay.

BRETZ: what you're saying.

SPECTRUM: Well, I

BRETZ: Thank you

SPECTRUM: what

BRETZ: for

SPECTRUM: do

BRETZ: telling

SPECTRUM: you want

BRETZ: me

SPECTRUM: me to

BRETZ: it

SPECTRUM: do

BRETZ: was your

SPECTRUM: to

BRETZ: own

SPECTRUM: try

BRETZ: internal.

SPECTRUM: to help you out because

BRETZ: Thank you

SPECTRUM: it's.

BRETZ: for telling me it was your own internal logs and my, my birthday, it's not aligning with my social security. So we're on the, this is why I'm on the fraud department. How are we going to fix this?

SPECTRUM: Well, ma'am, it sounds like you're just trying to place an order. It sounds like for an

BRETZ: Correct.

SPECTRUM: upgrade. I can get you over to our mobile support team and they can do that

BRETZ: They

SPECTRUM: for you,

BRETZ: just they

SPECTRUM: as I

BRETZ: just got,

SPECTRUM: explain. I

BRETZ: they told

SPECTRUM: don't

BRETZ: me that

SPECTRUM: know.

BRETZ: I was denied because my birthday and name is not existing and matching up. Something's wrong. And I'm flagged as fraudulent in why I can't do the upgrade program. Hence why I'm here. For the 5th time.

SPECTRUM: Okay. Yeah, like I said, I don't know what link you're putting you're clicking on

BRETZ: No,

SPECTRUM: or if

BRETZ: this was

SPECTRUM: there's something

BRETZ: over

SPECTRUM: wrong

BRETZ: the

SPECTRUM: with

BRETZ: phone

SPECTRUM: the system

BRETZ: with one

SPECTRUM: at

BRETZ: of

SPECTRUM: that

BRETZ: your

SPECTRUM: time

BRETZ: customer service representatives.

SPECTRUM: because.

BRETZ: This wasn't a link. Yeah,

SPECTRUM: Okay.

BRETZ: this wasn't a link, if you're going to listen to me. This

SPECTRUM: You should

BRETZ: is with

SPECTRUM: have been

BRETZ: your

SPECTRUM: able to

BRETZ: representative,

SPECTRUM: like I

BRETZ: not

SPECTRUM: explained.

BRETZ: a link.

SPECTRUM: Okay, well so you can get the assistance that you need. I can get you back over there

BRETZ: What?

SPECTRUM: they

BRETZ: Why

SPECTRUM: should

BRETZ: would

SPECTRUM: be

BRETZ: I

SPECTRUM: able to place

BRETZ: why

SPECTRUM: your

BRETZ: would

SPECTRUM: order

BRETZ: I

SPECTRUM: for

BRETZ: go back to the

SPECTRUM: you.

BRETZ: people that told me to, they forward me to you. Why would I go back to them when they told me it was a fraudulent issue, and this is the fraud department, run my social security

and tell me what's wrong with it.

SPECTRUM: We, we don't run your social security

BRETZ: Then

SPECTRUM: ma'am, only when you

BRETZ: why

SPECTRUM: play

BRETZ: was I

SPECTRUM: some mobile

BRETZ: flogged

SPECTRUM: order

BRETZ: as fraudulent?

SPECTRUM: is

BRETZ: Why

SPECTRUM: when they do a credit

BRETZ: was I flagged as fraudulent?

SPECTRUM: check. There's no, there's no flag for fraud on your account so,

BRETZ: Oh.

SPECTRUM: I don't know why they will tell you

BRETZ: But

SPECTRUM: that.

BRETZ: that's why would they put me and connect with you? I didn't call you from my own fucking leisure.

SPECTRUM: I don't know, ma'am. And can you not use that language, please? Thank you.

BRETZ: I can do what I want. You

SPECTRUM: Now, if you

BRETZ: work,

SPECTRUM: like, I

BRETZ: you

SPECTRUM: can

BRETZ: work for me.

SPECTRUM: I can get you. I work for spectrum and they do have us ask you guys not to use that type

BRETZ: Who

SPECTRUM: of language on the

BRETZ: gives

SPECTRUM: line.

BRETZ: a shit?

SPECTRUM: okay?

BRETZ: Put me into connects with someone.

SPECTRUM: But I can get you over. I can get you over to our mobile support team and they will be able to

BRETZ: Who the fuck are they?

SPECTRUM: assist you further. They should be able to

BRETZ: Why

SPECTRUM: our mobile support team.

BRETZ: would why would they do a better job than you?

SPECTRUM: They can place your upgrade order that you're

BRETZ: But

SPECTRUM: trying to put in.

BRETZ: we just had to do that, and I try to do it last month as well. Because my social security is acting fraudulent. We're trying to get the reasoning to that fraud. Now give me an answer.

SPECTRUM: Okay, I mean, that might, I'm not sure if the credit

BRETZ: Can

SPECTRUM: bureau has their own fraud

BRETZ: we look?

SPECTRUM: team, but

BRETZ: I

SPECTRUM: that's

BRETZ: want

SPECTRUM: something

BRETZ: this,

SPECTRUM: that you have

BRETZ: I

SPECTRUM: to

BRETZ: want

SPECTRUM: think

BRETZ: this conversation sent to

SPECTRUM: of,

BRETZ: me through my email.

SPECTRUM: that's. That's not something that we can do, ma'am.

BRETZ: You need to upgrade this. You need to escalate this and give me a fucking whatever god name, a number because you don't do your job. My, my social is being flagged as fraudulent and we're at the fraud department. You're not telling me or doing anything.

Therefore, you are the fucking problem. So we need to escalate this somehow. What are we going to do about that? Don't give me your mobile support program.

SPECTRUM: Okay, I mean, like I, like I just explained to you, I mean, we don't flag your social as fraud. If you're getting some type of notice regarding that, you might wanna call the credit bureau on that.

BRETZ: Well, and

SPECTRUM: We

BRETZ: who is that,

SPECTRUM: only

BRETZ: who is

SPECTRUM: deal

BRETZ: that

SPECTRUM: with

BRETZ: credit bureau?

SPECTRUM: stuff that

BRETZ: Who is

SPECTRUM: has

BRETZ: that who

SPECTRUM: everything

BRETZ: is that

SPECTRUM: to

BRETZ: credit

SPECTRUM: do

BRETZ: bureau?

SPECTRUM: with

BRETZ: Who

SPECTRUM: spectrum.

BRETZ: is that credit bare?

SPECTRUM: I, I, I don't know ma'am.

BRETZ: You guys don't

SPECTRUM: I

BRETZ: you

SPECTRUM: don't have the

BRETZ: guys

SPECTRUM: answer

BRETZ: don't use a

SPECTRUM: that.

BRETZ: credit bureau. Spectrum mobile doesn't

SPECTRUM: Ma'am. I don't

BRETZ: use

SPECTRUM: I

BRETZ: a

SPECTRUM: don't

BRETZ: credit

SPECTRUM: know

BRETZ: bureau.

SPECTRUM: all the things

BRETZ: You're

SPECTRUM: that

BRETZ: part of the fraud

SPECTRUM: uh.

BRETZ: department. You don't know where you get your information. Like. You

SPECTRUM: Okay.

BRETZ: want to lie to

SPECTRUM: Do

BRETZ: me one

SPECTRUM: you

BRETZ: more

SPECTRUM: want

BRETZ: time? You

SPECTRUM: assistance

BRETZ: want to lie to me one more

SPECTRUM: or?

BRETZ: time?

SPECTRUM: No

BRETZ: Yes,

SPECTRUM: one's like ma'am

BRETZ: you are.

SPECTRUM: now

BRETZ: This

SPECTRUM: if you want to do your

BRETZ: is the fraud

SPECTRUM: upgrade.

BRETZ: department.

SPECTRUM: I can get you over

BRETZ: It's

SPECTRUM: to our

BRETZ: pulling

SPECTRUM: mobile

BRETZ: me as,

SPECTRUM: support thing.

BRETZ: it's pulling me up as fraudulent. And you're not doing, you haven't asked me for my social security number, nothing, to prove that I'm fraudulent to fix the issue. You haven't done any of that. So put me in connect with someone that can because you're not doing your job.

SPECTRUM: Our mobile support team will be able to place your order for

BRETZ: We

SPECTRUM: you.

BRETZ: just,

SPECTRUM: We don't just

BRETZ: I

SPECTRUM: request

BRETZ: just got

SPECTRUM: your

BRETZ: done with

SPECTRUM: guys'

BRETZ: them. I

SPECTRUM: socials. We

BRETZ: just

SPECTRUM: don't do

BRETZ: got

SPECTRUM: that,

BRETZ: done with

SPECTRUM: ma'am.

BRETZ: your mobile support program to get the upgrade program.

SPECTRUM: Okay.

BRETZ: They tell me I'm fraudulent. And that's why I'm over to you. Why the fuck would I go back to them?

SPECTRUM: Um, because that obviously that representative gave you the wrong information. There's no fraud on your account.

BRETZ: But

BRETZ: I,

SPECTRUM: don't even have an order placed

BRETZ: I, before

SPECTRUM: for

BRETZ: me

SPECTRUM: me to review for any

BRETZ: talking to,

SPECTRUM: type of fraud activity.

BRETZ: before me talking with you, we tried to run it. I have it recorded. So you telling me that, is a complete fallacy lie.

SPECTRUM: Okay.

BRETZ: Because you're

SPECTRUM: Okay.

BRETZ: just because you don't see anything on

SPECTRUM: Oh.

BRETZ: your side doesn't mean it doesn't exist, sir.

SPECTRUM: Well, we don't create the mobile orders that's what they are supposed to do.

BRETZ: Okay. God.

SPECTRUM: Anything, it may be telling them that they want you

BRETZ: So

SPECTRUM: to place to order

BRETZ: what

SPECTRUM: exclusively

BRETZ: the hell is

SPECTRUM: online,

BRETZ: your job?

SPECTRUM: our

BRETZ: Like,

SPECTRUM: system

BRETZ: what the fuck

SPECTRUM: will

BRETZ: is

SPECTRUM: do

BRETZ: your job?

SPECTRUM: that,

BRETZ: What are you,

SPECTRUM: but.

BRETZ: what's the, supposed to run people in circles? Like, what the fuck is your job?

SPECTRUM: To make sure your account is safe, which it is.

BRETZ: Okay. Well, we need to get the reasonings for why I was just denied your phone upgrade program. And since you can't see it, like an idiot, put me and someone can connect that can.

SPECTRUM: Okay, I can

BRETZ: Hurry

SPECTRUM: get you over to our mobile support

BRETZ: up.

SPECTRUM: team. They can see whatever type of

BRETZ: Hurry

SPECTRUM: error that they're getting.

BRETZ: up. Thanks.

SPECTRUM: You are welcome. Uh before I get you

BRETZ: No

SPECTRUM: transferred over.

BRETZ: thanks.

SPECTRUM: Um I do wanna provide you their phone number just in case the transfer.

BRETZ: Whatever. No,

SPECTRUM: You don't want their phone

BRETZ: thanks.

SPECTRUM: number? Okay.

BRETZ: I'm done talking with you. Literally got nowhere with your ass.

SPECTRUM: Okay,

BRETZ: Get

SPECTRUM: well

BRETZ: the fuck off

SPECTRUM: ma'am,

BRETZ: my

SPECTRUM: it's

BRETZ: line.

SPECTRUM: been a pleasure

BRETZ: Transfer

SPECTRUM: speaking with

BRETZ: me.

SPECTRUM: you. I hope you have a wonderful. I'm gonna transfer you in just one moment. Just wanna thank you for calling the spectrum for all the extra team and I hope you have a wonderful

BRETZ: Fuck

SPECTRUM: day.

BRETZ: you.

SPECTRUM: Have a great

BRETZ: Go

SPECTRUM: day ma'am.

BRETZ: fuck yourself.

SPECTRUM: Or seamlessly integrating Wi-Fi 7, 5G and 8 hour battery backup for always on connectivity, you can count on. Ask your representative or visit spectrum.com plus stay connected for details. Take your favorite shows everywhere you go. Download the free spectrum TV app and watch anywhere, anytime. Thanks for choosing Spectrum, America's Connectivity Company, where we provide 247 support from a 100% US-based team. From fiber powered internet to streaming entertainment and mobile, we're here to provide you with the best connectivity experience and service. We have answers to some frequently asked questions on spectrum.net or in the My Spectrum app or stay on the line. We'll connect you with someone who can help. Professor service, have your account info ready.