# TAB 32

# EXHIBIT 20

Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-AS
November 18, 2026 email exchange (Bretz Decl. ¶ 24A)

**From: Higgins, Anna D. <ADHiggins@Venable.com>**
**Sent: Wednesday, November 18, 2026 12:11 PM**
**To: Lexi Lucks <lexilucks@icloud.com>**
**Subject: RE: Bretz v. Experian, No. 2:25-cv-01865-SPG-AS – Final Joint MSJ Papers for My Review Before Today's Filing**
**Attachments (omitted): Tab 8 - [REDACTED] Fievez Decl. Ex. B EXP_Bretz_000454-EXP_Bretz_000455.pdf; Tab 9 - [REDACTED] Fievez Decl. Ex. C EXP_Bretz_000431 and EXP_Bretz_000455.pdf; Tab 10 - [REDACTED] Fievez Decl. Ex. D EXP_Bretz_000417-EXP_Bretz_000429.pdf; Tab 11 - [REDACTED] Fievez Decl. Ex. E EXP_Bretz_000009-EXP_Bretz_000028.pdf**

Ms. Bretz,

Thank you for sending along your portion of the MSJ. We are working on preparing the materials for the application to file under seal and for the MSJ today, and we will send you the full package for your review when it is ready.

Please see our tabs 8, 9, 10, and 11 with your PII redacted. Please let me know if you approve of those redactions.

Regarding items 2 and 3, our position is that the time for discovery has passed, per the Federal Rules of Civil Procedure and Ninth Circuit case law. Our objections will be reflected in the Joint Appendix of Objections.

Thank you,
Anna

Anna D. Higgins, Esq. | Venable LLP

**— Original message —**
**From: Lexi Lucks <lexilucks@icloud.com>**
**Sent: Wednesday, November 18, 2026 7:56 AM**
**To: Higgins, Anna D. <ADHiggins@Venable.com>; King, Nicole N. <NNKing@Venable.com>**
**Subject: Bretz v. Experian, No. 2:25-cv-01865-SPG-AS – Final Joint MSJ Papers for My Review Before Today's Filing**

Ms. Higgins and Ms. King,

Thank you for coordinating today's filing. As I asked when we spoke on November 16, please send me the final compiled versions before anything is filed, so I can confirm my portions appear exactly as served (with the corrections noted below):

- the Joint Brief;
- the Joint Statement of Facts (including my rows 55–73, which follow row 54);
- the Joint Appendix of Evidence and index;
- the Joint Appendix of Objections; and

• the public (redacted) and sealed versions, including the revised Exhibits D and E.

I will review promptly and respond the same day. If timing is tight, please send them as early as possible today.

1. Objection No. 7. Please use the corrected Joint Appendix of Objections I sent at 7:08 a.m. today (v2.1) in place of the version served November 17.

2. 2026 Charter/Spectrum inquiries. Spectrum declined my account requests on August 4, August 6, and September 15, 2026, and its representatives indicated the decisions were based on a credit or identity check. Experian's duty under Rule 26(e) to supplement its interrogatory responses, including Nos. 4 and 5, continues. Please confirm in writing whether Experian's records reflect any inquiry by Charter Communications or Spectrum, or any response Experian returned to Charter (including Fraud Shield or identity-verification results), between August 1 and September 30, 2026, and supplement accordingly. My November 18 preservation demand covers the same records.

3. I am completing a review of my own 2024–2025 call records and will serve any additional non-privileged, responsive items in a supplemental Rule 26(e) disclosure promptly once it is complete.

Please confirm receipt.

Best regards,

Alexandrea Bretz
Plaintiff, pro se