# TAB 33

STATE OF Missouri )
)ss.
COUNTY OF St Louis )

## AFFIDAVIT OF CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared Christine Flores, who being by me duly sworn, deposed as follows:

I am employed by Charter Communications, Inc.; my official title is Sr Mgr, Legal Svcs Litigation; and a custodian of the attached records.

Attached hereto are 9 pages of records from Charter Communications, Inc. These 9 pages of records are kept by Charter Communications, Inc. in the regular course of business.

I certify that the foregoing is true and accurate, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 18th day of November, 2026.

C Flores
Affiant

Subscribed and sworn to before me the day and year last above written.

BRANDON S. MEYER
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 13554600
My Commission Expires Dec 5, 2029

BRANDON MEYER
Notary Public's printed name:

Notary Public

My Commission Expires: 12/05/2029