**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDREA BRETZ,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 2:25-cv-01865-SPG-MAA
Judge: Hon. Sherilyn Peace Garnett

**[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 115]**

Hearing
Date: December 16, 2026
Time: 1:30 p.m.
Courtroom: 5C

Action Filed: March 4, 2025
Trial: March 9, 2027

On December 16, 2026, at 1:30 p.m. at the above-captioned Court, located at the Felicitas and Gonzalo Mendez United States Courthouse, Courtroom 5C, Defendant Experian Information Solutions, Inc.'s ("Experian") motion for summary judgment came on for regular hearing.

The Court, having considered Experian's Motion, Plaintiff's Opposition thereto, Experian's Reply, the evidence and arguments submitted in connection therewith, and all other matters that may be properly considered, finds that there is no genuine dispute as to any material fact and that Experian is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). Accordingly, the Court hereby **GRANTS** the Motion in its entirety. Judgment shall be entered in favor of Experian by separate document pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated:

___________________________________

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE